AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| St. Charles Parish, Louisiana, and Matthew Jewell, in his Official Capacity as Parish President<br><br>*Plaintiff(s)*<br>v.<br>Federal Emergency Management Agency<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.   23-1369 A(5)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Federal Emergency Management Agency
Hon. Duane Evans
United States Attorney for the Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ADAMS AND REESE LLP
Christopher J. Kane and Erica P. Sensenbrenner
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

*Deputy clerk's signature*

Date: ___Apr 26 2023___

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Federal Emergency Mngt. Agency**
was received by me on *(date)* **4/24/23**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Bonnie Bodenheimer**, who is designated by law to accept service of process on behalf of *(name of organization)* **Federal Emergency Mngt. Agency** on *(date)* **4/24/23** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4/24/23**

*Server's signature*

**Michael Portogus   Process Server**
*Printed name and title*

**829 Baronne, NOLA 70113**
*Server's address*

Additional information regarding attempted service, etc: