UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ST. CHARLES PARISH, et al | * | CIVIL ACTION |
| VERSUS | * | NO.  23-1369 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | * | SECTION: "A" (5) |
| | * | |
| * * * * * * * * * | * | |

MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD

**NOW INTO COURT** comes the Federal Emergency Management Agency through the undersigned Assistant United States Attorney, who respectfully moves this Honorable Court for an extension of time of twenty-one (21) days, pursuant to Rule 7.8 of the United States District Court for the Eastern District of Louisiana Local Rules, within which to answer or otherwise plead in response to Plaintiff's complaint.

No previous extensions of time have been requested by Defendant, nor has the opposing party filed into the record an objection to an extension of time as to the said Defendant.

Furthermore, the undersigned respectfully notes that the filing of this Motion in no way constitutes an appearance, and none of the defenses available to Defendant are hereby waived by the filing of this pleading.

**WHEREFORE**, Mover respectfully requests that an extension of time, from June 5, 2023 up to and including June 26, 2023, be granted for Defendant to file responsive pleadings.

        Respectfully submitted,

        DUANE A. EVANS
        UNITED STATES ATTORNEY


        */s/ Brock D. Dupre*
        **BROCK D. DUPRE (#28563)**
        Assistant United States Attorney
        650 Poydras Street - Suite 1600
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3005
        Fax: (504) 680-3184
        Email: Brock.Dupre@usdoj.gov