UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ST. CHARLES PARISH, et al** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.  23-1369** |
| **FEDERAL EMERGENCY MANAGEMENT AGENCY** | * | **SECTION: "A" (5)** |
| | * | |
| * * * * * * * * * | * | |

## O R D E R

Considering the foregoing Motion for Extension of Time to Answer or Otherwise Plead,

**IT IS HEREBY ORDERED** that the Federal Emergency Management Agency is **GRANTED** an extension of time of twenty-one (21) days, from June 5, 2023 up to and including June 26, 2023, in which to file its pleadings in response to Plaintiff's complaint.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**