# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, ET AL. | CIVIL ACTION NO. 23-1369 |
| VERSUS | SECTION: P (5) |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | JUDGE DARREL JAMES PAPILLON |
| | MAG. JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Motion for Extension of Time to Answer or Otherwise Plead (Doc. 5), **IT IS HEREBY ORDERED** that the motion is **GRANTED** and Defendant, Federal Emergency Management Agency, shall have up to and including June 26, 2023, to file pleadings in response to Plaintiffs' complaint.[1]

New Orleans, Louisiana, this 14th day of June, 2023.

_____
**DARREL JAMES PAPILLON**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that under Federal Rule of Civil Procedure Rule 12(a)(2) the deadline which Defendant seeks to amend is already June 26, 2023. *See also* docket text accompanying Rec. Doc. 4 in CM/ECF ("Federal Emergency Management Agency served on 4/26/2023, answer due 6/26/2023.").