## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, comes defendant, the Federal Emergency Management Agency, and respectfully moves the Court under LR 83.2.12 to enroll Department of Justice Trial Attorney Yoseph T. Desta as additional counsel of record for defendant.  Further, in accordance with LR 11.2, defendant further moves the Court to designate Mr. Desta as lead counsel and trial attorney for defendant in this matter.  Counsel of record for defendant, Assistant United States Attorney Brock Darren Dupre, consents to the motion.

**WHEREFORE**, defendant prays that the Court grant its motion and enter an order directing the Clerk of Court to enroll Yoseph T. Desta as additional counsel for defendant with the designation of lead counsel and trial attorney.

Dated:  June 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

MARCIA BERMAN
Assistant Branch Director

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA (CA Bar No. 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Email:  Yoseph.T.Desta@usdoj.gov

*Counsel for Defendant*