UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

**ORDER**

Considering the ex parte motion of defendant, the Federal Emergency Management Agency, to enroll additional counsel of record:

**IT IS ORDERED** that defendant's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court enroll Department of Justice Trial Attorney Yoseph T. Desta as lead counsel and trial attorney of record for defendant.

New Orleans, Louisiana, this___ day of June, 2023.

_____
DARREL J. PAPILLION
UNITED STATES DISTRICT JUDGE