**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## ANSWER

Defendant Federal Emergency Management Agency, by and through its undersigned counsel, hereby answers the separately numbered paragraphs of the Complaint filed by Plaintiffs St. Charles Parish and Matthew Jewell, Dkt. 1, as follows:

1.      This paragraph consists of Plaintiffs' characterization of this lawsuit, to which no response is required.

2.      Admitted that St. Charles Parish is one of Louisiana's River Parishes.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

3.      Admitted.

4.      The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

5.      The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.

6.      Defendant admits that Plaintiffs submitted a Freedom of Information Act ("FOIA") request for the information and records that Defendant used to develop and implement Risk Rating 2.0, and it respectfully refers the Court to that request for a full and accurate statement of its contents.  The remaining allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which an answer is required

7.      Admitted that Defendant denied Plaintiffs' FOIA request under Exemption 4, which protects trade secrets and confidential commercial or financial information.  However, Defendant denies that it failed to indicate whether any search was performed and what information was withheld.  Defendant respectfully refers the Court to the communication dated January 27, 2023, which states a search was conducted and explains what information was withheld.

8.      This paragraph consists of legal conclusions, to which no response is required.

9.      This paragraph consists of legal conclusions, to which no response is required.

10.     Admitted.

11.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegation.

12.     Admitted.

13.     This paragraph consists of legal conclusions, to which no response is required.

14.     This paragraph consists of legal conclusions, to which no response is required.

15.     This paragraph consists of legal conclusions, to which no response is required.

16.     This paragraph consists of legal conclusions, to which no response is required.

17.     This paragraph consists of legal conclusions, to which no response is required.

18.     This paragraph consists of legal conclusions, to which no response is required.

19.     This paragraph consists of legal conclusions, to which no response is required.

20.     Defendant admits and respectfully refers the Court to the FOIA request dated November 3, 2022, for a full and accurate statement of its contents.

21.     Defendant admits and respectfully refers the Court to the communication dated November 23, 2022, for a full and accurate statement of its contents.

22.     Defendant admits and respectfully refers the Court to the communication dated November 23, 2022, for a full and accurate statement of its contents.

23.     Defendant admits and respectfully refers the Court to the Final Response letter dated January 27, 2023, for a full and accurate statement of its contents.

24.     Defendant admits and respectfully refers the Court to the Final Response letter dated January 27, 2023, for a full and accurate statement of its contents.

25.     Defendant admits and respectfully refers the Court to the Final Response letter dated January 27, 2023, for a full and accurate statement of its contents.

26.     Defendant admits that Plaintiffs submitted an appeal of Defendant's Final Response letter on February 27, 2023.  The remaining portions of the paragraph consist of legal conclusions, to which no response is required.

27.     Defendant admits the contents of Plaintiffs' Appeal Letter, and respectfully refers the Court to Plaintiffs' Appeal Letter for a full and accurate statement of its contents.

28.     Defendant admits and respectfully refers the Court to the communication dated March 16, 2023, for a full and accurate statement of its contents.

29.     Defendant admits and respectfully refers the Court to the communication dated March 23, 2023, for a full and accurate statement of its contents.

30.     Defendant admits and respectfully refers the Court to the communication dated April 14, 2023, for a full and accurate statement of its contents.

31.     Defendant admits it has not issued a determination on Plaintiffs' appeal, and it avers that it was still processing the appeal when it received notice of this lawsuit.  The remaining assertions in the paragraph consist of legal conclusions, to which no response is required.

32.     This paragraph consists of legal conclusions, to which no response is required.

The remaining paragraph of the Complaint consists of Plaintiffs' requests for relief, to which no response is required.  To the extent a response is deemed to be required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief at all.

Defendant hereby denies all allegations in the Complaint not expressly admitted or denied.

## DEFENSES

1.      Plaintiffs are not entitled to compel production of records exempt from disclosure by one or more exemptions under the FOIA, 5 U.S.C. § 552.

Dated:  June 26, 2023                          Respectfully submitted,

                                               BRIAN M. BOYNTON
                                               Principal Deputy Assistant Attorney
                                               General

                                               MARCIA BERMAN
                                               Assistant Branch Director

                                               */s/ Yoseph T. Desta*
                                               YOSEPH T. DESTA (CA Bar No. 332179)
                                               Trial Attorney
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               1100 L Street NW
                                               Washington, D.C. 20005
                                               Phone: 202-305-3080
                                               Email:  Yoseph.T.Desta@usdoj.gov

                                               *Counsel for Defendant*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2023, the foregoing was filed electronically through ECF/CM.  On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice