UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369 Section P<br><br>Judge Darrel James Papillion<br><br>Magistrate Judge Micahel B. North |

## ORDER

Considering the ex parte motion of defendant, the Federal Emergency Management Agency, to enroll additional counsel of record (Doc. 8):

**IT IS ORDERED** that defendant's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court enroll Department of Justice Trial Attorney Yoseph T. Desta as lead counsel and trial attorney of record for defendant.

New Orleans, Louisiana, this 23rd day of June, 2023.

*[signature]*
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE