## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## MOTION FOR A PROTECTIVE ORDER PRECLUDING DISCOVERY

Defendant respectfully moves this Court for a protective order under Rule 26(c) of the Federal Rules of Civil Procedure against Plaintiffs' Interrogatories and Requests for Production, served on August 11, 2023. As explained in the Memorandum accompanying this motion, Plaintiffs' discovery request is unwarranted and unduly burdensome.

Dated: August 22, 2023						Respectfully submitted,

							BRIAN M. BOYNTON
							Principal Deputy Assistant Attorney
							General

							MARCIA BERMAN
							Assistant Branch Director
							Civil Division, Federal Programs Branch

							*/s/ Yoseph T. Desta*
							YOSEPH T. DESTA (CA Bar No. 332179)
							Trial Attorney
							United States Department of Justice
							Civil Division, Federal Programs Branch
							1100 L Street NW
							Washington, D.C. 20005
							Phone: 202-305-3080
							Email: Yoseph.T.Desta@usdoj.gov

							*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice
