UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## **RULE 26(c)(1) CERTIFICATION**

**NOW INTO COURT**, through the undersigned United States Department of Justice Trial Attorney, comes Defendant, the Federal Emergency Management Agency, and hereby certifies under Rule 26(c)(1) of the Federal Rules of Civil Procedure that it exchanged letters with counsel for Plaintiffs on August 15, 2023, and August 21, 2023, and spoke on the phone with counsel on August 22, 2023 at 10:30 a.m. EST, in an attempt to resolve the discovery dispute outlined in the accompanying Motion for a Protective Order Precluding Discovery and supporting Memorandum. The parties were unable to resolve the dispute.

Dated:  August 22, 2023               Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

<u>/s/ *Yoseph T. Desta*</u>
YOSEPH T. DESTA (CA Bar No. 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Email:  Yoseph.T.Desta@usdoj.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice