## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant's Motion for a Protective Order Precluding Discovery is hereby set for submission before Chief Magistrate Judge Michael B. North on September 6, 2023.

Dated:  August 22, 2023                    Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General

                MARCIA BERMAN
                Assistant Branch Director
                Civil Division, Federal Programs Branch

                */s/ Yoseph T. Desta*
                YOSEPH T. DESTA (CA Bar No. 332179)
                Trial Attorney
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street NW
                Washington, D.C. 20005
                Phone: 202-305-3080
                Email:  Yoseph.T.Desta@usdoj.gov

                *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, the foregoing was filed electronically through ECF/CM.  On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

                                           */s/ Yoseph T. Desta*
                                           YOSEPH T. DESTA
                                           Trial Attorney, U.S. Department of Justice