UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH | CIVIL ACTION |
| VERSUS | NO. 23-1369 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | SECTION: P (5) |

## SCHEDULING ORDER

A Scheduling Conference was held August 22, 2023.

Participating were:   Christopher Kane and Robert Raymond, for plaintiffs
Yoseph Desta, for defendant

Issue is joined as to all parties. Jurisdiction and venue are established.

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than **SEPTEMBER 12, 2023.**

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **SEPTEMBER 21, 2023,** in accordance with Local Rule 7.6.

Counsel adding new parties subsequent to the issuance of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

A Status Conference will be held before District Judge Darrel James Papillion on **NOVEMBER 8, 2023 at 1:30 p.m.** for the purpose of discussing preliminary matters, including those referenced in the attached Notice of Preliminary Status Conference. At least five (5) working days before the Status Conference, counsel for each party must submit a letter prepared in accordance with the Notice of Preliminary Status Conference.

The Court will hold an additional Status Conference on **JULY 10, 2024** at **2:30 p.m.** for the purpose of discussing the status of the case.

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **FEBRUARY 9, 2024.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **MARCH 11, 2024.** This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written <u>rebuttal</u> reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **APRIL 10, 2024.** Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the Defendant's expert reports.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **MAY 9, 2024.**

Depositions for trial use shall be taken and all discovery shall be completed no later than **MAY 9, 2024.** This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

All dispositive motions shall be filed no later than **JUNE 7, 2024**.

All non-evidentiary pretrial motions, including Motions *in limine* regarding the admissibility of expert testimony, shall be filed no later than **JUNE 11, 2024** to permit a submission date of **JUNE 26, 2024.** This Section adheres to Local Rule 78.1 regarding oral argument on motions. **The parties should ONLY submit pertinent pages of deposition transcripts. Submission of an entire transcript will not be accepted without prior leave of Court.**

All other motions *in limine* shall be filed by **JULY 23, 2024** and responses thereto shall be filed by **JULY 30, 2024.**

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-555 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. **This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF.**

The parties must attend a settlement conference with the assigned magistrate judge. **The parties must contact the assigned magistrate judge six weeks prior to the pretrial conference date for the purpose of scheduling a settlement conference which should be held within two weeks prior to the pretrial conference.**

A Final Pretrial Conference will be held on **AUGUST 7, 2024 at 11:30 a.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The pretrial order must be electronically filed with the Court by 12:00 p.m. five (5) workdays prior to the conference. **THE**

**PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **MONDAY, AUGUST 19, 2024 at 9:00 a.m.** before the District Judge WITHOUT a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last three (3) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not be granted, except for good cause.

The parties are urged to work diligently to comply with the rules and deadlines set forth in this order.

        **DARREL JAMES PAPILLION**
        **UNITED STATES DISTRICT JUDGE**

**Issued for the Court:**

**By:**    s/Courtney Ancar
        Case Manager
        504-589-7715

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ST. CHARLES PARISH                                    CIVIL ACTION

VERSUS                                                NO. 23-1369

FEDERAL EMERGENCY MANAGEMENT AGENCY        SECTION: P (5)

### NOTICE REGARDING PRELIMINARY STATUS CONFERENCE

**IT IS ORDERED** that a status conference will be held on **NOVEMBER 8, 2023 at 1:30 p.m.** before District Judge Darrel James Papillion.

**AT LEAST FIVE WORKING DAYS PRIOR** to the conference, each party shall submit a written status report to the Court. The parties may submit a joint status report or individually. If an individual report is submitted, all counsel are to be copied. **The status report should not be filed**, but instead, submitted by email to efile-Papillion@laed.uscourts.gov.

The status report shall contain:

(1) A brief description of the basis for jurisdiction;
(2) A listing of all discovery completed or in progress;
(3) A listing of any specialized discovery that may be involved in this matter;
(4) Whether the parties anticipate needing experts and, if so, any potential issues related to the use of experts; and
(5) Whether or not this matter should be fast-tracked for settlement.

**TRIAL COUNSEL** SHALL PARTICIPATE IN THIS CONFERENCE. IF, HOWEVER, TRIAL COUNSEL IS UNABLE FOR GOOD CAUSE TO PARTICIPATE, ANOTHER ATTORNEY ENROLLED IN THE CASE MAY PARTICIPATE IF ACQUAINTED WITH ALL DETAILS OF THE CASE AND AUTHORIZED TO ENTER INTO ANY NECESSARY AGREEMENTS.