**Erica Sensenbrenner**

| | |
|---|---|
| **From:** | Parish President Matthew Jewell <mlj@stcharlesgov.net> |
| **Sent:** | Wednesday, December 7, 2022 4:01 PM |
| **To:** | Christopher J. Kane |
| **Subject:** | Fwd: CLARIFICATION OF REQUEST 2023-00111 |



Matthew L. Jewell
Parish President, St. Charles Parish
P (985) 783-5000
P.O. Box 302 | Hahnville, LA 70057
Please be aware that receipt of and/or response to this email may be considered a public record.

**From:** Hawkins-Gross, Jacqueline (CTR) <jacqueline.hawkinsgross@associates.fema.dhs.gov>
**Sent:** Wednesday, December 7, 2022 7:15:01 AM
**To:** Parish President Matthew Jewell <mlj@stcharlesgov.net>
**Cc:** Bridges, Gregory <gregory.bridges@fema.dhs.gov>
**Subject:** RE: CLARIFICATION OF REQUEST 2023-00111

Your request is still being reviewed by our search tasker(s).


Thank you for your patience

**From:** Parish President Matthew Jewell <mlj@stcharlesgov.net>
**Sent:** Tuesday, December 6, 2022 10:58 PM
**To:** Hawkins-Gross, Jacqueline (CTR) <jacqueline.hawkinsgross@associates.fema.dhs.gov>
**Subject:** Re: CLARIFICATION OF REQUEST 2023-00111

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Jacqueline,

I am following up on the status of my request. I hate to bother you via email but again, I am locked out and the FOIA system isn't sending me an email to change the password.


Thanks,

Matthew L. Jewell
Parish President, St. Charles Parish
P (985) 783-5000
P.O. Box 302 | Hahnville, LA 70057
Please be aware that receipt of and/or response to this email may be considered a public record.

**From:** Parish President Matthew Jewell <mlj@stcharlesgov.net>
**Sent:** Friday, November 25, 2022 7:24:11 AM
**To:** Hawkins-Gross, Jacqueline (CTR) <jacqueline.hawkinsgross@associates.fema.dhs.gov>
**Subject:** Re: CLARIFICATION OF REQUEST 2023-00111

Great. Thank you.

Matthew L. Jewell
Parish President, St. Charles Parish
P (985) 783-5000
P.O. Box 302 | Hahnville, LA 70057
Please be aware that receipt of and/or response to this email may be considered a public record.

**From:** Hawkins-Gross, Jacqueline (CTR) <jacqueline.hawkinsgross@associates.fema.dhs.gov>
**Sent:** Friday, November 25, 2022 7:18:37 AM
**To:** Parish President Matthew Jewell <mlj@stcharlesgov.net>
**Subject:** RE: CLARIFICATION OF REQUEST 2023-00111

I will pass along the information to the search tasker. If more information is needed will let you know.

Thanks


**From:** Parish President Matthew Jewell <mlj@stcharlesgov.net>
**Sent:** Wednesday, November 23, 2022 4:47 PM
**To:** Hawkins-Gross, Jacqueline (CTR) <jacqueline.hawkinsgross@associates.fema.dhs.gov>
**Subject:** Re: CLARIFICATION OF REQUEST 2023-00111

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Jacqueline,

The NFIP uses risk modeling to determine how much premium to charge participants who participate in the flood insurance program. I am requesting the risk model used to assign premiums to St. Charles Parish residents. I believe Milliman was the company that did the modeling for FEMA. Does this help narrow the request?

Thanks,

Matthew L. Jewell
Parish President, St. Charles Parish
P (985) 783-5000
P.O. Box 302 | Hahnville, LA 70057
Please be aware that receipt of and/or response to this email may be considered a public record.

**From:** Hawkins-Gross, Jacqueline (CTR) <jacqueline.hawkinsgross@associates.fema.dhs.gov>
**Sent:** Wednesday, November 23, 2022 2:54:45 PM
**To:** Parish President Matthew Jewell <mlj@stcharlesgov.net>
**Subject:** CLARIFICATION OF REQUEST 2023-00111

I do apologize but we need for you to please tell us what specific data you are seeking?

This would help the search tasker in finding records.

Thanks

**From:** Hawkins-Gross, Jacqueline (CTR)
**Sent:** Monday, November 7, 2022 12:46 PM
**To:** MlJ@stcharlesgov.net
**Subject:** Acknowledgement letter for 2023-00111

November 7, 2022

SENT VIA E-MAIL TO:   MlJ@stcharlesgov.net

Re: FOIA Request Number 2023-FEFO-00111
       Acknowledgment

 Mr. Matthew  Jewell:

This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Federal Emergency Management Agency (FEMA), dated November 3, 2022, and received in this office on November 3, 2022. Please provide all data including but not limited to modeling data used to calculate NFIP flood insurance premiums in St Charles Parish,  Louisiana, in Risk Rating 2.0. Please provide this data in electronic format. Your request has been assigned the following tracking number 2023-FEFO-00111.
Due to current working conditions in response to the COVID-19 outbreak, please expect a delay in our response.  Please be assured that we continue our commitment to provide timely FOIA responses and are processing your FOIA request as soon as possible.

If you have any questions or would like to discuss this matter, please contact assigned FOIA specialist directly at, jacqueline.hawkinsgross@associates.fema.dhs.gov and reference the request number 2023-FEFO-00111. Again, if you require additional support, you may also contact FEMA's Public Liaison at FEMA-FOIA@fema.dhs.gov. If you need to contact FEMA's FOIA Public Liaison, then please reference the FOIA request number and address your email to "Attn: FEMA's Public Liaison" and summarize your concerns. You may also contact FEMA at (202) 646-3323, or you may contact FEMA's Public Liaison in the same manner.  Please reference FOIA request number 2023-FEFO-00111.
For a faster response please communicate by email.

Thank you for your interest in FEMA.

                                                    Sincerely,


                                                    Disclosure Branch
                                                    Information Management Division
                                                    Office of the Chief Administrative Officer
                                                    Federal Emergency Management Agency
                                                    U.S. Department of Homeland Security

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.