EXHIBIT 2



U.S. Department of Homeland Security
500 C Street, S.W. Mail Stop 3172
Washington, DC  20472-3172

January 27, 2023

**SENT VIA E-MAIL TO:**  MlJ@stcharlesgov.net

Re:     FOIA Request Number 2023-FEFO-00111 Final Response

 Dear Mr. Matthew Jewell:

This correspondence responds to of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Federal Emergency Management Agency (FEMA), dated November 3, 2022, and received in this office on November 3, 2022. Please provide all data including but not limited to modeling data used to calculate NFIP flood insurance premiums in St Charles Parish, Louisiana, in Risk Rating 2.0. Your request was assigned the following tracking number 2023-FEFO-00111.

A search was conducted by The Federal Insurance and Mitigation Administration for documents responsive to your request. The search resulted in no records being released, pursuant to Title 5 U.S.C. § 552: under FOIA Exemption "(b)(4)". Below is the statement concerning risk rating model being considered a "trade secret" under FOIA exemption 4.

The development, implementation, or operation of the National Flood Insurance Program's rating methodology known as Risk Rating 2.0 can be withheld from release under FOIA Exemption 4. The Risk Rating Engine was designed using privately held data that the US government purchased through contracting. Forcing the government through FOIA to reveal the proprietary data of the third party would breach exemption 4 of the Freedom of Information Act which protects trade secrets and commercial financial information. The modeling information is very valuable and the company that produced it would be at a significant loss if it were to be made public

**FOIA Exemption 4** protects trade secrets and commercial or financial information obtained from a person that is privileged or confidential.  The courts have held that this subsection protects (a) confidential commercial information, the disclosure of which is likely to cause substantial harm to the competitive position of the person who submitted the information and (b) information that was voluntarily submitted to the government if it is the kind of information that the provider would not customarily make available to the public.

We recommend you use OpenFEMA. OpenFEMA is the public's resource for FEMA program data which promotes a culture of Open Government and increasing transparency, participation, and collaboration among the Whole Community in support of FEMA's mission to help people before, during, and after disasters. The website for OpenFEMA is OpenFEMA | FEMA.gov.

You have the right to appeal if you disagree with FEMA's response. The procedure for administrative appeals is outlined in the DHS regulations at 6 C.F.R. §5.8. In the event you wish to submit an appeal, we encourage you to both state the reason(s) you believe FEMA's initial determination on your FOIA request was erroneous in your correspondence and include a copy of this letter with your appeal. Should you wish to do so, you must send your appeal within 90 working days from the date of this letter to fema-foia@fema.dhs.gov, or alternatively, via mail at the following address:

FEMA
Office of the Chief Administrative Officer
Information Management Division (FOIA
Appeals) 500 C Street, SW, Seventh Floor, Mail
Stop 3172 Washington, D.C. 20472-3172

As part of the 2007 amendments, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records
Administration 860 l Adelphi Road- OGIS
College Park, MD 20740-
600 l E-mail:
ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770/Toll-free: 1-877-684-6448
Facsimile: 202-741-5769

If you have any questions or would like to discuss this matter, please contact me the assigned FOIA specialist directly at, jacqueline.hawkinsgross@associates.fema.dhs.gov and reference the request number 2023-FEFO-00111. Again, if you require additional support, you may also contact FEMA's Public Liaison at FEMA-FOIA@fema.dhs.gov. If you need to contact FEMA's FOIA Public Liaison, then please reference the FOIA request number and address your email to "Attn: FEMA's Public Liaison" and summarize your concerns.

You may also contact FEMA at (202) 646-3323, or you may contact FEMA's Public Liaison in the same manner. Please reference FOIA request number 2023-FEFO-00111.

For a faster response please communicate by email.

Thank you for your interest in FEMA.

Sincerely,

Greg Bridges
Disclosure Branch Chief
Information Management Division
Office of the Chief Administrative Officer
Federal Emergency Management Agency
U.S. Department of Homeland Security