**Erica Sensenbrenner**

| | |
|---|---|
| **From:** | Tucker, Stephanie <stephanie.tucker@fema.dhs.gov> |
| **Sent:** | Thursday, March 16, 2023 8:36 AM |
| **To:** | Erica Sensenbrenner |
| **Subject:** | FEMA Disclosure Branch: FOIA Appeal 2023-FEAP-00003 |

Dear Mr. Kane and Ms. Sensenbrenner:

I have been assigned to process FOIA appeal 2023-FEAP-00003, submitted on behalf of St. Charles Parish, Louisiana and Parish President Matthew Jewell. Your client is seeking "…all data including but not limited to modeling data used to calculate NFIP flood insurance premiums in St. Charles Parish, Louisiana, in Risk Rating 2.0." For this request, I am initiating a second search for responsive records as well as determining the applicability of FOIA Exemption 4 which was previously used to withhold trade secret(s).

I want to ensure we are providing your client with the exact information sought. Please provide specific examples of records that would fall under "all data" described in the request. This will assist me with coordinating search efforts across FEMA.  A response is needed by Thursday, March 23, 2023.

Thank you,

Stephanie Tucker
Lead Government Information Specialist | Disclosure Branch | Information Management Division
Work: (202) 212-4395 Mobile: (202) 412-6156
stephanie.tucker@fema.dhs.gov
Federal Emergency Management Agency
**fema.gov**

