# ADAMS AND REESE LLP

**Attorneys at Law**
Alabama
Colorado
Florida
Georgia
**Louisiana**
Mississippi
North Carolina
South Carolina
Tennessee
Texas
Washington, DC

**Christopher J. Kane**
Partner
Direct: 504.585.0155
E-Fax: 504.585.0938
christopher.kane@arlaw.com

March 23, 2023

*Via E-mail to fema-foia@fema.dhs.gov*
Federal Emergency Management Agency
Office of the Chief Administrative Officer
Information Management Division (FOIA Appeals)
500 C Street, SW, Seventh Floor, Mail Stop 3172
Washington D.C. 20472-3172

Re:   **Appeal of Final Response to FOIA Request Number 2023-FEFO-00111**
      *Response to FEMA's March 16, 2023 Correspondence*

To Whom It May Concern,

On March 16, 2023, FEMA requested "specific examples of records that fall under "all data" described in the request." FEMA sent this nearly identical response on November 23, 2022 to St. Charles Parish, of which President Jewell promptly responded. That same day, President Matthew Jewel responded stating, "The NFIP uses risk modeling to determine how much premium to charge participants who participate in the flood insurance program. I am requesting the risk model used to assign premiums to St. Charles Parish residents. I believe Milliman was the company that did the modeling for FEMA."

St. Charles Parish is not privy to what data and information that either FEMA or Milliman has used to establish "Risk Rating 2.0" because FEMA has refused to disclose any information that it used to determine premiums charged by the NFIP for flood insurance coverage. Thus, it is impossible for St. Charles Parish to provide examples of the information that FEMA itself used in setting its own flood insurance premiums. As St. Charles Parish provided in detail in its February 27, 2023 Appeal, any data or information that is used by FEMA to establish the "Risk Rating 2.0" and the related flood insurance premiums is of great public interest because it will guide public officials in establishing policies, funding decisions and priorities for the citizens of St. Charles Parish. Thus, it is St. Charles Parish's position that any data or information considered by FEMA in establishing the "Risk Rating 2.0" and/or flood insurance premiums, it is entitled to such information.

FOIA Appeal
Response to March 16, 2023 Request
2023-FEFO-00111
Page 2 of 2

We look forward to your timely response,

Respectfully,

*[signature: Christopher J. Kane]*

Christopher J. Kane
Erica P. Sensenbrenner