**Erica Sensenbrenner**

| | |
|---|---|
| **From:** | Tucker, Stephanie <stephanie.tucker@fema.dhs.gov> |
| **Sent:** | Friday, April 14, 2023 8:24 AM |
| **To:** | Erica Sensenbrenner |
| **Cc:** | Christopher J. Kane |
| **Subject:** | RE: FEMA Disclosure Branch: FOIA Appeal 2023-FEAP-00003 |

Good morning:

This email serves as an update concerning FOIA appeal, 2023-FEAP-00003. Given the guidance provided by your firm, a second search has been conducted. The Disclosure Branch is awaiting the transfer of records from the program office from which the records originated in. Our office has followed-up with this program office and we anticipate being in receipt of these records soon. I will send a subsequent email once the records have been successfully transferred.

Again, thank you all for your patience and we look forward to responding to your FOIA appeal.

Respectfully,

Stephanie Tucker
Lead Government Information Specialist | Disclosure Branch | Information Management Division
Work: (202) 212-4395 Mobile: (202) 412-6156
stephanie.tucker@fema.dhs.gov
Federal Emergency Management Agency
**fema.gov**



**From:** Tucker, Stephanie
**Sent:** Thursday, March 23, 2023 4:47 PM
**To:** Erica Sensenbrenner <Erica.Sensenbrenner@arlaw.com>
**Cc:** Christopher J. Kane <Christopher.Kane@arlaw.com>
**Subject:** RE: FEMA Disclosure Branch: FOIA Appeal 2023-FEAP-00003

Good afternoon:

Confirming receipt; thank you for your response.

V/r,

Stephanie Tucker
Lead Government Information Specialist | Disclosure Branch | Information Management Division
Work: (202) 212-4395 Mobile: (202) 412-6156
stephanie.tucker@fema.dhs.gov
Federal Emergency Management Agency
**fema.gov**



**From:** Erica Sensenbrenner <Erica.Sensenbrenner@arlaw.com>
**Sent:** Thursday, March 23, 2023 2:19 PM
**To:** Tucker, Stephanie <stephanie.tucker@fema.dhs.gov>
**Cc:** Christopher J. Kane <Christopher.Kane@arlaw.com>
**Subject:** RE: FEMA Disclosure Branch: FOIA Appeal 2023-FEAP-00003

---

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

---

Ms. Tucker,

Please see the attached correspondence in response to your email below. Thank you,

Erica

**Erica Sensenbrenner |** ADAMS AND REESE LLP

Associate

701 Poydras Street, Suite 4500 | New Orleans, LA 70139
**P:** 504.585.0197
Erica.Sensenbrenner@arlaw.com | Bio | vCard | Twitter | LinkedIn

**From:** Tucker, Stephanie <stephanie.tucker@fema.dhs.gov>
**Sent:** Thursday, March 16, 2023 8:36 AM
**To:** Erica Sensenbrenner <Erica.Sensenbrenner@arlaw.com>
**Subject:** FEMA Disclosure Branch: FOIA Appeal 2023-FEAP-00003

Dear Mr. Kane and Ms. Sensenbrenner:

I have been assigned to process FOIA appeal 2023-FEAP-00003, submitted on behalf of St. Charles Parish, Louisiana and Parish President Matthew Jewell. Your client is seeking "…all data including but not limited to modeling data used to calculate NFIP flood insurance premiums in St. Charles Parish, Louisiana, in Risk Rating 2.0." For this request, I am initiating a second search for responsive records as well as determining the applicability of FOIA Exemption 4 which was previously used to withhold trade secret(s).

I want to ensure we are providing your client with the exact information sought. Please provide specific examples of records that would fall under "all data" described in the request. This will assist me with coordinating search efforts across FEMA.  A response is needed by Thursday, March 23, 2023.

Thank you,

Stephanie Tucker
Lead Government Information Specialist | Disclosure Branch | Information Management Division
Work: (202) 212-4395 Mobile: (202) 412-6156
stephanie.tucker@fema.dhs.gov
Federal Emergency Management Agency
**fema.gov**

