

EXHIBIT 7

# Discount Explanation Guide

**Risk Rating 2.0: Equity in Action** is FEMA's individualized approach to risk assessment, built on years of investment in flood hazard information.

By using current data, flood models, and technology, FEMA considers many risk factors for individual properties, including frequency of flooding, multiple flood types, distance to a flooding source, and property characteristics such as elevation and the cost to rebuild.

Mitigation efforts, community programs, and other discounts can help reduce flood damage and, potentially, the cost of flood insurance. This guide provides discount information on certain rating variables that are generally applied to the building and contents premium.

## Foundation Type

Below are the six Foundation Types, which provide important insight as to where the flood risk is likely to begin. Buildings Elevated with Enclosure Not on Posts, Piles, or Piers will have a higher premium than buildings Elevated without Enclosure on Posts, Piles, Piers, if all rating variables are the same.



Slab on Grade | Basement | Crawlspace (including Subgrade Crawlspace) | Elevated with Enclosure Not on Posts, Piles, or Piers | Elevated with Enclosure on Posts, Piles, or Piers | Elevated without Enclosure on Posts, Piles, or Piers

## First Floor Height

The First Floor Height (FFH), or the height of the building's first lowest floor above the adjacent grade, is another rating variable critical to understanding the flood risk. Generally, buildings that are higher off the ground have lower risk. The following chart shows the discount percentage based on the foundation type and FFH, which is included in the amount charged for building and contents coverage. For example, a building with a crawlspace foundation and FFH of 3 feet above adjacent grade corresponds to a 22.1% discount compared to the same building having a FFH of 0. Between whole numbers, the discount for FFH is continuously provided (interpolated). For example, a building with a slab-on-grade foundation and FFH of 1.25 feet will receive a discount of -9.85%, which is a quarter of the way between the discount for 1 foot and 2 feet.

| First Floor Height* (In Feet) | Slab on Grade | Basement | Crawlspace (including Subgrade Crawlspace) | Elevated with Enclosure Not on Posts, Piles, or Piers | Elevated with Enclosure on Posts, Piles, or Piers | Elevated without Enclosure on Posts, Piles, or Piers |
|---|---|---|---|---|---|---|
| 0 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 1 | -8.0% | -8.0% | -8.0% | -8.0% | -9.0% | -10.0% |
| 2 | -15.4% | -15.4% | -15.4% | -15.4% | -17.2% | -19.0% |
| 3 | -22.1% | -22.1% | -22.1% | -22.1% | -24.6% | -27.1% |
| 4 | -28.4% | -28.4% | -28.4% | -28.4% | -31.4% | -34.4% |
| 5 | -34.1% | -34.1% | -34.1% | -34.1% | -37.6% | -41.0% |
| 6 | -36.7% | -36.7% | -36.7% | -36.7% | -43.2% | -46.9% |
| 7 | -39.3% | -39.3% | -39.3% | -39.3% | -48.3% | -52.2% |
| 8 | -41.7% | -41.7% | -41.7% | -41.7% | -53.0% | -57.0% |
| 9 | -44.0% | -44.0% | -44.0% | -44.0% | -57.2% | -61.3% |
| 10 - 14 | -46.3% to -54.4% | -46.3% to -54.4% | -46.3% to -54.4% | -46.3% to -54.4% | -61.1% to -73.3% | -65.1% to -77.1% |
| 15 - 25 | -56.2% to -70.9% | -56.2% to -70.9% | -56.2% to -70.9% | -56.2% to -70.9% | -75.7% to -86.6% | -79.4% to -88.9% |

*Although the chart shows FFHs up to 25 feet, we recognize it is rare that the FFH will reach those measurements for most foundation types.



April 2022   1

Discount Explanation Guide

# Flood Openings

Policyholders may receive a mitigation discount if the building's enclosure or crawlspace is constructed with proper flood openings or engineered openings with documentation. Flood openings can lower a building's flood risk as they allow floodwaters to flow through a building's enclosure or crawlspace. The following chart shows the discount percentages based on eligible foundation types and FFH. For example, a building Elevated with Enclosure Not on Posts, Piles, or Piers with a FFH measurement of 9 feet above the adjacent grade corresponds to a 11.8% mitigation discount, compared to the same building without proper flood openings, which would receive no flood openings discount. Between whole numbers, the discount for Flood Openings is continuously provided (interpolated). For example, a building with a crawlspace foundation and a FFH of 4.25 feet will receive a discount of -2.225%, which is a quarter of the way between the discount for 4 feet and 5 feet.

| First Floor Height* (In Feet) | Crawlspace (including Subgrade Crawlspace) | Elevated with Enclosure Not on Posts, Piles, or Piers | Elevated with Enclosure on Posts, Piles, or Piers |
|---|---|---|---|
| 1 | -0.5% | -0.5% | -0.5% |
| 2 | -1.1% | -1.1% | -1.1% |
| 3 | -1.7% | -1.7% | -1.7% |
| 4 | -2.1% | -2.1% | -2.2% |
| 5 | -2.6% | -2.6% | -2.7% |
| 6 | -5.2% | -5.2% | -3.2% |
| 7 | -7.4% | -7.4% | -3.7% |
| 8 | -9.6% | -9.6% | -4.3% |
| 9 | -11.8% | -11.8% | -4.7% |
| 10 - 14 | -13.8% to -20.6% | -13.8% to -20.6% | -5.1% to -7.1% |
| 15 - 25 | -22.1% to -27.1% | -22.1% to -27.1% | -7.8% to -9.0% |

*Although the chart shows FFHs up to 25 feet, we recognize it is rare that the FFH will reach those measurements for most foundation types.

# Machinery & Equipment

Policyholders may receive a **5% mitigation** discount if certain covered Machinery and Equipment (M&E) and appliances servicing the building, whether inside or outside the building, are elevated to at least the elevation of the floor above the building's first floor.

# Floor of Interest: Number of Floors in Building

The building's number of floors above the ground (excluding enclosures, on grade or subgrade crawlspaces, basements, and attics used only for storage) may result in reduced insurance rates. For example, a building with three floors may receive a greater discount for this rating variable than if that same building had only one floor. The table below shows discounts based on the number of floors in the building and occupancy type. This rating variable does not apply to residential or non-residential units.

| Number of Floors in Building | Single Family Home Building Occupancy | All Other Building Occupancies (Excluding Residential Unit and Non-Residential Unit) |
|---|---|---|
| 1 | 0.0% | 0.0% |
| 2 | -10.0% | -10.0% |
| 3 | -30.0% | -30.0% |
| 4 | – | -37.3% |
| 5 | – | -42.3% |
| 6 | – | -45.9% |
| 7 | – | -48.8% |
| 8-100 | – | -51% to -69% |

Learn more at fema.gov/flood-insurance/risk-rating

April 2022   2

Discount Explanation Guide

# Floor of Interest: Floor of Unit

For a residential or non-residential unit inside a multi-floor building, the floor where the unit is located may impact the premium. Units above the first floor receive a higher discount as shown in the table below.

| The Floor Where the Unit Is Located | Residential/Non-Residential Unit Building Occupancy |
|---|---|
| 1 | 0.0% |
| 2 | -71.8% |
| 3 | -88.4% |
| 4+ | -88.9% |

# Statutory Discounts

FEMA provides statutory discounts on the first $35,000 of coverage for buildings and $10,000 of contents coverage for pre-Flood Insurance Rate Map (FIRM) primary residences and newly mapped properties, as well as those in the Emergency Program or located in the AR or A99 flood zone.

The table below shows the discount percentage that applies to the policy's first term of eligibility for the statutory discount. For subsequent renewal terms, the statutory annual increase cap applies.

| Statutory Discount | Discount Percentage |
|---|---|
| Newly Mapped | 70% |
| Pre-FIRM Discount | 60% |
| Emergency Program | 60% |
| AR Zone | 60% |

# CRS Discount

Under Risk Rating 2.0: Equity in Action, Community Rating System (CRS) discounts ranging from 5% to 45% are applied uniformly. The community's CRS discount applies to all CRS eligible NFIP policies in the community regardless of flood zone.

Note: A loss and expense constant is applied to the full risk premium separate from any of the discounts mentioned above. As a result, the difference in full risk premium between any two quotes will not exactly match the percentages listed. Additionally, certain discounts may not apply to the coastal erosion portion of the premium, if applicable. Policies may also be subject to minimum or maximum rates by peril and coverage, which may impact how discounts are applied and the specific amount of premium savings.

Learn more at fema.gov/flood-insurance/risk-rating         April 2022   3

# Rate Explanation Guide

FEMA's new rating methodology, **Risk Rating 2.0: Equity in Action**, considers specific characteristics of a building – the **Where, How, and What** – to provide a more modern, individualized, and equitable flood insurance rate. Understanding these characteristics helps to identify the building's unique flood risk and associated premium.

## WHERE It Is Built (Property Address)

FEMA uses the building's property address to determine flood risk for the property. The property address is used to determine:

- **A building's distance to flooding sources,** including the distance to the coast, ocean, rivers, and Great Lakes.
- **The ground elevation** where the building is located relative to the elevation of the surrounding area and the elevation of nearby flooding sources.
- **Other characteristics** such as the community where the building is located and how that relates to the Community Rating System discount or whether the building is on a barrier island.



## HOW It Is Built (Building Characteristics)

Knowing the physical characteristics of a building provides a deeper understanding of the building's individual flood risk and how it may impact premium. Relevant variables include:



### Building Occupancy
*The type (and use) of the building being insured sets available coverage limits and determines what is covered as indicated in the policy form.*

### Foundation Type
*The foundation type provides important insight as to where the flood risk is likely to begin. For instance, risk varies based on whether a building's foundation is underground, at ground, or above ground.*

### First Floor Height
*Buildings whose first floor is higher off the ground have lower flood risk.*

### Number of Floors
*Buildings with more floors spread their risk over a higher area.*

### Unit Location
*Individual units on higher floors have lower flood risk than units on lower floors.*

### Construction Type
*Masonry walls perform better in different flooding events than wood frame walls.*

### Flood Openings
*Flood openings can lower a building's flood risk as they allow floodwaters to flow through a building's enclosure or crawlspace.*

### Machinery & Equipment
*Elevating above the first floor lowers the risk of damage to machinery & equipment covered in the policy.*



Rate Explanation Guide

# WHAT Is Built and Covered (Replacement Cost and Coverage)

The building's replacement cost value, the amount of coverage requested, and the deductible choices influence the insurance premium.





### Building Replacement Cost Value*

Buildings with higher costs to repair generally result in higher losses, resulting in higher premiums.

### Building and Contents Coverage

Policies with higher coverage limits have higher potential loss costs, which lead to higher premiums. Building coverage and contents coverage amounts are selected separately.



### Building and Contents Deductible

Policyholders who choose higher deductibles are assuming more of the risk during a flood event, which can result in a lower overall premium. Choosing a higher deductible means policyholders will need to cover more of the cost to rebuild out of pocket.

*\* The Building Replacement Cost Value used for rating does not affect the replacement cost value determined at time of loss.*

Learn more at fema.gov/flood-insurance/risk-rating

March 2022   2

# Risk Rating 2.0 is Equity in Action

FEMA is committed to transforming the National Flood Insurance Program (NFIP) into one that people value, trust, and best serves the nation. By leveraging industry best practices and current technology, FEMA aims to deliver rates that are equitable, easier to understand and better reflect a property's individual flood risk.

FEMA has a statutory responsibility to clearly communicate flood risk. Risk Rating 2.0 allows FEMA to provide individuals and communities with information to make more informed decisions on purchasing flood insurance, initiating, and informing appropriate mitigation options to help lower flood insurance rates. The current rating methodology has not changed since the 1970s. Over the years, technology has evolved and so has FEMA's understanding of flood risk. Risk Rating 2.0 allows FEMA to calculate premiums more equitably across all policyholders based on the value of their home and individual property's flood risk.



Under the **current rating methodology** policyholders on average see premium **increases of $8 per month.**

Under the **new pricing system**, 96% of current policyholders will see either an **immediate decrease** or **$20 or less per month increase** in their premiums. (Figure 1 Bar Graph)



A key part of developing nationwide preparedness is transforming the NFIP to ensure disaster survivors and communities can recover more quickly and more fully following flooding events. FEMA will reduce disaster-related suffering and disaster-related costs through Risk Rating 2.0 by leveraging advances in industry best practices, advanced actuarial practices, technology, flood risk modeling and the emphasis on mitigation efforts.

Over the last 50 years, FEMA has collected $60 billion in NFIP premiums, but has paid $96 billion in costs (including losses, operating expenses, and interest). Taxpayers and policyholders are adversely impacted when the program does not generate the revenue needed to pay claims. Risk Rating 2.0 will help put the NFIP on solid financial footing by creating a more stable program that is accountable to taxpayers.



April 2021  1

> **Risk Rating 2.0 is equity in action.** FEMA, through the new pricing methodology, will better inform individuals and communities about flood risk, set premiums to strongly signal those risks and promote actions to mitigate against them. Individuals will no longer pay more than their fair share in flood insurance premiums.

All NFIP policyholders have been subject to premium increases every year. However, under Risk Rating 2.0, rate increases will <u>not</u> continue indefinitely. FEMA recognizes that under the new pricing plan each policyholder will be affected differently based on their property's individual flood risk. Some premiums will go up, some will go down, and some will stay about the same. Under Risk Rating 2.0, roughly two-thirds of policyholders with older pre-Flood Insurance Rate Map (FIRM) homes will see their premiums decrease. For policyholders whose premiums will be going up, their policies will be transitioned using the existing statutory limits on increases imposed by Congress. In general, that means that the annual increases will be capped at 18%, only increasing until the full risk rate has been reached. Additionally, FEMA will allow existing policyholders to transfer their current discount with the sale of their property.

To begin these changes, FEMA is updating Congress and other key industry partners, state agencies, private sector and organizations to ensure a clear view and understanding of the implementation process of Risk Rating 2.0. Working with the Write Your Own companies, FEMA will communicate with policyholders to understand what these changes will mean to them.

# Mitigation Options

No one entity is responsible for mitigation. There are several mitigation opportunities at the state, tribe, and territory and community levels and actions that individuals can implement to collectively help reduce policyholders' flood insurance rates.

## Individual-Level Mitigation Actions



*Figure 2. Two examples of individual mitigation actions to protect from future flooding*

FEMA is expanding policy discounts by making them available to properties located outside of high-risk flood areas. When property owners take steps to mitigate their property, flood insurance policyholders may receive a reduced premium. Mitigation efforts, such as elevating a building or installing proper flood openings in a crawlspace, will help to reduce flood damage and potentially decrease the cost of flood insurance.

While not required, policyholders may acquire an elevation certificate, which provides more refined elevation information about their building, and submit it to their agent to determine if it will lower their rate. In addition, a benefit of the flood insurance policy is the [Increased Cost of Compliance](#) (ICC) coverage. This coverage is part of most standard flood insurance policies under the NFIP.

ICC coverage provides protection to residents with homes and businesses that have been substantially or repetitively damaged by flooding. This coverage can provide up to $30,000 to help cover the cost of bringing their buildings into compliance with the elevation requirements of their local floodplain management ordinance.

- ICC coverage can be used for elevating, moving, or demolishing damaged structures that qualify for the coverage. Non-residential buildings may choose floodproofing as an option as opposed to elevation, relocation, or demolition.

- For a structure to qualify as being substantially damaged, the total cost of repairs must be 50% or more of the structure's pre-flood market value.

- For residents to be eligible to claim ICC funds in the "repetitively damaged" provision, the community must have a repetitive loss provision in its floodplain management ordinance and determine that the home or business was damaged by a flood two times in the past 10 years, where the cost of repairing the flood damage, on the average, equaled or exceeded 25% of its market value at the time of each flood. This is called "repetitive damage." Additionally, there must have been flood insurance claim payments for each of the two flood losses.

## Community-Level Mitigation Options

FEMA offers several hazard mitigation assistance pre- and post-disaster grants to states, tribes and communities. These grants — received by communities through coordination with states — may fund actions that reduce rates both inside and outside the Special Flood Hazard Area (SFHA).

*Pre-disaster Hazard Mitigation Grants*
- BRIC — Building Resilient Infrastructure and Communities
  - FEMA funds BRIC from a 6% set-aside from federal post-disaster grant funding.
  - $500 million available (FY21).
  - Emphasis on evaluation, adoption, and enforcement of modern building codes can improve grant competitiveness.
- FMA — Flood Mitigation Assistance
  - $200 million available (FY21).
  - Prioritizes projects benefiting NFIP-insured Multiple Loss Communities, Severe Repetitive Loss and Repetitive Loss properties, and Community Rating System participation.

*Post-disaster Hazard Mitigation Grants*

- HMGP — Hazard Mitigation Grant Program
  - Funding available is a percentage of funds spent on public assistance and individual assistance for major declared disasters.
  - Projects may include mitigation plans and actions to mitigate floods and other natural hazards.
- HMGP Post-fire — Hazard Mitigation Grant Program Post-fire
  - Funding based on number of state Fire Management Assistance Grant declarations and type of hazard mitigation plan.
  - Wildfire mitigation measures, such as those that reduce the risk of flooding after a fire, are given funding priority.

In addition, participating in the Community Rating System (CRS) can reduce flood insurance rates as policyholders will continue to earn NFIP rate discounts of 5% - 45%, based on their community participation and classification. The discount is uniformly applied to all policies throughout the CRS-participating communities, regardless of whether the structure is in the SFHA. The exception is for structures in violation of NFIP regulations as noted in the Federal Code of Regulations Title 44, Section (44 CFR 60.3).

## State and Local-Level Mitigation Actions

States administer all FEMA grants and help to identify priorities for mitigation and prevention projects.



### Adopt and enforce modern building codes and zoning regulations.

Development in floodplains and flood prone areas should be discouraged through adoption and enforcement of codes and zoning regulations that meet or exceed the latest published editions of the International Codes and related standards.



### Apply for Hazard Mitigation Assistance (HMA) grants.

FEMA HMA grants (Flood Mitigation Assistance, Building Resilient Infrastructure and Communities, Hazard Mitigation Grant Program, and Hazard Mitigation Grant Program Post-fire are available to states and communities pre- and post-disaster for mitigation projects such as installing flood openings or elevating buildings and outdoor utilities above the base flood elevation. Additional information is available at: https://www.fema.gov/grants/mitigation.



### Establish and maintain a revolving loan fund for flood risk reduction projects.

Projects to mitigate existing structures in SFHAs should be prioritized, and participation in the CRS could be a prerequisite to increase insurance rate discounts.



### Offer state tax credits for qualifying flood mitigation activities.

State tax credits could be prioritized for mitigation actions to existing structures in SFHAs, current NFIP policyholders, and/or policyholders facing rate increases.

Other federal agency programs that provide community-level risk management and hazard mitigation grants are available through the Department of Housing and Urban Development (HUD). These programs include the Community Development Block Grant (CDBG), Community Development Block Grant Disaster Recovery (CDBG-DR), Community Development Block Grant Mitigation (CDBG-MIT), and other similar planning grants.

# Frequently Asked Questions

## Why is the NFIP doing this now?

FEMA has a statutory obligation to charge actuarially sound premiums and inform policyholders of their flood risk. Under Risk Rating 2.0, rates will reflect each building's individual flood risk using structure-specific data that are easier to understand. With access to the latest industry technology and NFIP mapping data, policyholders will be able to better understand how their flood risk is reflected in the cost of their insurance. Without action, existing inequities would continue — widening the gap between rate payments and claims payouts and making it harder to meet the needs of our customers. As flooding events become more frequent and severe, Risk Rating 2.0 will allow FEMA to transform the NFIP into a financially stable program that is accountable to taxpayers, more accurately reflects flood risk to both policyholders and non-policyholders, and helps disaster survivors recover faster after floods.

## When will Risk Rating 2.0 go into effect?

FEMA is conscious of the far-reaching economic impacts the pandemic has had on the nation and existing policyholders and is taking a phased approach to rolling out the new rates.

- **In Phase I**: New policies beginning Oct. 1, 2021 will be subject to the Risk Rating 2.0 rating methodology. Also beginning Oct. 1, existing policyholders eligible for renewal will be able to take advantage of immediate decreases in their premiums.

- **In Phase II**: All policies renewing on or after April 1, 2022 will be subject to the Risk Rating 2.0 rating methodology.

## How will the new rating methodology impact the affordability of a policy?

FEMA recognizes and shares concerns about flood insurance affordability. Currently, FEMA does not have the statutory authority to consider affordability in setting rates but will ensure the transition to new rates under Risk Rating 2.0 complies with all statutory rate increases in place by Congress. To help address the issue, in April 2018 FEMA delivered an [Affordability Framework](#) to Congress to help policymakers consider how to provide targeted assistance to existing and potential policyholders. FEMA will continue to work with Congress to examine flood insurance affordability options.

## How will premium increases or decreases impact policyholders?

Current policyholders who will face premium decreases under Risk Rating 2.0 will transition to the lower rate immediately at the first renewal of their policy. Any premium increases will transition gradually and within the existing statutory limits until the full-risk rate for the property is reached.

## Do changes from this initiative require legislative action or approval of Congress?

Since 1968, the National Flood Insurance Act has required FEMA to periodically review, and if necessary, revise the way we set non-discounted premium rates. FEMA has always followed the congressional mandate to set non-discounted premium rates based on accepted actuarial principles. By leveraging modern technology and advanced actuarial practices, Risk Rating 2.0 is helping FEMA better meet the objectives already laid out by Congress.

## Will Risk Rating 2.0 change mandatory purchasing requirements?

No, the current effective Flood Insurance Rate Maps (FIRMs) will continue to be used by lenders to determine if a building is located within a high-risk flood area (Special Flood Hazard Area) and if the purchase of flood insurance is mandatory under federal law. Lenders will retain the prerogative to require flood insurance even in the absence of the federal mandate to purchase coverage.

## How does Risk Rating 2.0 affect the grandfathered rating discount?

Grandfathering has been available to policyholders when a map change results in either a rating zone or base flood elevation change. However, since Risk Rating 2.0 will be able to provide each building's individual flood risk, all policies formerly eligible for grandfathering will transition to their new full-risk premium. Increases will be gradual and within the 18% annual cap imposed by Congress. Decreases will apply upon first renewal on or after October 1, 2021. Similar to other policies, some premiums will decrease, some will increase, and some will stay about the same.

While maps have changed for many policyholders, fewer than 5% of single-family homes are actually grandfathered. As of March 2020, there are approximately 151,409 grandfathered properties nationwide. These policies represent a small percentage (4.4%) of the 3.5 million single-family, non-leveed properties insured under the NFIP. The average annual premium for these grandfathered properties is $1,077, which is lower than the average annual premium for subsidized NFIP policies (Pre-FIRM) at $1,875.

The difference between these will gradually be adjusted under Risk Rating 2.0, as FEMA will know the full-risk rate for all properties. As a result, FEMA will be able to charge more appropriate premiums that reflect each property's individualized flood risk.

## Will heat maps be created to show rate impacts geographically?

Due to the individualized rating methodology under Risk Rating 2.0, premiums will reflect each building's unique flood risk using structure-specific data and will vary from policy to policy. For example, buildings that are close together may not be rated similarly due to the potential for differences in the variables Risk Rating 2.0 considers, such as structure elevation and the cost to rebuild. Therefore, we are not able to provide a heat map of rate change data.