UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>          *Plaintiffs*,<br><br>  v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>          *Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

**DEFENDANT'S *EX PARTE* MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER PRECLUDING DISCOVERY**

**NOW INTO COURT**, through the undersigned government counsel, comes the Defendant Federal Emergency Management Agency ("FEMA"), and respectfully moves the Court for leave to file a reply memorandum in support of its pending Motion for a Protective Order Precluding Discovery (Dkt. 12). FEMA's proposed reply memorandum, attached herein, addresses arguments contained in Plaintiffs' opposition memorandum (Dkt. 16). The proposed reply memorandum will facilitate the Court's resolution of the pending Motion because the reply distinguishes the very limited, inapt case law that Plaintiffs invoke, and it rebuts Plaintiffs' unfounded accusations of bad faith. The Court's consideration of the reply memorandum will not unfairly prejudice any party, nor result in any undue delays in the disposition of the pending Motion or in the handling of Plaintiffs' Freedom of Information Act ("FOIA") request. As

discussed in the proposed reply, FEMA is diligently and expeditiously working to process voluminous records in response to the FOIA request.

**WHEREFORE**, for these reasons, FEMA prays that the Court grant this motion for leave to file a reply memorandum.

Dated: September 5, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA (CA Bar No. 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2023, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

/s/ Yoseph T. Desta
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice