# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## DECLARATION OF REBECCA DUNN

I, Rebecca Dunn, hereby declare, pursuant to 28 U.S.C. § 1746, the following to be true and correct:

1. I am the Acting Branch Chief of Actuarial & Catastrophic Modeling Branch, Federal Insurance Directorate, Resilience, which is housed in the Federal Emergency Management Agency ("FEMA"), a component agency of the Department of Homeland Security ("DHS"). In this capacity, I serve as the Branch Chief overseeing all aspects of the actuarial and catastrophic modeling team including overseeing actuarial analysis, rate development and implementation, and program reporting. In addition, where needed, I provide technical direction and support coordination of the team's work initiatives.

2. I make this declaration based on email communication provided to me regarding the search and personal knowledge of the current review of those documents.

3. FEMA completed its search for records in response to the Plaintiffs' FOIA request, and several FEMA employees are reviewing 85 documents—totaling 12,904 pages—to determine the potentially proprietary nature of data contained in these documents. The documents include catastrophe model results, the derivation of the selected Average Annualized Losses by state, and the derivation of each territory factor by peril.

4. FEMA anticipates making an initial production to Plaintiffs on or before October 6, 2023, with monthly productions thereafter as needed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of September 2023.

REBECCA A DUNN
Digitally signed by REBECCA A DUNN
Date: 2023.09.05 11:56:38 -04'00'

REBECCA DUNN

2