# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## ORDER

Considering Defendant's Motion for Leave to File a Reply Memorandum in Support of its Motion for a Protective Order Precluding Discovery:

**IT IS ORDERED THAT** Defendant's motion for leave to file a reply memorandum is hereby **GRANTED**. The Clerk of Court is ordered to file Defendant's reply memorandum into the record of this matter.

New Orleans, Louisiana, this  6th  day of September 2023.

_____
MICHAEL B. NORTH
United States Magistrate Judge