UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS PARISH PRESIDENT<br>    *Plaintiffs*, <br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>    *Defendant*. | CIVIL ACTION: 23-cv-1369<br><br><br>JUDGE DARREL JAMES PAPILLION<br><br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing *Ex Parte* Consent Motion to Extent Expert Deadlines filed by Plaintiffs St. Charles Parish and Parish President Matthew Jewell;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that Plaintiffs' expert reports will be due no later than 30 days after FEMA completes its production of all responsive documents and the *Vaughn* index to Plaintiffs.

New Orleans, Louisiana, this _____ day of _____ 2024.

_____
**UNITED STATES DISTRICT JUDGE**