UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1369 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | SECTION: "P" (5) |

## ORDER

Considering the foregoing Ex Parte Consent Motion to Extend Expert Deadlines (R. Doc. 22) filed by Plaintiffs, St. Charles Parish and Parish President Matthew Jewell;

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' expert reports will be due no later than 30 days after FEMA completes its production of all responsive documents and the Vaughn index to Plaintiffs.

New Orleans, Louisiana, this 14th day of February 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**