UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>        *Plaintiffs*,<br><br>   v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>        *Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

**JOINT MOTION FOR A SUMMARY JUDGMENT SCHEDULING ORDER**

**NOW INTO COURT**, through the undersigned counsel, come Plaintiffs, St. Charles Parish and Matthew Jewell, and Defendant, Federal Emergency Management Agency, and respectfully move the Court under Fed. R. Civ. P. 16(b)(4) for an order vacating the existing scheduling order, ECF Nos. 13, 24, and adopting the briefing schedule for cross-motions for summary judgment proposed below.

The parties have discussed that this matter, which involves allegations of violations of the Freedom of Information Act (5 U.S.C. § 552), will most likely be decided on summary judgment. *See, e.g.*, *Flightsafety Servs. Corp. v. Dep't of Lab.*, 326 F.3d 607, 610 (5th Cir. 2003); *Rahim v. FBI*, 947 F. Supp. 2d 631, 637 (E.D. La. 2013). Therefore, in the interest of judicial efficiency, the parties request that all the pre-trial deadlines and the trial date established in the Court's scheduling order be vacated. The parties further request that the Court adopt the following

dispositive motions briefing schedule for cross-motions for summary judgment, which will posture the case for final judgment on the papers alone:

- June 14, 2024: Defendant's deadline to file a motion for summary judgment.

- July 15, 2024: Plaintiffs' deadline to file a cross-motion for summary judgment and incorporated memorandum in opposition to Defendant's motion for summary judgment.

- August 5, 2024: Defendant's deadline to file an opposition to Plaintiffs' cross-motion for summary judgment and incorporated reply in support of its own motion for summary judgment.

- August 26, 2024: Plaintiffs' deadline to file a reply in support of their cross-motion for summary judgment.

**WHEREFORE**, for these reasons, the parties pray that the Court grant this joint motion, vacate the existing scheduling order, and adopt the briefing schedule outlined above.

Dated:  April 26, 2024                                   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA (CA Bar No. 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Email:  Yoseph.T.Desta@usdoj.gov

*Counsel for Defendant*

*/s/ Christopher J. Kane*
CHRISTOPHER J. KANE (#29282)
ERICA P. SENSENBRENNER (#38400)

2

>701 Poydras Street, Suite 4500 New
>Orleans, LA 70l39
>Telephone: (504) 58l-3234
>Facsimile: (504) 566-0210
>Christopher.Kane@arlaw.com
>Erica.Sensenbrenner@arlaw.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2024, the foregoing was filed electronically through ECF/CM.  On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA
Trial Attorney, U.S. Department of Justice