UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## ORDER

Considering the parties' joint motion for a summary judgment scheduling order

**IT IS ORDERED** that the parties' joint motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the scheduling order in this case, ECF Nos. 13, 24, and the deadlines contained therein, are hereby **VACATED**. The Court adopts the following briefing schedule for cross-motions for summary judgment:

- June 14, 2024: Defendant's deadline to file a motion for summary judgment.

- July 15, 2024: Plaintiffs' deadline to file a cross-motion for summary judgment and incorporated memorandum in opposition to Defendant's motion for summary judgment.

- August 5, 2024: Defendant's deadline to file an opposition to Plaintiffs' cross-motion for summary judgment and incorporated reply in support of its own motion for summary judgment.

- August 26, 2024: Plaintiffs' deadline to file a reply in support of its cross-motion for summary judgment.

New Orleans, Louisiana, this ____ day of _____ , 2024.

                                                      _____
                                                     DARREL J. PAPILLION
                                                     United States District Judge