UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, ET AL | CIVIL ACTION |
| VERSUS | NO. 23-1369 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | SECTION: "P" (5) |

## ORDER

Considering the foregoing Joint Motion for a Summary Judgment Scheduling Order (R. Doc. 25),

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the scheduling order in this case (R. Docs. 13, 24), and the deadlines contained therein, are hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Court adopts the following briefing schedule for cross-motions for summary judgment:

- June 14, 2024: Defendant's deadline to file a motion for summary judgment.

- July 15, 2024: Plaintiffs' deadline to file a cross-motion for summary judgment and incorporated memorandum in opposition to Defendant's motion for summary judgment.

- August 5, 2024: Defendant's deadline to file an opposition to Plaintiffs' cross-motion for summary judgment and incorporated reply in support of its own motion for summary judgment.

- August 26, 2024: Plaintiffs' deadline to file a reply in support of its cross-motion for summary judgment.

New Orleans, Louisiana, this 29th day of April 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**