UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> *Defendant*. | Civil Action No. 2:23-cv-01369 <br><br> Section P <br><br> Judge Papillion <br><br> Magistrate Judge North |

### DEFENDANT'S MOTION FOR ADDITIONAL PAGES

Defendant respectfully requests leave to file an opening brief in excess of 25 pages in support of its Motion for Summary Judgment.

This Court's Local Rule 7.7 limits opening briefs to 25 pages "[e]xcept with prior leave of court." Under that rule, Defendant seeks a page expansion of 14 additional pages. Defendant has good cause for requesting this page extension so that it can adequately brief its Motion for Summary judgment given (1) the technical nature of the Freedom of Information Act ("FOIA") records at issue in this case and the corresponding need to provide background information on the complex regulatory scheme to which the records pertain; and (2) the number of issues in dispute, with Plaintiffs having indicated that they intend to challenge the adequacy of Defendant's FOIA search and all of its FOIA withholdings (*i.e.*, its withholdings under FOIA Exemptions 4 of two different categories of information and its withholdings under FOIA Exemption 5 of two different categories of information). In view of these considerations, Defendant asks the Court to allow it a total of 39 pages

to fully brief the issues in its opening memorandum. So that Plaintiffs have adequate time to respond, Defendant would consent to a modest extension of time for Plaintiffs to file their cross-motion for summary judgment and incorporated memorandum in opposition, which is currently due by July 15, 2024.

    Defendant attaches as an exhibit to this motion its Motion for Summary Judgment and accompanying memorandum and exhibits.

Dated: June 14, 2024                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA (CA Bar No. 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendant*