UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## ORDER

For the reasons stated in Defendant's Motion for Additional Pages, it is hereby **ORDERED** that Defendant's Motion for Additional Pages is **GRANTED**.

The Clerk's Office is instructed to file the proposed motion and accompanying memorandum and exhibits into the record of the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
DARREL J. PAPILLION
United States District Judge