UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Emergency Management Agency ("FEMA") respectfully moves this Court for an order under Rule 56(a) of the Federal Rules of Civil Procedure granting it summary judgment on all claims in this Freedom of Information Act case. This motion is supported by the accompanying Memorandum in Support of Defendant's Motion for Summary Judgment; Defendant's Statement of Undisputed Material Facts; the Declarations of Tammi Hines (with accompanying exhibits) and Naomi Ondrich on behalf of FEMA; and the Declarations of Matthew Chamberlain on behalf of Milliman, Inc., Jeffrey Chen on behalf of KatRisk LLC (with an accompanying exhibit), Roger Grenier, PhD, on behalf of Verisk Analytics, Inc., and Mikhail Palatnik on behalf of CoreLogic, Inc. (with an accompanying exhibit). A proposed Order is also attached.

Dated: June 14, 2024  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA (CA Bar No. 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Email:  Yoseph.T.Desta@usdoj.gov

*Counsel for Defendant*