

2020 K Street, N.W.
Suite 500
Washington, DC  20006
Tel 202.461.3100  Fax 202.461.3102
www.foxrothschild.com

DOUG P. HIBSHMAN
Direct No: 202 461-3113
Email: dhibshman@FoxRothschild.com

September 8, 2023

**VIA E-MAIL (stephanie.tucker@fema.dhs.gov)**
Stephanie Tucker
FOIA Team Lead
Disclosure Branch, Information Management Division Mission Support
U.S. Department of Homeland Security
500 C Street, S.W. Mail Stop 3172
Washington, DC 20472-3172

Re:   CoreLogic's Response to FEMA FOIA Request #2023-FEFO-00111ICO / FEMA Appeal #2023-FEAP-00003

Dear Ms. Tucker:

Our firm represents CoreLogic with regard to the above-referenced FOIA Request submitted to the U.S. Department of Homeland Security, Federal Emergency Management Agency ("FEMA").  Please address all correspondence related to the FOIA Request and this Response to undersigned counsel.

CoreLogic appreciates FEMA providing it the ability to respond to the information requested by the President of St. Charles Parish, Louisiana (the "Parish").  Specifically, the Parish is seeking records on the new pricing approach for the National Flood Insurance Program ("NFIP"), including the risk model from Risk Rating 2.0.

As an initial matter, CoreLogic **objects** to FEMA disclosing any CoreLogic data, algorithms, calculations, pricing, valuations, outputs, deliverables, or related data in response to the FOIA Request as all such information constitutes CoreLogic's: (1) trade secrets; and (2) commercial and financial information, which makes such information exempt from disclosure under FOIA pursuant to FOIA Exemption 4.

By way of background, CoreLogic provides multiple software products, services, algorithms, formulas, models, and related data (hereafter collectively referred to as "CoreLogic Protected Data") to FEMA for the purposes of developing risk modeling and pricing for the NFIP.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Nevada
New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Virginia   Washington

149212108.1



Stephanie Tucker
FOIA Team Lead
U.S. Department of Homeland Security
September 8, 2021
Page 2

For example, CoreLogic provides FEMA CoreLogic Protected Data including, but not limited to products / services / models generally referred to as: Risk Meter API; Replacement Cost National File; Replacement Cost Values; Reconstruction Cost Values; First Floor Height data; Structural Geo Coding, and RQE models.  This CoreLogic Protected Data is used by FEMA to calculate insurance costs and risk ratings for specific geographic locations, among many other uses.

The release of such confidential, proprietary, and competitively sensitive information to a third party and/or competitor of CoreLogic would cause significant competitive and financial harm to CoreLogic by enabling CoreLogic's competitors to gain access to information, which could subsequently be used by that competitor to predict CoreLogic's pricing and methodologies, and to potentially reverse engineer its products / services / models.  CoreLogic protects such CoreLogic Protected Data from disclosure to third parties to avoid such competitive harm and at no point has CoreLogic informed FEMA that it could release such sensitive information to third parties.  Accordingly, this CoreLogic Protected Data is not disclosable under FOIA and should be withheld from disclosure by FEMA.

To the extent that FEMA is inclined to disclose any CoreLogic information addressed herein, we respectfully request the ability to review that specific information and propose redactions to those documents consistent with FOIA Exemption 4.  Further, we will gladly provide your office additional information, as needed, to justify FEMA's refusal to disclose CoreLogic Protected Data to the requester.

I am happy to set up a call with your office to discuss these issues in more detail.  Please feel free to contact me at your convenience should you have any questions or wish to discuss this matter in greater detail.  Thank you in advance for your cooperation on this matter.

Sincerely,

**FOX ROTHSCHILD LLP**

Doug P. Hibshman
*Attorneys for CoreLogic*

149212108.1