**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT, | Civil Action No. 2:23-cv-01369 |
| | Section P |
| *Plaintiffs*, | Judge Papillion |
| v. | Magistrate Judge North |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, | |
| *Defendant*. | |

**DEFENDANT'S MOTION FOR ADDITIONAL PAGES**

Defendant respectfully requests leave to file an opening brief in excess of 25 pages in support of its Motion for Summary Judgment.

This Court's Local Rule 7.7 limits opening briefs to 25 pages "[e]xcept with prior leave of court." Under that rule, Defendant seeks a page expansion of 14 additional pages. Defendant has good cause for requesting this page extension so that it can adequately brief its Motion for Summary judgment given (1) the technical nature of the Freedom of Information Act ("FOIA") records at issue in this case and the corresponding need to provide background information on the complex regulatory scheme to which the records pertain; and (2) the number of issues in dispute, with Plaintiffs having indicated that they intend to challenge the adequacy of Defendant's FOIA search and all of its FOIA withholdings (*i.e.*, its withholdings under FOIA Exemptions 4 of two different categories of information and its withholdings under FOIA Exemption 5 of two different categories of information). In view of these considerations, Defendant asks the Court to allow it a total of 39 pages

to fully brief the issues in its opening memorandum.  So that Plaintiffs have adequate time to respond, Defendant would consent to a modest extension of time for Plaintiffs to file their cross-motion for summary judgment and incorporated memorandum in opposition, which is currently due by July 15, 2024.

Defendant attaches as an exhibit to this motion its Motion for Summary Judgment and accompanying memorandum and exhibits.

Dated: June 14, 2024                     Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         MARCIA BERMAN
                                         Assistant Branch Director
                                         Civil Division, Federal Programs Branch

                                         /s/ Yoseph T. Desta
                                         YOSEPH T. DESTA (CA Bar No. 332179)
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street NW
                                         Washington, D.C. 20005
                                         Phone: 202-305-3080
                                         Email:  Yoseph.T.Desta@usdoj.gov

                                         *Counsel for Defendant*