**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

<table>
<tr>
<td>

ST. CHARLES PARISH, A POLITICAL
SUBDIVISION OF THE STATE OF
LOUISIANA, AND MATTHEW JEWELL, IN
HIS OFFICIAL CAPACITY AS ST. CHARLES
PARISH PRESIDENT,


              *Plaintiffs*,

    v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY,


              *Defendant*.

</td>
<td>

Civil Action No. 2:23-cv-01369

Section P

Judge Papillion

Magistrate Judge North

</td>
</tr>
</table>

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Emergency Management Agency ("FEMA") respectfully moves this Court

for an order under Rule 56(a) of the Federal Rules of Civil Procedure granting it summary judgment

on all claims in this Freedom of Information Act case.  This motion is supported by the accompanying

Memorandum in Support of Defendant's Motion for Summary Judgment; Defendant's Statement of

Undisputed Material Facts; the Declarations of Tammi Hines (with accompanying exhibits) and

Naomi Ondrich on behalf of FEMA; and the Declarations of Matthew Chamberlain on behalf of

Milliman, Inc., Jeffrey Chen on behalf of KatRisk LLC (with an accompanying exhibit), Roger

Grenier, PhD, on behalf of Verisk Analytics, Inc., and Mikhail Palatnik on behalf of CoreLogic, Inc.

(with an accompanying exhibit).  A proposed Order is also attached.

    Dated: June 14, 2024              Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA (CA Bar No. 332179)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Email:  Yoseph.T.Desta@usdoj.gov

*Counsel for Defendant*