UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>Defendant. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## DECLARATION OF KATRISK LLC

I, Jeffrey Chen, do hereby declare and state as follows:

1.  I serve as KatRisk LLC's (KatRisk) Chief Executive Officer. Previously, I served as Verikai Inc.'s ("Verikai") President, CEO, Chief Revenue Officer, and Vice President of Sales. Prior to my time at Verikai, I was the Director of Business Development at Formation and spent nearly six years at Guidewire Software, holding diverse roles, including Senior Director in Cloud Strategy/Delivery and Head of Global Value Consulting.

2.  KatRisk is a catastrophe modeling small business which started in 2012. KatRisk has been licensing proprietary catastrophe model data and software currently under Contract No. 70FA6020C00000005 to the Federal Emergency Management Agency ("FEMA") since 2020 with licensing starting in 2017. KatRisk data and models cover inland flood, storm surge, tropical cyclone winds, severe convective storm, and other perils.

3.      Risk Rating 2.0 is FEMA's pricing approach to the National Flood Insurance Program ("NFIP"). According to FEMA, Risk Rating 2.0 enables the agency to deliver FNIP rates that are actuarially sound, equitable, easier to understand and better reflect a property's flood risk.

4.      FEMA hired Milliman Inc. ("Milliman") to assist it with its Risk Rating 2.0 initiative, which consists of developing a new rating plan for the NFIP. According to FEMA, Milliman's work under Risk Rating 2.0 has been documented in over 40 separate actuarial communications including actuarial reports and other formats, such as spreadsheets and electronic data files.

5.      Under a non-transferable license, KatRisk provided catastrophe modeling data and software to FEMA, and FEMA in turn provided model results and portions of model data to Milliman, which was used in FEMA's Risk Rating 2.0. The license KatRisk granted FEMA covers inland flood from precipitation and storm surge from tropical cyclones. FEMA used the licensed KatRisk models to import location level information from NFIP flood insurance policy holders as well as from Milliman market baskets (i.e., representative samples of policies in a given area). However, KatRisk was not involved in preparing input data, performing model runs, analyzing KatRisk model output, usage of its data and methods, or the Risk Rating 2.0 design.

6.      According to FEMA, FEMA's reasons for licensing KatRisk's modeling software are to: (1) add credibility to Risk Rating Redesign and Reinsurance Programs; (2) provide FEMA with the ability to run the models using NFIP data to understand the program's risk and exposure to flood loss; (3) allow FEMA the ability to draw comparisons against premiums proposed by reinsurers using the same models to justify their premiums; (4) help the NFIP set rates for their policies; (5) understand and validate the accuracy and precision of available catastrophic flood models; and (6) maintain stability by continuing to use catastrophic models to build rates.

7. KatRisk is familiar with the Freedom of Information Act ("FOIA") request and Complaint filed by St. Charles Parish and parish president Matthew Jewell (collectively, the "Plaintiffs"), seeking disclosure of records. KatRisk has timely responded to FEMA when requested to opine on the releasability of KatRisk data in response to the Plaintiffs' FOIA request. KatRisk's response is attached to this declaration.

8. The statements contained in this declaration are based upon my personal knowledge, information provided to me in my official capacity, and conclusions I reached based on that knowledge or information.

### KatRisk's Data in FEMA's Records

9. Plaintiffs' FOIA request seeks "all data including but not limited to modeling data used to calculate NFIP flood insurance premiums in St. Charles Parish, Louisiana, in Risk Rating 2.0," and it is my understanding that Plaintiffs have clarified that they are "requesting the risk model used to assign premiums to St. Charles Parish residents," developed by Milliman. Milliman used KatRisk data and model output from our SpatialKat and SoloKat modeling platforms for Risk Rating 2.0.

10. While KatRisk was not involved with the Risk Rating 2.0 design by FEMA or Milliman, KatRisk is aware of FEMA and Milliman's usage of KatRisk data for Risk Rating 2.0. KatRisk methodologies have been documented through confidential user guides, documentation, tutorials, and training sessions. FEMA is in possession of all KatRisk data and software platforms that use KatRisk data.

11. It is my understanding that FEMA applied FOIA Exemption 4 to withhold certain KatRisk confidential commercial modeling data.

3

**Withholding of Confidential Commercial Information**

12.     Exemption 4 protects "trade secrets and commercial or financial information obtained from a person [that is] privileged or confidential." Exemption 4 affords protection to those submitters who furnish confidential commercial or financial information to the government and safeguards them from the competitive disadvantages and other harms that could result from disclosure.

13.     It is my understanding that FEMA withheld KatRisk's confidential commercial modeling data under Exemption 4. In particular, FEMA withheld KatRisk model results, which include estimated average annual losses generated by KatRisk's catastrophe model software to inform Risk Rating 2.0 premium development. This KatRisk output data appears in the Target Rate Level and Concentration Factor exhibit documents that, as I understand it, was provided to Plaintiffs with redactions applied. The redacted KatRisk data is proprietary company data.

14.     It is also my understanding that FEMA withheld KatRisk's confidential commercial contract information showing the "Quantity," "Unit Price," and "Amount" for the catastrophe model licensing.

15.     Milliman first notified KatRisk about this FOIA request on June 23, 2023. In this notice, Milliman explained that FEMA had received a FOIA request from the Plaintiffs targeting information and data Milliman provided to FEMA, and FEMA was soliciting Milliman's perspective on the necessity to protect this information. With general knowledge that Milliman used KatRisk software and data for Risk Rating 2.0, KatRisk assisted Milliman with crafting its response to FEMA. Subsequently, KatRisk received an email on August 11, 2023 from FEMA concerning Plaintiffs' FOIA request seeking Risk Rating 2.0 data. Specifically, this email stated that KatRisk's Risk Rating 2.0 modeling and algorithm data was the subject of a FOIA request and

4

may contain confidential commercial information protected from disclosure under Exemption 4. KatRisk timely responded to this letter before August 25, 2023. KatRisk then received another FOIA notice letter from FEMA on February 19, 2024, regarding KatRisk contract data, which KatRisk also answered within the requested timeframe.

16. To the first request from FEMA, KatRisk responded that all KatRisk model data, software, and location level results produced by the model are confidential and should not be made publicly available. Further, KatRisk explained that it ensures the privacy of the aforementioned information by issuing a non-transferrable license to use the information to its customers, and that this license expires as the end of the applicable contract term. Lastly, KatRisk explained how making its data and modeling available to the public would have a significant financial impact to KatRisk, and result in the loss of the intellectual property associated with this data/modeling.

17. KatRisk does not release its model data, software, modeling factors, user guides and training material publicly and has marked many of the training and documentation material as confidential. We take the protection of our proprietary information very seriously.

18. The withheld modeling information is commercial because KatRisk's catastrophe modeling data and software are proprietary commercial products that are being licensed by about 80 customers in the insurance and reinsurance business, thereby demonstrating its intrinsic value.

19. When licensees like FEMA use our catastrophe modeling, they generate outputs, such as loss estimates, that are derived directly from our model and represent our proprietary data. These outputs are a core part of our catastrophe modeling commercial offering; our licensees are paying for the ability to have our model generate these loss estimates. And the loss estimates reflect the core underlying assumptions and proprietary aspects of our model; they hinge on our model's unique view of flood hazard and vulnerability.

20.     The withheld modeling information is confidential because KatRisk, like all of our peer catastrophe modeling companies, keeps all modeling data and methodologies private and does not publicly release the information absent a non-transferrable license. Additionally, KatRisk protects its proprietary information from disclosure across all KatRisk contracts and business activities through Non-Disclosure Agreements and contracts that limit the distribution of KatRisk data to third parties not included in the contract. KatRisk data and models are kept for FEMA in a secure environment managed by Guy Carpenter & Company and are only accessible with a FEMA secured laptop from FEMA badged personal. Catastrophe risk software is a very competitive industry dominated by two very large players and a handful of smaller organizations. KatRisk's competitors always seek to gain an advantage and obtain more of KatRisk's market share, due to KatRisk's position as the market leader in the flood modeling space (with FEMA as a customer). Any proprietary information related to our products released to the public would cause severe detriment to KatRisk's business and aid our competitors in their pursuit of taking away KatRisk's market share. In particular, a competitor could use the withheld data to understand the proprietary and sensitive underpinnings of our catastrophe modeling and reverse engineer our commercial offerings.

21.     KatRisk takes steps to keep all catastrophe modeling information private and guard against public disclosure across its business activities, because its data, methods and software are the result of extensive internal development work over many years. Making any of our data, software, and model results available to the public could have substantial financial impacts on KatRisk and cause KatRisk to lose the intellectual property associated with its products. If our data, software, or model results is made publicly available at no cost, the ability for KatRisk to license our products and remain financially viable would be greatly diminished.

22. KatRisk always knew and agreed with having high-level model output aggregate results published by FEMA specifically related to and assisting FEMA NFIP annual reinsurance placements. This data, consisting of the following, is available on FEMA's Open FEMA website and includes, among other data, aggregate average annual loss data by state and for the 100 top loss-producing counties. But KatRisk considers all other catastrophe modeling data to be proprietary, because such data risks revealing commercially valuable aspects of the proprietary catastrophe models that it licenses to generate revenue. Considering the sensitivity of this information to its business and the private nature of this information, KatRisk's position is that its modeling information, including the modeling output data specifically withheld from Plaintiffs as part of this FOIA litigation, falls under Exemption 4.

23. KatRisk has provided the withheld modeling information to FEMA on the expectation that the information would be kept private, and it received assurances from FEMA as part of its work on Risk Rating 2.0 that the information would be protected from disclosure. Importantly, the first page of KatRisk's contract with FEMA provides that "the services to be procured are commercial in nature, and the subject contract is awarded subject to FAR Part 12." With respect to the acquisition of technical data under commercial contracts, the government may acquire "only the technical data and the rights in that data customarily provided to the public." FAR 12.211. Similarly, when acquiring computer software and documentation, the government shall acquire such data "under licenses customarily provided to the public" and "shall have only those rights specified in the license contained in any addendum to the contract." FAR 12.212. KatRisk licensed for a finite period data, model methodologies, and our software platform, and it did so with the expressed expectation that the data, methodologies, and software

7

would not become public. Lastly, FEMA has never indicated that our data would be distributed, and it kept our products in a secure production environment.

24. Apart from the modeling data that FEMA withheld on KatRisk's behalf, it is also my understanding that the agency withheld certain KatRisk contract information concerning the pricing, quantity, and amount for licensing our catastrophe modeling. These contract terms are fundamental terms that KatRisk submitted to contract with FEMA, and they relate directly to our commercial agreement. We do not publicly release this type of sensitive business information. The release of this contract data would cause us significant financial harm by revealing our pricing and business strategy to our competitors.

25. If FEMA is unable to maintain the confidentiality of our catastrophe modeling information, we will likely be unwilling to license our catastrophe modeling products to the government in the future in a similar fashion. Public disclosure of our proprietary catastrophe modeling information poses great financial risk to us.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of June 2024.

 Jeffrey Chen
 KatRisk CEO



KatRisk
2397 Shattuck Ave., #212
Berkeley, CA 94704

August 17, 2023

Stephanie Tucker
FOIA Team Lead
Disclosure Branch
Information Management Division
Mission Support

Re: FEMA 2023-FEAP-00003

Dear Ms. Tucker,

In response to your letter of August 11, 2023 regarding the subject request for information, KatRisk believes that all KatRisk model data, software, and location level results produced by the model are confidential and should not be made publicly available. Specifically, KatRisk considers the following to be proprietary and trade secret information:

- KatRisk software and model data licensed to FEMA. This includes all KatRisk GIS raster data and derivatives of these data. Examples include return period flood maps and differences between return period flood maps, such as the river class data used in Risk Rating 2.0.
- Any location level output results generated from the KatRisk model. Examples include the average annual loss for each of the about 90 Million locations from the Milliman market basket used in Risk Rating 2.0.

KatRisk licenses our flood model data and software to FEMA under the expectation that the model data, software, and location level results will remain confidential and not be distributed. FEMA has never indicated to us that our data, software, or location level results would be made publicly available. All of our commercial contracts provide a license to use the KatRisk data and software while the license is valid and requires removal of our data and software once a license expires. Additionally, licensed data and software cannot be provided to third parties.

The KatRisk data and software provided to FEMA are the result of extensive internal development work over many years. Making our data, software and location level results available to the public could have substantial financial impacts on our company and cause us to lose the intellectual property associated with our products. If our data or software is made publicly available at no cost, the ability for KatRisk to license our products and remain financially viable would be greatly diminished.

Please let us know if you have any questions regarding this matter.

Sincerely,

Guy C. Morrow
Managing Member