# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## DECLARATION OF MIKHAIL PALATNIK

I, Mikhail Palatnik, do hereby declare and state as follows:

1. I am the Senior Vice President for Product and Insurance Solutions (Protect) at CoreLogic and have worked for CoreLogic for over twelve years. CoreLogic provides data, real estate, mortgage, and insurance solutions. Our insurance solutions are based on innovative software platforms that enable real-time decision-making by insurers and property owners by providing detailed and comprehensive analyses of potential risk. CoreLogic's services include, but are not limited to providing precise location information to analyze structure risk, providing claims management services, and providing hazard risk services. In my role as Senior Vice President, I have responsibility for CoreLogic's product management for the Product and Insurance Solutions (Protect) division.

2. The Federal Emergency Management Agency ("FEMA") awarded Prime Contract No. 70FA6018P00000005 (the "Contract") to CoreLogic on or about August 24, 2018. The

Contract required CoreLogic to provide Catastrophe Data Model Software ("Software") for the purposes of developing risk modeling and pricing for the National Flood Insurance Program's ("NFIP") Risk Rating 2.0 program. Under the Contract, CoreLogic provides FEMA licenses to its Software, which analyzes catastrophic data modeling for the purposes of running models for insurance, reinsurance and risk ratings, and reviewing and validating model output related to the NFIP.

3.  The NFIP offers flood insurance coverage to homeowners, renters, and businesses as protection against flood losses. In addition to offering flood insurance, the NFIP identifies communities' flood risks, maps and publishes Flood Insurance Rate Maps of those risks, assists communities in meeting floodplain management requirements, and communicates the benefits of flood insurance protection to facilitate reimbursement for flood damage caused to properties through the NFIP.

4.  CoreLogic provides FEMA licenses to its proprietary and sensitive Software products, services, and models under the trade names of: Risk Meter API; Replacement Cost National File; Replacement Cost Values; Reconstruction Cost Values; First Floor Height data; Structural Geo Coding, and RQE models. CoreLogic offers this Software for sale through the commercial market as well.

5.  The licenses provided by CoreLogic enable FEMA to use its Software platforms to run models for insurance purposes to assess risk in various locations and for designated properties around the country, which FEMA uses to make NFIP-related decisions. It is my understanding that FEMA used its own flood insurance policyholder data as inputs to run its modeling, selected the model analysis options provided by CoreLogic and other vendors, ran the models, and generated flood loss estimates. I also understand that FEMA utilized the results of CoreLogic's

Software modeling, along with other model results and data, in developing Risk Rating 2.0. CoreLogic had no role in preparing the input data, running the models, or extracting, analyzing and utilizing the flood model results.

6. CoreLogic's Software runs simulated flood and catastrophe models, which include both probabilistic and historical events. The probabilistic events are realistic simulations of events that could occur in any year and the historical events are recreated simulations of actual historical events. For example, our flood model simulates the footprint of a flood across an affected area, calculates the depth of water at individual building locations, determines the degree of damage for each building type, and applies insurance policy terms to estimate losses. These simulated losses from events in our model can be utilized to assess the frequency and severity of flooding events, annual expected losses, and large loss scenarios.

7. Licensees using our Software, such as FEMA, can use our flood model to develop premiums for individual policies and/or groups of policies, create premium rating factors for different structure types or structural features, and create and negotiate reinsurance contracts and other risk transfer mechanisms.

8. I am generally familiar with the Freedom of Information Act ("FOIA") request and Complaint filed by Plaintiffs St. Charles Parish and parish president Matthew Jewell, seeking the disclosure of records under FOIA related to the Risk Rating 2.0 program, which includes data related to and/or produced by CoreLogic's Software provided under the Contract.

9. The statements contained in this declaration are based upon my personal knowledge of the Contract, CoreLogic's Software, and the information provided to me in my official capacity, and the conclusions I reached based on that knowledge and information.

## CoreLogic's Software Data in FEMA's Records and CoreLogic's Protection of its Proprietary and Sensitive Software Data

10. Risk Rating 2.0 is FEMA's actuarial update to the NFIP's pricing methodology, and the Contract was issued to obtain software to facilitate the development of Risk Rating 2.0 and operation of the NFIP.

11. The Contract set multiple performance specifications and requirements that CoreLogic's Software satisfies, which include, but are not limited to the following:

   a. To add credibility to Risk Rating Redesign and Reinsurance Programs;

   b. To run models using NFIP data to understand the program's risk and exposure to flood loss;

   c. To compare insurance premiums proposed by reinsurers using the same models reinsurers are using to justify their premiums;

   d. To help the NFIP set rates for its policies; and

   e. To understand and validate the accuracy and precision of available catastrophic flood models.

12. CoreLogic's performance of the Contract is ongoing and CoreLogic continues to provide NFIP Risk Rating 2.0 services to FEMA.

13. CoreLogic's Software used to support the NFIP is based upon multiple proprietary and sensitive algorithms, formulas, models, and related data developed by CoreLogic over many years and used for the purposes of developing risk modeling and pricing for the NFIP and for multiple other purposes for other federal and commercial customers.

14. CoreLogic only provides to its customers a limited license to its Software for the limited purposes of running its customers' modeling requirements. With regard to FEMA, the limited license provided to FEMA facilitates modeling in support of the NFIP in the manner

described by the Contract. CoreLogic does not transfer to FEMA or any other customer ownership of CoreLogic's Software or the proprietary and sensitive intellectual property that comprises its Software, and the limited license thus does not permit FEMA to publicly disclose such data.

15. The Contract requires that the NFIP data used to facilitate the NFIP stay behind FEMA's firewall in a FEMA-secured environment and that all modeling be performed within a FEMA-secure environment. Thus, CoreLogic's Software and any associated codes, protocols, and outputs are contractually protected. This firewall and secured environment are meant to protect the proprietary and sensitive nature of the data and software produced by third party vendors, such as CoreLogic, to support the NFIP, and to protect the proprietary and sensitive data ultimately produced as end product of the NFIP.

16. CoreLogic has developed its Software suite over approximately 30 years, the development cost of which has exceeded approximately $100M. CoreLogic derives significant annual revenue from licensing our subscription-based Software, which includes our models.

17. CoreLogic keeps its Software data and related pricing data confidential and does not publicly release such information or share it with any third parties, including the government, without first ensuring that its intellectual property is subject to zealous safeguards imposed by contract.

18. CoreLogic implements industry-leading security protocols to protect its Software codes, protocols, modeling, related pricing, and other proprietary and sensitive data, which include, but are not limited to: password protections over the data; housing the data in network secure databases; limiting access to such Software data by employees and third parties to only those that have a "need to know" and need to access the Software data for Software development and contract purposes; prohibiting the release of Software data to or by employees and third parties

without a valid contract purpose; requiring employees and third parties to sign nondisclosure agreements before accessing Software data; supervising the safeguarding of such data by a privacy officer; requiring confidentiality as a contract term before providing the information to others, including the government, in licensing and contract agreements; providing only limited licenses to its Software data and intellectual property to third parties, the transfer of which is governed by contract; and by marking the Software data with protective banners indicating that the data is considered proprietary and sensitive, and not to be disseminated in a manner contrary to the agreement with CoreLogic.

19.     The methods CoreLogic uses to protect our intellectual property and data are standard across the modeling industry.

### Withholding of CoreLogic's Confidential Commercial Information

20.     On August 11, 2023, FEMA sent a FOIA Notice to CoreLogic informing it of the FOIA request from Adams and Reese, LLP, submitted on behalf of parish president Matthew Jewell of St. Charles Parish, Louisiana (the "FOIA Notice"), seeking records on the Risk Rating 2.0 modeling and algorithm data, including that used by, and developed by CoreLogic's Software.

21.     The Contract categorizes CoreLogic's scopes of work into various Contract Line Item Numbers, or "CLINS." Specifically, the Contract contains ten CLINS that cover the Contract scope of work for the five-year Contract period of performance – the Base Year, Option Year 1, Option Year 2, and Option Year 3, and Option Year 4.

22.     Each of the five Contract years contain two CLINS covering the same two categories of Software services provided by CoreLogic, the first scope of work being "Catastrophic Data Modeling Software for Inland Flood w/ Training Support," and the second scope of work

being "Catastrophic Data Modeling Software for Storm Surge Modeling capability w/Training Support."

23. CoreLogic provided pricing to FEMA for each of the Contract's ten CLINS for the Software services that it provided to FEMA. FEMA incorporated that pricing into the Contract and CoreLogic performed the Contract based on that pricing proposed by CoreLogic and accepted by FEMA.

24. CoreLogic developed this Contract pricing based on its proprietary and sensitive Software coding, development, operations, and efforts used to develop, test, produce, manage, and maintain the Software for FEMA.

25. CoreLogic protects its Software data, pricing, modeling, modeling factors, and our user and customer data private and does not disclose such information to third parties unless the disclosure is protected by a non-disclosure agreement or by Contract. As such, CoreLogic objected to FEMA disclosing its Software data, pricing, modeling-related information, and modeling outputs in response to the FOIA Notice.

26. Specifically, on September 8, 2023,[1] September 15, 2023, and March 2, 2024 CoreLogic responded to FEMA FOIA Notices and objected to the release of CoreLogic's Software data, pricing, modeling-related information, and modeling outputs. Specifically, CoreLogic's September 8, 2023 response informed FEMA that:

    a. CoreLogic "objects to FEMA disclosing any CoreLogic data, algorithms, calculations, pricing, valuations, outputs, deliverables, or related data in response to the FOIA Request as all such information constitutes CoreLogic's: (1) trade secrets; and (2) commercial and

---

[1] A copy of CoreLogic's September 8, 2023, response to FEMA is attached to this declaration.

financial information, which makes such information exempt from disclosure under FOIA pursuant to FOIA Exemption 4";

    b. The Software that CoreLogic provided to FEMA was "protected data" and was constituted Software under the following specific CoreLogic trade names: "Risk Meter API; Replacement Cost National File; Replacement Cost Values; Reconstruction Cost Values; First Floor Height data; Structural Geo Coding, and RQE models"; and

    c. "The release of such confidential, proprietary, and competitively sensitive information to a third party and/or competitor of CoreLogic would cause significant competitive and financial harm to CoreLogic by enabling CoreLogic's competitors to gain access to information, which could subsequently be used by that competitor to predict CoreLogic's pricing and methodologies, ascertain in detail competitive differentiators and to potentially reverse engineer its products / services / models. CoreLogic protects such [Software] from disclosure to third parties to avoid such competitive harm and at no point has CoreLogic informed FEMA that it could release such sensitive information to third parties."

27. As such, CoreLogic requested that FEMA not disclose any of CoreLogic's Software codes, protocols, modeling, and related pricing provided to FEMA in relation to the services provided under the Contract as that data constitutes proprietary and sensitive data that CoreLogic's protects from disclosure to all third parties.

28. CoreLogic understands that FEMA ultimately redacted certain CoreLogic data in what it ultimately produced to Plaintiffs. Specifically, CoreLogic understands that FEMA redacted CoreLogic's Contract CLIN pricing and Contract funded amounts, as well as CoreLogic modeling factors and outputs provided by and/or generated by CoreLogic's Software.

29. In particular, CoreLogic's CLIN pricing and funded figures are commercially sensitive data as they are provided by and/or generated by CoreLogic based on the direct costs incurred to develop, manage, and maintain the Software at issue, along with the indirect costs incurred in relation to the Software development. The release of this contract data would cause significant financial harm to CoreLogic by enabling CoreLogic's competitors to gain access to this information, which could subsequently be used by competitors to predict CoreLogic's pricing and business strategy. CoreLogic customarily treats this line-item contract data as private; it does not publicly disclose this sensitive business information.

30. Further, the CoreLogic modeling factors and outputs also commercially sensitive data as they are provided by and/or generated by CoreLogic's Software and could be used to potentially reverse engineer or predict how CoreLogic's Software and modeling methodologies operate or respond to specific inputs and/or what outputs would result from such inputs. A competitor could use the withheld data to understand the proprietary and sensitive interworking of CoreLogic's Software and its modeling methodologies and/or to potentially reverse engineer such Software and modeling to the detriment of CoreLogic, who zealously protects such data and methodologies in the manners described above.

31. CoreLogic zealously protects such data and methodologies, including outputs generated by its model from input data, because outputs like annual expected flood losses are derived directly from our Software and represent our proprietary data. Outputs such as annual expected losses are a core part of our catastrophe modeling commercial offering; our licensees are paying for the ability to have our model generate these loss estimates. And the loss estimates reflect the core underlying assumptions and proprietary aspects of our model; they hinge on our model's unique view of flood hazard and vulnerability.

32. If FEMA is unable to maintain the confidentiality of our catastrophe modeling information, we will likely be unwilling to license our catastrophe modeling products to the government in the future in a similar fashion. Public disclosure of our proprietary catastrophe modeling information poses great financial risk to us.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of June 2024.

DocuSigned by:

*[signature]*

7CC63B86C000448...

Mikhail Palatnik
SVP – Product Management, Insurance Solutions

DocuSign

## Certificate Of Completion

Envelope Id: A747106A08EE432D8C8B5E27348AD3ED  
Subject: Complete with Docusign: St. Charles Parish v. FEMA_CoreLogic Declaration_6.13.2024.pdf  
Source Envelope:  
Document Pages: 10  
Certificate Pages: 5  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-05:00) Eastern Time (US & Canada)  

Signatures: 1  
Initials: 0  

Status: Completed  

Envelope Originator:  
Kyara Salmon  
2000 Market Street  
Philadelphia, PA  19103  
KSalmon@foxrothschild.com  
IP Address: 163.116.146.154  

## Record Tracking

Status: Original  
          6/13/2024 2:27:30 PM  

Holder: Kyara Salmon  
          KSalmon@foxrothschild.com  

Location: DocuSign  

| Signer Events | Signature | Timestamp |
|---|---|---|
| Mikhail Palatnik<br>mpalatnik@corelogic.com<br>SVP - Product Management<br>Marshall & Swift Boeckh, LLC<br>Security Level: Email, Account Authentication (None)<br><br>**Electronic Record and Signature Disclosure:**<br>   Accepted: 6/13/2024 11:28:13 PM<br>   ID: ce714ab6-b80c-4a30-8f1e-d584f49942b9<br>   Company Name: Fox Rothschild LLP | DocuSigned by:<br>*[signature]*<br>—7CC63B86C000448...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 193.92.13.117<br>Signed using mobile | Sent: 6/13/2024 2:55:54 PM<br>Viewed: 6/13/2024 11:28:13 PM<br>Signed: 6/13/2024 11:28:18 PM |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Doug Hibshman<br>dhibshman@foxrothschild.com<br>Partner<br>Fox Rothschilld LLP<br>Security Level: Email, Account Authentication (None)<br><br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | COPIED | Sent: 6/13/2024 2:55:54 PM<br>Viewed: 6/14/2024 10:23:19 AM |
| Jeanette White<br>jawhite@corelogic.com<br>Associate General Counsel<br>Security Level: Email, Account Authentication (None)<br><br>**Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | COPIED | Sent: 6/13/2024 2:55:54 PM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 6/13/2024 2:55:54 PM |
| Certified Delivered | Security Checked | 6/13/2024 11:28:13 PM |
| Signing Complete | Security Checked | 6/13/2024 11:28:18 PM |
| Completed | Security Checked | 6/13/2024 11:28:18 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Fox Rothschild LLP ("we," "us," or the "Firm") may need to provide to you certain written notices, disclosures, authorizations, acknowledgments, agreements, or other transactional documents (collectively, "Documents"). Described below in this Electronic Record and Signature Disclosure ("Disclosure") are the terms and conditions for providing to you such Documents electronically through the DocuSign, Inc. ("DocuSign") electronic signing system, and for using your electronic signature in connection with those Documents rather than obtaining your handwritten signature. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Documents will be sent to you electronically:**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all Documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any Documents, we prefer to provide these Documents to you by the same method and to the same address that you have given us. Thus, you can receive the Documents electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below.

**To advise the Firm of your new e-mail address:**

It is your responsibility to provide us with a current, valid email address and to promptly update any changes to this information. To let us know of a change in your e-mail address where we should send Documents electronically to you, you must send an email message to us at helpdesk@foxrothschild.com and in the body of such request you must state: (1) your previous e-mail address, and (2) your new e-mail address. We do not require any other information from you to change your email address. In addition, you must notify DocuSign to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from the Firm:**

At any time, you may request from us a paper copy of any Document or record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. To request delivery from us of paper copies of the Documents previously provided by us to you electronically, you must send us an e-mail to helpdesk@foxrothschild.com and in the body of such request you must state your e-mail address, full name, US Postal address and telephone number.

**To decline your consent with the Firm:**

If you do not want to receive Documents from us electronically, you have a right to decline consent and receive Documents only in paper format. If you elect to receive required Documents only in paper format, it may slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required Documents to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper Documents.

To decline consent you may either:
i. Decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
ii. Send us an e-mail to helpdesk@foxrothschild.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.
This will indicate to us that you have withdrawn your consent to receive required Documents electronically from us and you will no longer be able to use the DocuSign system to receive required Documents electronically from us or to sign electronically documents from us.
**To withdraw your consent with the Firm:**
If you decide to receive Documents from us electronically, you may at any time change your mind and tell us that thereafter you want to receive Documents only in paper format. To indicate to us that you are changing your mind, send us an e-mail to helpdesk@foxrothschild.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number.
**How to contact Fox Rothschild LLP:**
You may contact the Firm with any questions or concerns about DocuSign or this Disclosure by sending an email message to: helpdesk@foxrothschild.com.
**Required hardware, software, and operating systems:**
You are responsible for installation, maintenance, and operation of your computer, browser, and software. The Firm is not responsible for errors or failures from any malfunction of your computer, browser, or software. The Firm is also not responsible for computer viruses or related problem associated with the use of an online system, or any delay or failure in connection with your receipt of email notices or other notices, disclosures, or information from the Firm. The following are minimum hardware, software, and operations requirements necessary to receive electronic Documents through DocuSign.

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.
**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for

your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic ELECTRONIC RECORD AND SIGNATURE DISCLOSURE document; and
- I can print on paper the Disclosure or save or send the Disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify Fox Rothschild LLP as described above, I consent to receive through electronic means all notices, disclosures, authorizations, acknowledgements, and and other transactional documents that are to be provided or made available to me by Fox Rothschild LLP during the course of my relationship with the Firm.