UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant's Motion for Summary Judgment is hereby set for submission for District Judge Darrel J. Papillion on September 4, 2024.[1]

Dated: June 18, 2024  Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA (CA Bar No. 332179)
Trial Attorney

---

[1] Under the Court's scheduling Order, ECF No. 26, Plaintiffs' deadline to file a cross-motion for summary judgment and incorporated memorandum in opposition to Defendant's motion for summary judgment is July 15, 2024. Under the Order, Defendant's deadline to file an opposition to Plaintiffs' cross-motion and incorporated reply in support of its own motion is August 5, 2024, and Plaintiffs' deadline to file a reply in support of their cross-motion is August 26, 2024.

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: 202-305-3080
Email: Yoseph.T.Desta@usdoj.gov

*Counsel for Defendant*