UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT, *Plaintiffs*, v. FEDERAL EMERGENCY MANAGEMENT AGENCY, *Defendant*. | Civil Action No. 2:23-cv-01369  Section P  Judge Papillion  Magistrate Judge North |

## ORDER

In consideration of Defendant's Motion for Summary Judgment, and the existing record, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and it is hereby further **ORDERED** that judgment is entered for Defendant in the above-captioned case.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
DARREL J. PAPILLION
United States District Judge