# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ST. CHARLES PARISH, LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS PARISH PRESIDENT**<br>　　*Plaintiffs*, <br><br>v.<br><br>**FEDERAL EMERGENCY MANAGEMENT AGENCY**<br>　　*Defendant*. | **CIVIL ACTION: 23-cv-1369**<br><br><br><br>**JUDGE DARREL JAMES PAPILLION**<br><br><br><br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

### MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT IN EXCESS OF THE PAGE LIMIT

　　Plaintiffs, St. Charles Parish and Parish President Matthew Jewell (together, the "Parish"), respectfully move the Court to submit their memorandum in support of their cross-motion for summary judgment and incorporated memorandum in opposition to FEMA's motion for summary judgment in excess of the page limit. The Parish requests that the Court allow it to submit a 33-page memorandum instead of a 25-page memorandum, which memorandum is attached to this motion. The additional pages were necessary to address the various arguments contained in FEMA's 42-page memorandum in support of its motion for summary judgment (R. Doc. 31-1).

　　**WHEREFORE**, the Parish respectfully requests that Court grants this motion and allow it leave to file a memorandum that is 33 pages long.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Erica P. Sensenbrenner*
CHRISTOPHER J. KANE (#29282)
ERICA P. SENSENBRENNER (#38400)
701 Poydras Street, Suite 4500
New Orleans, LA 70l39
Telephone: (504) 58l-3234
Facsimile: (504) 566-0210
Christopher.Kane@arlaw.com
Erica.Sensenbrenner@arlaw.com

**AND**

COREY M. OUBRE (#28709)
Director of Legal Services
St. Charles Parish
723 Paul Maillard Road
Luling, LA 70070
Telephone: (985) 783-5013
Facsimile: (985) 307-0861
cmoubre@stcharlesgov.net

**AND**

ROBERT L. RAYMOND (#11408)
Assistant Director of Legal Services
St. Charles Parish
14108 River Road
Destrahan, LA 70047
Telephone: (985) 783-5013
Facsimile: (985) 307-0861
rraymond@stcharlesgov.net

*Attorneys for Plaintiffs*