## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ST. CHARLES PARISH, LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS PARISH PRESIDENT**<br>　　*Plaintiffs*, <br><br>v.<br><br>**FEDERAL EMERGENCY MANAGEMENT AGENCY**<br>　　*Defendant*. | **CIVIL ACTION: 23-cv-1369**<br><br><br><br>**JUDGE DARREL JAMES PAPILLION**<br><br><br><br>**MAGISTRATE JUDGE MICHAEL B. NORTH** |

## ORDER

Considering the foregoing Motion for Leave to File Memorandum in Support of Cross-Motion for Summary Judgment in Excess of the Page Limit filed by Plaintiffs, St. Charles Parish and Parish President Matthew Jewell (together, the "Parish");

**IT IS HEREBY ORDERED** that the Parish's Motion for Leave to File Memorandum in Support of Cross-Motion for Summary Judgment in Excess of the Page Limit is GRANTED;

**IT IS FURTHER ORDERED** that the Parish shall be permitted to file a memorandum that is 33-pages long.

New Orleans, Louisiana, this _____ day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE PAPILLION**