UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS PARISH PRESIDENT<br>   *Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>   *Defendant*. | CIVIL ACTION: 23-cv-1369<br><br><br><br>JUDGE DARREL JAMES PAPILLION<br><br><br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

## **CROSS-MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, St. Charles Parish and Parish President Matthew Jewell (together, the "Parish"), who respectfully submit, pursuant to Rule 56 of the Federal Rules of Civil Procedure, this Cross-Motion for Summary Judgment and incorporated memorandum in opposition to Defendant, Federal Emergency Management Agency's motion for summary judgment (R. Doc. 31).

This action arises from the Parish's November 2022 FOIA request to FEMA, to which FEMA has yet to fully respond. The Parish's motion together with FEMA's motion and its own declarations clearly demonstrate that FEMA did not conduct a reasonable or adequate search for documents in response to the Parish's FOIA request. Accordingly, FEMA cannot succeed on its summary judgment motion, and the Parish prays that this Court grants the Parish's motion, remands this matter to FEMA, and orders FEMA to conduct a reasonable and adequate search for the requested records. In addition, the Parish prays for an order awarding it statutory attorney's fees and costs.

1

For this and the reasons more fully addressed in the attached memorandum in support of the cross-motion for summary judgment and incorporated opposition memorandum, summary judgment should be granted in favor of the Parish, this matter should be remanded to FEMA, and fees and costs awarded in favor of the Parish.

    Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Erica P. Sensenbrenner*
CHRISTOPHER J. KANE (#29282)
ERICA P. SENSENBRENNER (#38400)
701 Poydras Street, Suite 4500
New Orleans, LA 70l39
Telephone: (504) 58l-3234
Facsimile:  (504) 566-0210
Christopher.Kane@arlaw.com
Erica.Sensenbrenner@arlaw.com


**AND**

COREY M. OUBRE (#28709)
Director of Legal Services
St. Charles Parish
723 Paul Maillard Road
Luling, LA 70070
Telephone: (985) 783-5013
Facsimile:  (985) 307-0861
cmoubre@stcharlesgov.net

**AND**

ROBERT L. RAYMOND (#11408)
Assistant Director of Legal Services
St. Charles Parish
14108 River Road
Destrahan, LA 70047
Telephone: (985) 783-5013
Facsimile:  (985) 307-0861
rraymond@stcharlesgov.net

***Attorneys for Plaintiffs***