UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS PARISH PRESIDENT<br>    *Plaintiffs,*<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>    *Defendant*. | CIVIL ACTION: 23-cv-1369<br><br>JUDGE DARREL JAMES PAPILLION<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

## DECLARATION OF JOSEPH SUHAYDA

1. I, Joseph Suhayda, am over 18 years of age and am competent to testify to the matters set forth herein.

2. I have a Bachelor of Science degree in Physics and a Ph. D. in Physical Oceanography.

3. I am a Coastal Hydrologist with over 30 years of experience in coastal physical process, coastal engineering, marine geotechnics, hurricane flooding, and oceanographic design criteria.

4. I was retained by St. Charles Parish (the "Parish") to assist in analyzing FEMA's productions of documents, provide advice on documents that the Parish could have expected to be produced and that should have been produced, and to assist the Parish in understanding how it can make critical policy decisions and adequately inform its citizens based on the data and information FEMA ultimately provides to the Parish.

5. In connection with my review, I created a summary list of all of the documents produced by FEMA. **Exhibit 1** to this Declaration is a true and correct copy of the summary.

1

6. I also reviewed numerous public FEMA documents and reports related to Risk Rating 2.0 that clearly evidences the existence of data and information that would be highly valuable to the elected officials in St. Charles Parish. For example, the key Risk Rating 2.0 Methodology and Data Sources report ("Methodology Report") explains the data used by FEMA and Milliman in creating Risk Rating 2.0.

7. After reviewing the documents produced by FEMA, I determined that FEMA produced documents that primarily address insurance variables and property characteristics that are countrywide in scope and not specific to St. Charles Parish.

8. FEMA's productions contain a very limited amount of data specific to even Louisiana, and there was no data in the production that provided specific information concerning calculating insurance premiums in St. Charles Parish.

9. In my review of the productions provided by FEMA to the Parish, as well as my review of publicly available information, I determine that there are categories of documents that are known to exist and that would be responsive to the Parish's request but that have not been produced by FEMA, including but not limited to: Premium Calculation Worksheet Input Data for each individual property in St. Charles Parish; Premium Calculation Worksheet Output Data for each individual property in St. Charles Parish; Historic Flood Claims Data specific to the Parish; the map of Risk Rating 2.0 Premium Estimates for the Parish, which was previously available on the FEMA READYYOURRISK.COM website; Redacted copies of all technical reports and communications by any consultants who completed any modeling to either FEMA or Milliman that included FEMA inputs or was selected by FEMA as part of the Risk Rating 2.0 premium calculation, including, but not limited to: (a) Atkins; (b) Mapping Data Integration Model Documentation Version 2.0 (February 13, 2020); (c) KatRisk Data and Technical Documentation

(February 2018); (d) AIR Inland Flood Model for the United States (June 2016); (e) AIR Hurricane Model for the United States (June 2017); (f) RQE v. 18.0 US Flood Model Principles and Methodology (July 2018); and any documentation confirming the list of levees in the Parish considered as part of the Risk Rating 2.0 and reasons for exclusion of any levees.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2024.

_Joseph Suhayda_
Joseph Suhayda

**EXHIBIT Suhayda Ex. 1**

**SUMMARY - List of Acquired RR 2.0 Data**

Table A1. Public Documents and Data Acquired

44 CFR Part 61 2020
Congressional Research Service 2019 National Flood Insurance Program: The Current Rating Structure and Risk Rating 2.0
Congressional Research Service 2022 National Flood Insurance Program: The Current Rating Structure and Risk Rating 2.0
FEMA 2017 US Community Analysis Map
FEMA 2021 LA State Profile
FEMA 2021 LA County Breakdown
FEMA 2021 LA New Methodology vs Old Methodology
FEMA 2021 LA Rate Analysis Comparison
FEMA 2021 LA Zip Code Breakdown
FEMA 2021 6 Ways a Flood Insurance Rate can be Lower with Risk Rating 2
FEMA 2021 RR 2.0 - Equity in action
FEMA 2021 RR 2.0 - NFIP Flood Insurance Manual Sections 1-6
FEMA 2021 RR 2.0 - NFIP Flood Insurance Manual Appendices
FEMA 2020 RR 2.0 - NFIP Flood Insurance Manual Appendix I SRL
FEMA 2022 RR 2.0 - Levees in Risk Rating 2.0
FEMA 2022 RR 2.0 - Methodology and Data Sources
FEMA 2022 RR 2.0 - Methodology and Data Sources – Appendix D Rating Factor Tables 1-22
FEMA 2022 RR 2.0 - Methodology and Data Sources – Appendix E Premium Calculation Worksheet Examples
FEMA 2023 NFIP Claims Manual
USASCE Levee Screening Tool Report

Table A2. FOIA Production Documents and Data Received

FEMA Pleadings and Discovery Responses
      1-27-23 FEFO-00111 Final Response
      2-27-23 FEMA FOIA Appeal Letter - 2023-FEFO-00111
      3-23-23 Response to FEMA Correspondence
      4-25-23 Doc. 1 Complaint
      6-26-23 Doc. 9 FEMA Answer to Complaint
      9-20-23 St. Charles Parish v. FEMA ROG and RFP Responses signed

FEMA NFIP Claims File

1 First Production
1.0_St. Charles Parish et al. v. FEMA (Signed 1st Interim Response Letter)
1.1_Appendix A1 SFH L 2020-09-13; Adjusted Standard Deviation and Deciles by HUC12 and Levee  System ID (LSI), Inland Flood
1.2_Appendix A2 SFH L 2020-09-13; Credibility Standard Selection for Adjusted Standard Deviation (SD) Decile 1 through 7, Countrywide - SFH L & NL, Tsunami
1.3_Appendix B SFH L 2020-09-13; Target and Estimated AALs by HUC12 and Levee System ID (LSI), Inland Flood Fluvial
1.4_Countrywide IFF MB ELRs - KatRisk SFH L 2020-09-13; Expected Loss Ratio Relativity by Distance to River, Inland Flood Fluvial
1.5_Countrywide IFF MB ELRs - MDI SFH L 2020-09-13; Expected Loss Ratio Relativity by Distance to River, Inland Flood Fluvial
1.6_Countrywide IFP MB ELRs - KatRisk SFH L 2020-09-13; Expected Loss Ratio Relativity by Distance to River, Inland Flood Pluvial
1.7_Countrywide IFP MB ELRs - MDI SFH L 2020-09-13; Expected Loss Ratio Relativity by Distance to River, Inland Flood Pluvial
1.8_Exhibit 1 - Dislocation SFH L 2020-09-13**;** Dislocation by Distance to River (meters), Seg 1-5
1.9_Exhibit 4 - Base Rate SFH L 2020-09-13**;** Premium by State - Long Term Expense Assumptions,  All Perils – All Coverages
1.10_Exhibit 6, 7 SFH L 2020-09-13; Credibility and Territory Factor by HUC12 and Levee System ID (LSI), Inland Flood

2 Second Production
2.0_Signed 2nd Interim Response St. Charles Parish et al. v. FEMA
2.1_Exhibit 10 Leveed 2020-09-13; Inforce Adjusted Territory Factor by HUC12
2.2_Exhibit 11 Leveed 2020-09-13; Inforce Adjusted Territory Factor by HUC12 and LSID
2.3_Exhibit 19 Page 17 (Foundation Type) 2020-09-13; Country Wide, SFH L & NL, All Perils
2.4_LA SS MB ELRs - KatRisk SFH L 2020-09-13; Expected Loss Ratio Relativity - Distance to Coast
2.5_LA SS MB ELRs - MDI SFH L 2020-09-136; Expected Loss Ratio Relativity - Distance to Coast
2.6_Levee CW Rating Factor Exhibits SFH L 2020-09-13; Distance to the River - Fluvial, Inland Flood

2.7_Non-LA SS MB ELRs - KatRisk SFH L 2020-09-13; Expected Loss Ratio Relativity-Distance to Coast
2.8_Non-LA SS MB ELRs - MDI SFH L 2020-09-13; Expected Loss Ratio Relativity by Distance to Coast
Table 2. FOIA Production Documents and Data (cont)

3 Third Production
3.0_Signed 3rd Interim Response St. Charles Parish et al. v. FEMA
3.1_Exhibit 1 - Dislocation - Leveed NSFH; Dislocation by Distance to River
3.2_Exhibit 1 - Dislocation - Leveed SFH; Dislocation by Distance to River
3.3_Exhibit 1 - Dislocation - Non-Leveed NSFH; Dislocation by Distance to River
3.4_Exhibit 1 - Dislocation - Non-Leveed SFH; Dislocation by Distance to River
3.5_Exhibit 2A - HLR - Selected All; Distance to River
3.6_Exhibit 2B - HLR - Selected - NY  NJ; Distance to River
3.7_Exhibit 2C - HLR - Selected - TX  LA; Distance to River
3.8_Exhibit 2D - HLR - Selected - All Other; Distance to River
3.9_Exhibit 3 - HLR - Indicated All; Distance to River
3.10_Exhibit 4 - Base Rate - NSFH L; Premium by State - Long Term Expense Assumptions
3.11_Exhibit 4 - Base Rate - NSFH NL; Premium by State - Long Term Expense Assumptions
3.12_Exhibit 4 - Base Rate - SFH L; Premium by State - Long Term Expense Assumptions
3.13_Exhibit 4 - Base Rate - SFH NL; Premium by State - Long Term Expense Assumptions
3.14_Exhibit 10; Inforce Adjusted Territory Factor by HUC12
3.15_Exhibit 11; Inforce Adjusted Territory Factor by HUC12
3.16_Exhibit 21 – NSFH HLRs; Type of Use
3.17_Exhibit 22 – NSFH Factors; Floors of Interest – Condo Owners

4 Fourth Production
4.0_St. Charles Parish et al. v. FEMA Signed 4th Interim Response
4.1_4th Production Responsive Records (2,160pp) (Pt.1);

| Page | Data |
|---|---|
| 1 | Adjusted Standard Deviation and Deciles by HUC12; IL, NL |
| 828 | Adjusted Standard Deviation and Deciles by HUC12; SS, BI, NL |
| 831 | Adjusted Standard Deviation and Deciles by HUC12; SS, NBI, NL |
| 908 | Adjusted Standard Deviation and Deciles by HUC12; SS, Segment 5, NL |
| 921 | Adjusted Standard Deviation and Deciles by HUC12; Tsunami, L, NL |
| 935 | Adjusted Standard Deviation and Deciles by HUC1; Great Lake, NL, L |
| 947 | Credibility Standard Selection for Adjusted Standard Deviation (SD) Decile 1; SFH, NL, IF |
| 979 | Target and Estimated AALs by HUC12; IF, NL |
| 1882 | Target and Estimated AALs by HUC12; SS, BI, NL |
| 1886 | Target and Estimated AALs by HUC12; SS, NBI, NL |
| 1970 | Target and Estimated AALs by HUC12; SS, Segment 5, NL |
| 1985 | Target and Estimated AALs by HUC12; Tsunami, L, NL |
| 2001 | Target and Estimated AALs by HUC12; Great Lake, NL, L |
| 2014 | Uniform Book Assumptions; CW, SFH, L, NL, All Perils |
| 2017 | Distance to Coast; CW, SFH, L, NL, Coastal Erosion |

4 Fourth Production (Cont)
- 2018  Summary of Selected Inland Flood ITV and Deductible Factors; CW, IF
- 2022  Summary of Selected Insurance to Value Factor; KatRisk Inland Flood, Coverage A
- 2027  Summary of Selected Insurance to Value Factor; CW, KatRisk Inland Flood, Coverage C
- 2032  Summary of Selected Insurance to Value Factor; CW, KatRisk SS, Coverage A
- 2037  Summary of Selected Insurance to Value Factor; CW, KatRisk SS, Coverage C
- 2042  Summary of Selected Insurance to Value Factor; CW, AIR, Inland Flood, Coverage A
- 2047  Summary of Selected Insurance to Value Factor; CW, AIR, Inland Flood, Coverage C
- 2052  Summary of Selected Insurance to Value Factor; CW, AIR, SS, Coverage A
- 2057  Summary of Selected Insurance to Value Factor; CW, AIR, SS, Coverage C
- 2062  Summary of Selected Insurance to Value Factor; CW, Corelogic, Inland Flood, Coverage A
- 2067  Summary of Selected Insurance to Value Factor; CW, Corelogic, Inland Flood, Coverage C
- 2072  Summary of Selected Insurance to Value Factor; CW, Corelogic, SS, Coverage A
- 2077  Summary of Selected Insurance to Value Factor; CW, Corelogic, SS, Coverage C
- 2082  Summary of Selected Insurance to Value Factor; CW, AIR, Tsunami, Coverage A
- 2087  Summary of Selected Insurance to Value Factor; CW, AIR, Tsunami, Coverage C
- 2092  Summary of Selected Insurance to Value Factor; CW, MDI, Tsunami, Coverage A
- 2097  Summary of Selected Insurance to Value Factor; CW, MDI, Tsunami, Coverage C
- 2102  Summary of Selected Insurance to Value Factor; CW, MDI, Great Lakes, Coverage A
- 2107  Summary of Selected Insurance to Value Factor; CW, MDI, Great Lakes, Coverage C
- 2112  Policy Examples, CW
- 2158  Expected Loss Ratio Relativity by Construction Type, Segment 1-4, FFH, L NL, IF

4.2_4th Production Responsive Records (2,160pp) (Pt.2)
Page   Data
- 1    Expected Loss Ratio Relativity by First Floor Height; Segment 1-4, SFH, L, NL, IF
- 20   Expected Loss Ratio Relativity by Building Type; Segment 1-4, SFH, L, NL, IF
- 37   Expected Loss Ratio Relativity by Construction Type; Segment 1-5, SFH, L, NL, IF
- 59   Dislocation by Distance to River (meters); Segment 1-5, SFH, NL
- 94   Distance to River; CW, SFH, NL
- 133  Distance to River; NJ & NY, SFH, NL
- 172  Distance to River; LA & TX, SFH, NL
- 211  Countrywide, excluding LA, NJ, NY, TX; SFH, NL

250    Distance to River; CW, SFH, NL
290    Premium by State; CW, SFH, NL, All Perils, All Coverages
300    Credibility and Territory Factor by HUC12; IF, NL
1870    Credibility and Territory Factor by HUC12; SS, BI, NL
1877    Credibility and Territory Factor by HUC12; SS, NBI, NL
1987    Credibility and Territory Factor by HUC12; SS, Segment 5, NL
2093    Credibility and Territory Factor by HUC12; Great Lakes, L, NL
2109    Credibility and Territory Factor by HUC12; Tsunami, L, NL

5 Fifth Production

5.0_St. Charles Parish et al. v. FEMA Signed 5th Interim Response Letter

5.1_5th Production Responsive Records (3,210 pp) (1)

| Page | Data |
|---|---|
| 1 | Inforce Adjusted Territory Factor by HUC12; IF, NL |
| 1318 | Inforce Adjusted Territory Factor by HUC12; SS, NL |
| 2667 | Expected Loss Ratio Relativity by Distance to Lake; Great Lakes, SFH, L, NL |
| 2681 | Distance to Lake; Segments 2 and 3, SFH, L, NL, Great Lakes |
| 2684 | Expected Loss Ratio Relativity by Distance to River; AIR, Segment 1, SFH, NL, IF |
| 2706 | Expected Loss Ratio Relativity - Distance to River; CoreLogic, Segment 1, SFH, NL, IF |
| 2728 | Expected Loss Ratio Relativity by Distance to River; KatRisk, Segment 1, SFH, NL, IF |
| 2750 | Distance to River; Segment 1, SFH, NL, IF |
| 2780 | Expected Loss Ratio Relativity by Distance to River; AIR, Segment 2, SFH, NL, IF |
| 2802 | Expected Loss Ratio Relativity - Distance to River; CoreLogic, Segment 2, SFH, NL, IF |
| 2824 | Expected Loss Ratio Relativity by Distance to River; KatRisk, Segment 2, SFH, NL, IF |
| 2846 | Distance to River; Segment 2, SFH, NL, IF |
| 2876 | Expected Loss Ratio Relativity by Distance to River; AIR, Segment 3, SFH, NL, IF |
| 2891 | Expected Loss Ratio Relativity - Distance to River; CoreLogic, Segment 3, SFH, NL, IF |
| 2906 | Expected Loss Ratio Relativity by Distance to River; KatRisk, Segment 3, SFH, NL, IF |
| 2921 | Distance to River; Segment 3, SFH, NL, IF |
| 2945 | Expected Loss Ratio Relativity by Distance to River; AIR, Segment 4 SFH, L, IF |
| 2986 | Expected Loss Ratio Relativity - Distance to River; CoreLogic, Segment 4, SFH, NL, IF |
| 3001 | Expected Loss Ratio Relativity by Distance to River; KatRisk, Segment 4, SFH, NL, IF |
| 3016 | Distance to River; Segment 4, SFH, NL, IF |
| 3047 | Expected Loss Ratio Relativity - Distance to River; KatRisk, Segment 5, SFH, NL, I, AK |
| 3071 | Expected Loss Ratio Relativity by Distance to Coast; MDI, Segment 5, SFH, NL, SS, AK |
| 3083 | Distance to River; Segment 5, SFH, NL, IF, AK |
| 3142 | Expected Loss Ratio Relativity by Distance to Ocean; MDI, Segment 4 & 5, SFH, NL, Tsunami, CA |
| 3184 | Construction Type; CW, SFH, L, NL, IF |

Sixth Production
6.0 St. Charles Parish et al. v. FE MA (Signed 6th Interim Response)
6.1 St. Charles Parish et al. v. FEMA_6th Interim Response Responsive Records (1,115pp)

| Page | Documents and Data |
|---|---|
| 1 | KATRISK LLC Contract |
| 32 | Statement of work – KatRisk Catastrophic Models – 8/14/2020 |
| 59 | CORELOGIC SOLUTIONS LLC Contract |
| 88 | Statement of work – CoreLogic Catastrophic Models – 7/18/2020 |
| 110 | Milliman Contract |
| 136 | Performance Work Statement – Actuarial Consulting Services – 8/2020 |
| 164 | Quality Assurance Surveillance Plan (QASP) |
| 169 | Derivation of Final Target Premiums Without Fees by State - Near Term Expense |
| 185 | Derivation of Capping Adjustment Factor – Near Term Expense |
| 193 | Indicated Rate Change by State - Near Term Expense |
| 201 | Initial Target Premiums with Fees by State - Near Term Expense |
| 209 | Derivation of Preliminary Target Premiums Without Fees by State – Near Term Expense |
| 225 | Derivation of Final Target Premiums Without Fees by State – Long Term Expense |
| 241 | Derivation of Capping Adjustment Factor - Long Term Expense |
| 249 | Indicated Rate Change by State - Long Term Expense |
| 257 | Initial Target Premiums with Fees by State - Long Term Expense |
| 265 | Derivation of Preliminary Target Premiums Without Fees by State – Long Term Expense |
| 281 | Derivation of Preliminary Target Premium by State |
| 289 | Summary of Selected AALs by State |
| 305 | Allocation of Selected AALs by State |
| 333 | Derivation of Adjusted AALs by State |
| 381 | Derivation of Mainland States Target AAL and Selected Adjustment Factor |
| 383 | Derivation of Scaled AAL - AIR |
| 415 | Derivation of Estimated MDI Inforce AAL |
| 491 | Selected MDI Burn Rate by Elevation |
| 611 | Derivation of Estimated Non-Single Family Inforce AAL |
| 660 | Loss Cost Multiplier by State - Long Term Expenses Assumptions |
| 662 | LCM ex NRL % |
| 667 | Guy Carpenter Inforce Exposure Calculation of Net Cost of Reinsurance |
| 668 | Reinsurance Structure Dictionary |
| 669 | Reinsurance Structure |
| 670 | Derivation of Final Target Premiums Without Fees by State |
| 678 | Initial Target Premiums with Fees by State |
| 686 | Summary of Selected AALs by State |
| 702 | Allocation of Selected AALs by State |
| 730 | Derivation of Adjusted AALs by State |
| 778 | Derivation of Mainland States target AAL and Selection Adjustment Factor |
| 780 | Derivation of Scaled AAL- AIR |
| 812 | Derivation of Estimated MDI Inforce AAL |

<u>6 Sixth Production (cont)</u>
- 896 Selected MDI Burn Rate by Elevation
- 1024 Derivation of Estimated Non-Family Inforce AAL
- 1077 Land Cost Multiplier Table
- 1077 LCM ex NRL %Table
- 1079 Inforce Exposure Calculation
- 1081 Inforce Exposure Ceded
- 1083 Guy Carpenter Inforce Exposure
- 1084 Reinsurance Structure Dictionary
- 1085 Reinsurance Structure
- 1086 Concentration Risk factor by MSA
- 1094 Milliman Letter - 9/22/20
- 1098 Milliman Letter - 9/22/20
- 1106 Milliman Letter - 8/3/2

Note: Abbreviations
AAL = Average Annual Loss
AK = Alaska
BI = Barrier Island
CW = Countrywide
ELR = Expected Loss Ratio
HUC = Hydrologic Unit Code
IF = Inland Flood
IFF = Inland Flood Fluvial
IFP = Inland Flood Pluvial
L = Leveed
LA = Louisiana
LSI = Levee System ID
MB = Market Basket
NBI = Non-Barrier Island
NJ = New Jersey
NL = Non Leveed
NSFH = Non-Single Family Housing
NY = New York
SFH = Single Family Housing
SS = Storm Surge
TX = Texas