UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS PARISH PRESIDENT<br>　　*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>　　*Defendant*. | CIVIL ACTION: 23-cv-1369<br><br><br>JUDGE DARREL JAMES PAPILLION<br><br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing Motion for Leave to File Memorandum in Support of Cross-Motion for Summary Judgment in Excess of the Page Limit (R. Doc. 33) filed by Plaintiffs, St. Charles Parish and Parish President Matthew Jewell (together, the "Parish");

**IT IS HEREBY ORDERED** that the Parish's Motion for Leave to File Memorandum in Support of Cross-Motion for Summary Judgment in Excess of the Page Limit is **GRANTED**.

The Clerk's Office is instructed to file the proposed motion and accompanying memorandum and exhibits into the record of the above-captioned matter.

New Orleans, Louisiana, this 18th day of July, 2024.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**