# Rate Explanation Guide

FEMA's new rating methodology, **Risk Rating 2.0: Equity in Action**, considers specific characteristics of a building – the **Where, How, and What** – to provide a more modern, individualized, and equitable flood insurance rate. Understanding these characteristics helps to identify the building's unique flood risk and associated premium.

## WHERE It Is Built (Property Address)

FEMA uses the building's property address to determine flood risk for the property. The property address is used to determine:

- **A building's distance to flooding sources,** including the distance to the coast, ocean, rivers, and Great Lakes.
- **The ground elevation** where the building is located relative to the elevation of the surrounding area and the elevation of nearby flooding sources.
- **Other characteristics** such as the community where the building is located and how that relates to the Community Rating System discount or whether the building is on a barrier island.



## HOW It Is Built (Building Characteristics)

Knowing the physical characteristics of a building provides a deeper understanding of the building's individual flood risk and how it may impact premium. Relevant variables include:

### Building Occupancy
*The type (and use) of the building being insured sets available coverage limits and determines what is covered as indicated in the policy form.*

### Foundation Type
*The foundation type provides important insight as to where the flood risk is likely to begin. For instance, risk varies based on whether a building's foundation is underground, at ground, or above ground.*

### First Floor Height
*Buildings whose first floor is higher off the ground have lower flood risk.*

### Number of Floors
*Buildings with more floors spread their risk over a higher area.*



### Unit Location
*Individual units on higher floors have lower flood risk than units on lower floors.*

### Construction Type
*Masonry walls perform better in different flooding events than wood frame walls.*

### Flood Openings
*Flood openings can lower a building's flood risk as they allow floodwaters to flow through a building's enclosure or crawlspace.*

### Machinery & Equipment
*Elevating above the first floor lowers the risk of damage to machinery & equipment covered in the policy.*



EXHIBIT E

March 2022   1

Rate Explanation Guide

# WHAT Is Built and Covered (Replacement Cost and Coverage)

The building's replacement cost value, the amount of coverage requested, and the deductible choices influence the insurance premium.





## Building Replacement Cost Value*

Buildings with higher costs to repair generally result in higher losses, resulting in higher premiums.

## Building and Contents Coverage

Policies with higher coverage limits have higher potential loss costs, which lead to higher premiums. Building coverage and contents coverage amounts are selected separately.



## Building and Contents Deductible

Policyholders who choose higher deductibles are assuming more of the risk during a flood event, which can result in a lower overall premium. Choosing a higher deductible means policyholders will need to cover more of the cost to rebuild out of pocket.

*\* The Building Replacement Cost Value used for rating does not affect the replacement cost value determined at time of loss.*

Learn more at fema.gov/flood-insurance/risk-rating

March 2022    2