UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS PARISH PRESIDENT<br>　　　*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>　　　*Defendant*. | CIVIL ACTION: 23-cv-1369<br><br><br>JUDGE DARREL JAMES PAPILLION<br><br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

## NOTICE OF SUBMISSION

Please take notice that undersigned counsel for Plaintiffs, St. Charles Parish and Parish President Matthew Jewell, will bring for submission its Cross-Motion for Summary Judgment on September 4, 2024[1] in the United States District Court for the Eastern District of Louisiana, Section "P" before the Honorable Darrel James Papillion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**ADAMS AND REESE LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Erica P. Sensenbrenner*
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER J. KANE (#29282)
　　　　　　　　　　　　　　　　　　　　ERICA P. SENSENBRENNER (#38400)
　　　　　　　　　　　　　　　　　　　　701 Poydras Street, Suite 4500
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70l39
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 58l-3234
　　　　　　　　　　　　　　　　　　　　Facsimile:  (504) 566-0210
　　　　　　　　　　　　　　　　　　　　Christopher.Kane@arlaw.com
　　　　　　　　　　　　　　　　　　　　Erica.Sensenbrenner@arlaw.com

---

[1] Pursuant to the Court's scheduling order, R. Doc. 26, Defendant's deadline to file an opposition to Plaintiffs' cross-motion for summary judgment is August 5, 2024, and Plaintiffs' deadline to file a reply in support of their cross-motion is August 26, 2024.

1

**AND**

COREY M. OUBRE (#28709)
Director of Legal Services
St. Charles Parish
723 Paul Maillard Road
Luling, LA 70070
Telephone: (985) 783-5013
Facsimile:  (985) 307-0861
cmoubre@stcharlesgov.net

**AND**

ROBERT L. RAYMOND (#11408)
Assistant Director of Legal Services
St. Charles Parish
14108 River Road
Destrahan, LA 70047
Telephone: (985) 783-5013
Facsimile:  (985) 307-0861
rraymond@stcharlesgov.net

*Attorneys for Plaintiffs*

2