UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS PARISH PRESIDENT<br>    *Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>    *Defendant*. | CIVIL ACTION: 23-cv-1369<br><br><br>JUDGE DARREL JAMES PAPILLION<br><br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

## REQUEST FOR ORAL ARGUMENT

NOW COME Plaintiffs, St. Charles Parish and Parish President Matthew Jewell, who respectfully request oral argument relative to their Cross-Motion for Summary Judgment (R. Doc. 35) entered into the record on this date and noticed for hearing to take place on or about September 4, 2024 or as soon thereafter as counsel may be heard.

Respectfully submitted,

ADAMS AND REESE LLP

*/s/ Erica P. Sensenbrenner*
CHRISTOPHER J. KANE (#29282)
ERICA P. SENSENBRENNER (#38400)
701 Poydras Street, Suite 4500
New Orleans, LA 70l39
Telephone: (504) 58l-3234
Facsimile:  (504) 566-0210
Christopher.Kane@arlaw.com
Erica.Sensenbrenner@arlaw.com


**AND**

1

        COREY M. OUBRE (#28709)
        Director of Legal Services
        St. Charles Parish
        723 Paul Maillard Road
        Luling, LA 70070
        Telephone: (985) 783-5013
        Facsimile:  (985) 307-0861
        cmoubre@stcharlesgov.net

        **AND**

        ROBERT L. RAYMOND (#11408)
        Assistant Director of Legal Services
        St. Charles Parish
        14108 River Road
        Destrahan, LA 70047
        Telephone: (985) 783-5013
        Facsimile:  (985) 307-0861
        rraymond@stcharlesgov.net

        *Attorneys for Plaintiffs*