# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, LOUISIANA AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS PARISH PRESIDENT<br>    *Plaintiffs*, <br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>    *Defendant*. | CIVIL ACTION: 23-cv-1369<br><br><br>JUDGE DARREL JAMES PAPILLION<br><br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

## **ORDER**

Considering the Request for Oral Argument filed by Plaintiffs, St. Charles Parish and Parish President Matthew Jewell, relative to their Cross-Motion for Summary Judgment (R. Doc. 35);

IT IS HEREBY ORDERED that the request is GRANTED.

IT IS FURTHER ORDERED that the Court shall hear oral argument on Plaintiffs' Cross-Motion for Summary Judgment on _____, 2024, at _____ __.m.

New Orleans, Louisiana, this ___ day of _____, 2024.

                                                                                              _____<br>
                                                                                              HON. DARREL JAMES PAPILLION<br>
                                                                                              DISTRICT JUDGE