UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, ET AL | CIVIL ACTION |
| V. | NO. 23-1369 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | SECTION: P(5) |

### NOTICE REGARDING ORAL ARGUMENT REQUEST

A request for oral argument has been filed regarding a **Motion for Summary Judgment (R. Doc. 35)**, scheduled for submission before the district judge in this matter. Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request. Counsel should not appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

**COURTNEY ANCAR, FOR THE COURT**
**CASE MANAGER, SECTION P**
courtney_ancar@laed.uscourts.gov