**RESUME**
**Joseph N. Suhayda**
**January 1, 2024**

**EXHIBIT 2**

**EDUCATION**

California State University, Northridge, California, l966, B.S. (Physics), cum laude
University of California, San Diego, Scripps Institution of Oceanography, La Jolla, California, 1972, Ph.D. (Physical Oceanography)

**EXPERIENCE**

| | |
|---|---|
| 1966 - 1971 | Graduate Research Assistant, Scripps Institution of Oceanography |
| 1971 - 1975 | Asst. Professor, Coastal Studies Institute, LSU |
| 1975 - 1978 | Assoc. Professor, Coastal Studies Institute, LSU |
| 1976 - present | Coastal Oceanographic Consultant |
| 1978 - 1985 | Associate Professor, Department of Civil Engineering, LSU |
| 1985 - 1986 | Associate Professor, Research, Ports and Waterways Institute, LSU |
| 1986 -2002 | Associate Professor, Department of Civil Engineering, LSU |
| 1995 - 1998 | Associate Director, Louisiana Water Resources Research Institute, LSU |
| 1995 - 1998 | Director, Natural Systems Engineering Laboratory, LSU |
| 1995 - 1999 | Senior Project Engineer, Hydraulics and Hydrology Branch, New Orleans District, U. S. Army Corps of Engineers (part time) |
| 1999 - 2002 | Director, Louisiana Water Resources Research Institute, LSU |
| 2002 | Retired from Louisiana State University |
| 2005 - 2007 | Coastal Oceanographer, URS Corp., Baton Rouge, LA |
| 2007 - 2008 | Coastal Oceanographer, Taylor Engineering, Baton Rouge, LA |
| 2008 - 2009 | Asst. Director, CLEAR, Louisiana State University |
| 2009 - 2010 | Interim Director, Hurricane Center, Louisiana State University |
| 2010 - Present | Consulting Coastal Oceanographer |

**HONORS AND AWARDS**

Bachelor of Science Degree, Physics, Cum Laude, l966
Best Paper Award, 2nd Place, Gulf Coast Association of Geological Societies, l974
Sigma Xi
Who is Who in the South and Southwest, Marques Who's Who, Inc., l6th Edition, l979
Who's Who in Technology Today, J. Dick & Company, 3rd Edition, l98l
American Men and Women of Science, Bowker Co., 17th Edition, l989
Teacher of the Year, Dept. of Civil Engineering, LSU, 1993
Coastal Stewardship Award, Coalition to Restore Coastal Louisiana, 2008.

**TEACHING ACTIVITIES**

<u>Courses Taught</u>

MrSc 4170 - Physical Oceanography
MrSc 7122 - Gravity Waves in Shallow Water
MrSc 7123 - Shore Dynamics
MrSc 8000 - Thesis Research
MrSc 8900 - Advanced Reading
C.E. 2200 - Fluid Mechanics
C.E. 2250 - Hydraulics Laboratory
C.E. 2450 - Statics
C.E. 3200 - Hydraulics
C.E. 3300 - Geotechnical Engineering

C.E. 4320 - Coastal Engineering
C.E. 4780 - Special Topics in Civil Engineering (Marine Geotechnics)
C.E. 7325 - Marine Geotechnology
C.E. 7700 - Special Topics in Civil Engineering (Marine Geotechnics)
C.E. 7700 - Special Topics in Civil Engineering (Gravity Waves)
C.E. 7700 - Special Topics in Civil Engineering (Sediment Transport)
C.E. 8000 - Thesis Research
C.E. 9000 - Dissertation Research

New Courses Developed

MrSc 7122 - Gravity Waves in Shallow Water
C.E. 4320 - Coastal Engineering
C.E. 7325 - Marine Geotechnics

Continuing Education
Geotechnical and Geo-Acoustic Properties of Marine Sediments, U.S. Naval Oceanographic
Office, 1982.
Professional Development Hours Courses – Baton Rouge Chapter of the ASCE, La Dept. of Natural
Resources

Graduate Student Supervision

| Student Name | Dept. | Degree | Date Received | Committee |
|---|---|---|---|---|
| Hart, William | MrSc | Ph.D. | 1976 | Member |
| Tubman, Michael | MrSc | M.S. | 1976 | Chair |
| Pettigrew, Neal | MrSc | M.S. | 1978 | Chair |
| Wells, John | MrSc | Ph.D. | l978 | Member |
| White, Mary | MrSc | M.S. | l978 | Chair |
| Goyert, Craig | MrSc | Ph.D. | l978 | Member |
| Conlon, Dennis | MrSc | Ph.D. | l979 | Member |
| Johnston, Steve | MrSc | M.S. | l979 | Member |
| Pamukcu, Sibel | CE | M.S. | l981 | Chair |
| Nikaktar, Behnam | CE | M.S. | l981 | Chair |
| Naghavi, Babak | CE | M.S. | l982 | Member |
| Wegener, Kevin | CE | M.S. | l982 | Member |
| Eisenberg, Susan | CE | M.S. | l982 | Member |
| Alston, Sarah | CE | M.E. | l982 | Member |
| Jones, Lynn | CE | M.E. | l982 | Member |
| Madden, Mary | CE | M.E. | l982 | Member |
| Holtman, Steven | CE | M.E. | l982 | Member |
| Van Olst, Robert | CE | M.E. | l982 | Member |
| Thomas, Calvin | CE | M.S. | l983 | Member |
| Smith, Don | MrSc | M.S. | 1984 | Chair |
| Mastin, Gary | EE | Ph.D. | l983 | Member |
| Pamukcu, Sibel | CE | Ph.D. | l985 | Chair |
| Mansoor, Alkazim | CE | M.S. | l985 | Chair |
| Mericas, Dean | CE | Ph.D. | l986 | Member |
| Sonnefeld, Dave | GEOL | M.S. | l985 | Member |
| MacGregor, Keith | AgEng | Ph.D. | l985 | Member |
| Shim, Taebo | MrSc | Ph.D. | l985 | Member |
| Eversull, Andrew | CE | M.E. | l985 | Member |
| Lugo, Alexis | MrSc | Ph.D. | l987 | Member |
| Severs, Tom | CE | M.S. | l986 | Member |
| Chan, Adrian | CE | Ph.D. | 1989 | Member |
| Barbe, Donald | CE | Ph.D. | 1990 | Member |
| deLima, Dario | CE | Ph.D. | 1990 | Member |
| Sarieddine, H. | CE | M.S. | 1988 | Member |
| Kim, Sungeon | CSC | M.S. | l988 | Chair |

| | | | | |
|---|---|---|---|---|
| Chen, Yie Ruey | CE | M.S. | l990 | Member |
| Guidry, Bryan | CE | M.S. | l990 | Chair |
| Aravamuthan, V. | CE | Ph.D. | 1994 | Chair |
| Susanto, Dwi | ES | M.S. | 1992 | Chair |
| Bhattaru, Krishna | ES | M.S. | l993 | Chair |
| Zhang, Zhongjie | CE | Ph.D. | 1994 | Member |
| Naveen, Chandra | CE | M.S. | 1994 | Chair |
| White, Mary | DOCS | Ph.D. | 1996 | Member |
| Zhang, Qi | ES | M.S. | 1998 | Chair |
| Liao, Bingxuan | ES | M.S. | 1997 | Chair |
| Brevil, Sylvie | ES | M.S. | 1994 | Chair |
| Knecher, Gerald | Geol | Ph.D. | 1994 | Member |
| Cherukuri, Raj | Geog | M.S. | 1994 | Member |
| Blahnik, Ted | MrSc | M.S. | 1997 | Member |
| Voisin-Bender, Cathy | ES | Ph.D. | 1997 | Chair |
| Mashriqui, Hassan | CEE | Ph. D. | 2003 | Chair |
| Martin, Jay | MrSc | Ph.D. | 2000 | Member |
| Capps, Steve | CEE | M.S. | 2001 | Member |
| Inniss, Lorna | DOCS | Ph. D. | 2002 | Member |

**Titles of Student Theses and Dissertations Completed**

| Title | Type | Date |
|---|---|---|
| Tubman, M.,  The Interaction of Surface Waves and a Linear Viscoelastic Sea Floor | M.S. Thesis | Aug., l978 |
| Pettigrew, N., Infragravity Waves in the Nearshore Zone | M.S. Thesis | June, 1978 |
| White,M., Analysis of Island Wave Shadows | M.S. Thesis | Dec., l977 |
| Pamukcu, S., Classification of Bottom Sediments Using a Dynamic Penetrometer | M.S. Thesis | Dec., l982 |
| Nikaktar, B., Viscoelastic Properties of Marine Sediments | M.S. Thesis | Dec., l982 |
| Mansoor, A., Classification of Marine Sediments using an Instrumented Dynamic Penetrometer | M.S. Thesis | June, l985 |
| Pamukcu, S., Low Strain Shear Measurements of Soft Sediments Using Triaxial Vane | Ph.D. Disst. | June, 1986 |
| Guidry, B., Use of the Piezocone Penetrometer in Estimating Future Land Subsidence | M.S. Thesis | May, 1988 |
| Kim, S., Prediction of Flooding on Louisiana Coast | M. S. Thesis | June, 1989 |
| Susanto, D., Hurricane Coastal Flooding Simulation Model in Louisiana Using GIS | M.S. Thesis | May, 1992 |
| Bhattaru, K., Modeling Subsidence of Louisiana Coast Using In-situ Soil Testing Methods | M.S. Thesis | Aug., 1994 |
| Naveen, C., Effect of Cementation on Consolidation Properties of Clay | M.S. Thesis | Dec., 1994 |

| | | |
|---|---|---|
| Zhang, Q., On the Mechanisms of Submarine Slope Instability on the Modern Huang He (Yellow River) Delta, China | M. S. Thesis | Aug., 1993 |
| Brevil, S., Wave Damping over Cohesive Sediment Beds in Wetlands | M. S. Thesis | Dec., 1994 |
| Aravamuthan, V., A Two Dimensional Vertically Integrated Moving Boundary Hydrodynamic Model in Curvilinear Coordinates. | Ph. D. Disst. | Dec., 1994 |
| Voisin, C. F., Coastal Restoration Using Pipeline Conveyed Sediments | Ph. D. Disst. | Dec., 1997 |
| Liao, B., Numerical Modeling of Shallow-Water Wave Interaction with Coastal structures | M. S. Thesis | Dec., 1997 |
| Mashriqui, H., Modeling of Atchafalaya Delta | Ph. D. Disst. | June, 2003 |

## RESEARCH ACTIVITIES

Patents

#5,178,489 Hydrodynamic Control System

Contracts

1.  a.  Title and Sponsor:  "Coastal Dynamics," Office of Naval Research
    b.  Duration:  7 years, 1972-79
    c.  Co-principal Investigators & Collaborators:  Dr. James M. Coleman
    d.  Funding Level:  $300,000

2.  a.  Title and Sponsor:  "Mass Movement of Submarine Sediments, Mississippi Delta," U.S. Geological Survey
    b.  Duration:  4 years, 1975-79
    c.  Co-principal Investigators & Collaborators:  Dr. James M. Coleman and Dr. Thomas Whelan
    d.  Funding Level:  $120,000

3.  a.  Title and Sponsor:  "Prediction of Surf Zone Characteristics," ONR
    b.  Duration:  1 year, 1979-80
    c.  Co-principal Investigators & Collaborators:  None
    d.  Funding Level:  $18,191

4.  a.  Title and Sponsor:  "Image Processing Equipment," National Science Foundation
    b.  Duration:  1 year, 1979-80
    c.  Co-principal Investigators & Collaborators:  Dr. Charles Harlow, Dr. Charles Whitehurst and Dr. Jack Hill
    d.  Funding Level:  $23,228

5.     a.     <u>Title and Sponsor</u>:  "Drift Under Waves and Winds," Office of Naval Research
         b.     <u>Duration</u>:  2 years, l979-8l
         c.     <u>Co-principal Investigators & Collaborators</u>:  None
         d.     <u>Funding Level</u>:  $4l,000

6.     a.     <u>Title and Sponsor</u>:  "Advanced Studies in Pollution Detecting," Environmental Protection Agency
         b.     <u>Duration</u>:  1 year, l980-8l
         c.     <u>Co-principal Investigators & Collaborators</u>:  Dr. Marty E. Tittlebaum
         d.     <u>Funding Level</u>:  $l50,000

7.     a.     <u>Title and Sponsor</u>:  "Dynamic Properties of Marine Sediments," Office of Naval Research
         b.     <u>Duration</u>:  Continuing, l980-8l
         c.     <u>Co-principal Investigators & Collaborator</u>:  Dr. M. T. Tumay
         d.     <u>Funding Level</u>:  $l07,74l

8.     a.     <u>Title and Sponsor</u>:  "Classification of Bottom Sediments Using an Instrumented Penetrometer," U.S. Naval and Oceanographic Office
         b.     <u>Duration</u>:  l2 months, l98l-82
         c.     <u>Co-principal Investigators & Collaborators</u>:  None
         d.     <u>Funding Level</u>:  $45,000

9.     a.     <u>Title and Sponsor</u>:  "Core Analysis," U.S. Naval Oceanographic Office
         b.     <u>Duration</u>:  6 months, l983
         c.     <u>Co-principal Investigators & Collaborators</u>:  None
         d.     <u>Funding Level</u>:  $9,300

l0.    a.     <u>Title and Sponsor</u>:  "Hurricane Flooding Prediction," Cameron Parish Police Jury
         b.     <u>Duration</u>:  l2 months, l984-85
         c.     <u>Co-principal Investigators & Collaborators</u>:  None
         d.     <u>Funding Level</u>:  $7l,500

11.    a.     <u>Title and Sponsor</u>:  "Maritime Support Group, Port Capital Outlay Evaluation," Louisiana State Legislature
         b.     <u>Duration</u>:  l2 months l985-86
         c.     <u>Co-principal Investigators & Collaborators</u>:  V. Behrhorst and A. Ashar
         d.     <u>Funding Level</u>:  $50,000

12.    a.     <u>Title and Sponsor</u>:  "Outer Continental Shelf Development and Potential Habitat Alteration, Task 9 - Subsidence," Minerals Management Service
         b.     <u>Duration</u>:  27 months, l985-86
         c.     <u>Co-principal Investigators & Collaborators</u>:  None
         d.     <u>Funding Level</u>:  $34,245

13.    a.     <u>Title and Sponsor</u>:  "Mud Underflow Dynamics Study, Huang He Delta, Gulf of Bo Hai, China," Office of Naval Research
         b.     <u>Duration</u>:  24 months, 1986-87
         c.     <u>Co-principal Investigators & Collaborators</u>:  Dr. D. Prior and Dr. W. Wiseman
         d.     <u>Funding Level</u>:  $400,000

l4. a. <u>Title and Sponsor</u>:  "Estimation of Maintenance Dredging, South Pass Bulk Terminal," Louisiana State Department of Transportation
  b. <u>Duration</u>:  4 months, l986-87
  c. <u>Co-principal Investigators & Collaborators</u>:  Dr. C. Adams
  d. <u>Funding Level</u>:  $45,200

l5. a. <u>Title and Sponsor</u>:  "Master Plan for Port of Iberia," Port of Iberia
  b. <u>Duration</u>:  6 months, l987
  c. <u>Co-principal Investigators & Collaborators</u>:  Jan Andreassen
  d. <u>Funding Level</u>:  $55,000

l6. a. <u>Title and Sponsor</u>:  "Modification - Sea Level and Subsidence," Mineral Management Service
  b. <u>Duration</u>:  l0 months, l987
  c. <u>Co-principal Investigators & Collaborators</u>:  None
  d. <u>Funding Level</u>:  $l2,485

l7. a. <u>Title and Sponsor</u>:  "Mud Underflow Dynamics Study, Huang He Delta, Gulf of Bo Hai, China," Office of Naval Research
  b. <u>Duration</u>:  12 months, 1988-89 (continuation)
  c. <u>Co-principal Investigators & Collaborators</u>:  Dr. D. Prior and Dr. W. Wiseman
  d. <u>Funding Level</u>:  $80,000

l8. a. <u>Title and Sponsor</u>:  "Marsh Deterioration," U.S. Geological Survey
  b. <u>Duration</u>:  60 months, 1988-93
  c. <u>Co-principal Investigators & Collaborators</u>:  Dr. Harry Roberts
  d. <u>Funding Level</u>:  $489,656

l9. a. <u>Title and Sponsor</u>:  "Morphostratigraphic Framework and Processes of Subsidence," U.S. Geological Survey
  b. <u>Duration</u>:  60 months, 1988-93
  c. <u>Co-principal Investigators & Collaborators</u>:  Dr. Harry Roberts
  d. <u>Funding Level</u>:  $9l2,390

20. a. <u>Title and Sponsor</u>:  "Master Plan for Port of Natchitoches," Natchitoches Port
  b. <u>Duration</u>:  l2 months, 1988-89
  c. <u>Co-principal Investigators & Collaborators</u>:  Dr. Vernon Behrhorst
  d. <u>Funding Level</u>:  $40,000

2l. a. <u>Title and Sponsor</u>:  "Water Level Statistics for Design of Transportation Facilities in Coastal Louisiana," Louisiana Transportation Research Center
  b. <u>Duration</u>:  24 months, 1990-92
  c. <u>Co-principal Investigator</u>:  Dr. M. Alawady
  d. <u>Funding Level</u>:  $123,000

22. a. <u>Title and Sponsor</u>:  "Hydrologic Model of the Barataria-Terrebonne Estuary," National Estuaries Program, EPA
  b. <u>Duration</u>:  36 months, 1992-95
  c. <u>Co-principal Investigator</u>:  Dr. M. Alawady
  d. <u>Funding Level</u>:  $357,000

23.    a.    <u>Title and Sponsor</u>:  "Erodability of Cohesive Sediments in Wetlands," U.S. Army Corps of Engineers
        b.    <u>Duration</u>:  36 months, 1992-95
        c.    <u>Co-principal Investigator</u>:  Dr. P.Kemp, Roel Boeman
        d.    <u>Funding Level</u>:  $195,000

24.    a.    <u>Title and Sponsor</u>:  "Leachability and Structural Integrity of Cement-based Phosphogypsum Stabilization Blocks," Gulf Coast Hazardous Sub. Re.  Ctr.
        b.    <u>Duration</u>:  12 months, 1994-95
        c.    <u>Co-principal Investigators</u>:  C. Chen, R. Seals, R. Malone
        d.    <u>Funding Level</u>:  $41,556

25.    a.    <u>Title and Sponsor</u>: "Development of a Long Term Water and Sediment Distribution Plan for the Lower Atchafalaya River," Morgan City, Louisiana
        b.    <u>Duration</u>:  12 months, 1994-95
        c.    <u>Co-principal Investigators</u>:  P. Kemp, I. Van Heerden
        d.    <u>Funding Level</u>:  $45,000

26.    a.    <u>Title and Sponsor</u>: "Bonnet Carre Overland Flow of Diverted Water," Lake Pontchartrain Basin Foundation
        b.    <u>Duration</u>:  12 months, 1994-95
        c.    <u>Co-principal Investigator</u>:  None
        d.    <u>Fund Level</u>:  $8,118

27.    a.    <u>Title and Sponsor</u>: "Bayou Lafourche Siphons," Bayou Lafourche Freshwater District
        b.    <u>Duration</u>:  9 months, 1994-95
        c.    <u>Co-principal Investigator</u>:  P. Kemp
        d.    <u>Funding Level</u>:  $24,502

28.    a.    <u>Title and Sponsor</u>: "Hydrologic Modeling of Coastal Restoration Projects," Louisiana Department of Natural Resources
        b.    <u>Duration</u>: 18 months, 1995-96
        c.    <u>Co-principal Investigator</u>:  None
        d.    <u>Funding Level</u>:  $79,947

29.    a.    <u>Title and Sponsor</u>: "Hurricane Threat Assessment," Calcasieu Parish Police Jury
        b.    <u>Duration</u>:  5 months, 1995
        c.    <u>Co-principal Investigator</u>:  None
        d.    <u>Funding Level</u>:  $10,000

30.    a.    <u>Title and Sponsor</u>: "Barrier Island Plan," Louisiana Department of Natural Resources
        b.    <u>Duration</u>:  36 months, 1995-98
        c.    <u>Co-principal Investigator</u>:  None
        d.    <u>Funding Level</u>: $ 139,145

31.    a.    <u>Title and Sponsor</u>: "Hydraulics Consultation," U. S. Army Corps of Engineers, New Orleans District
        b.    <u>Duration</u>:  24 months, 1995-97
        c.    <u>Co-principal Investigator</u>:  None
        d.    <u>Funding Level</u>: $ 52,431

32.  a.  <u>Title and Sponsor</u>: "Development of the No-Action Scenarios for the Barataria/Terrebonne and Pontchartrain Basins," Louisiana Universities Marine Consortium
     b.  <u>Duration</u>:  9 months, 1996-97
     c.  <u>Co-principal Investigator</u>: None
     d.  <u>Funding Level</u>: $ 20,000

33.  a.  <u>Title and Sponsor</u>: "Shell MARS Pipeline Restoration," Louisiana Department of Natural Resources
     b.  <u>Duration</u>:  6 months, 1996
     c.  <u>Co-principal Investigator</u>: James Stone
     d.  <u>Funding Level</u>: $ 61,525

34.  a.  <u>Title and Sponsor</u>: "Bonnet Carre Freshwater Diversion Project," Lake Pontchartrain Basin Foundation
     b.  <u>Duration</u>:  3 months, 1996-97
     c.  <u>Co-principal Investigator</u>: James Stone
     d.  <u>Funding Level</u>: $ 10,000

35.  a.  <u>Title and Sponsor</u>: "Hurricane Flood Forecasting for Southeastern Louisiana," Louisiana Office of Emergency Preparedness
     b.  <u>Duration</u>:  12 months, 1996-97
     c.  <u>Co-principal Investigator</u>: None
     d.  <u>Funding Level</u>: $ 111,452

36.  a.  <u>Title and Sponsor</u>: "Hydraulics Consultation," U. S. Army Corps of Engineers, New Orleans District
     b.  <u>Duration</u>:  24 months, 1997-99
     c.  <u>Co-principal Investigator</u>: None
     d.  <u>Funding Level</u>: $ 58,480

37.  a.  <u>Title and Sponsor</u>: "Evaluation of River Diversion Projects," Louisiana Universities Marine Consortium
     b.  <u>Duration</u>:  7 months, 1997-98
     c.  <u>Co-principal Investigator</u>: Vibhas Aravamuthan
     d.  <u>Funding Level</u>: $ 95,182

38.  a.  <u>Title and Sponsor</u>: "Hurricane Flood Forecasting," Louisiana Office of Emergency Preparedness
     b.  <u>Duration</u>:  12 months, 1997-98
     c.  <u>Co-principal Investigator</u>: Vibhas Aravamuthan
     d.  <u>Funding Level</u>: $ 94,435

39.  a.  <u>Title and Sponsor</u>: "Mapping Future Wetlands in the Louisiana Coast," Louisiana Universities Marine Consortium
     b.  <u>Duration</u>:  12 months, 1997-98
     c.  <u>Co-principal Investigator</u>: Qi Zhang
     d.  <u>Funding Level</u>: $ 39,911

40.  a.  <u>Title and Sponsor</u>: "Coastal Information Archive," Louisiana Governor's Office, Coastal Activities
     b.  <u>Duration</u>: 6 months, 1998
     c.  <u>Co-principal Investigator</u>: Qi Zhang
     d.  <u>Funding Level</u>: $ 40,337

41. a. <u>Title and Sponsor</u>: "Climatological and Hydrologic Conditions and Trends in the Upper Pontchartrain Basin," Lake Pontchartrain Basin Foundation
    b. <u>Duration</u>: 6 months, 1999
    c. <u>Co-principal Investigator</u>: Clint Willson
    d. <u>Funding Level</u>: $ 36,512

42. a. <u>Title and Sponsor</u>: "Coastal System Modeling: Linkage Between Landloss and Hydrologic Processes," Board of Regents, State of Louisiana
    b. <u>Duration</u>: 6 months, 1999
    c. <u>Co-principal Investigator</u>: Shea Penland, Denise Reed and Paul Richards
    d. <u>Funding Level</u>: $ 119,983

43. a. <u>Title and Sponsor</u>: "Development of Complex Projects," Coastal Wetlands Planning, Protection and Restoration Act
    b. <u>Duration</u>:12 months, 1999
    c. <u>Co-principal Investigator</u>: None
    d. <u>Funding Level</u>: $ 8,163

44. a. <u>Title and Sponsor</u>: "Completion of Lower Atchafalaya Reevaluation," USACE
    b. <u>Duration</u>: 24 months, 1999-2001
    c. <u>Co-principal Investigator</u>: Paul Kemp and John Day
    d. <u>Funding Level</u>: $ 260,801

45. a. <u>Title and Sponsor</u>: "Brown Marsh," Louisiana Department of Natural Resources
    b. <u>Duration</u>: 12 months, 2001-2002
    c. <u>Co-principal Investigator</u>: Paul Kemp and John Day
    d. <u>Funding Level</u>: $ 260,801

46. a. <u>Title and Sponsor</u>: Louisiana Water Resources Research Institute, USGS
    b. <u>Duration</u>: 12 months. 2001-2002
    c. <u>Co-principal Investigator</u>: None
    d. <u>Funding Level</u>: $ 68,000

47. a. <u>Title and Sponsor</u>: Louisiana Water Resources Research Institute, USGS
    b. <u>Duration</u>: 12 months. 2002-2003
    c. <u>Co-principal Investigator</u>: None
    d. <u>Funding Level</u>: $ 74,000

48. a. <u>Title and Sponsor</u>: Technical Assistance for Louisiana Rural Watershed Issues, Mississippi Water Resources Research Institute
    b. <u>Duration</u>: 24 months
    c. <u>Co-principal Investigator</u>: Nedra Korevec
    d. <u>Funding Level</u>: $18,500

49. a. <u>Title and Sponsor</u>: Health Excellence Fund, Louisiana Board of Regents
    b. <u>Duration</u>: 60 months
    c. <u>Co-principal Investigator</u>: None
    d. <u>Funding Level</u>: $40,000

50.    a.    <u>Title and Sponsor</u>: Hurricane Sheltering in Hospitals: Phase I, Jefferson Parish Emergency Management Department
     b.    <u>Duration</u>: 24 months, 2001-2003
     c.    <u>Co-principal Investigator</u>:  Marc Levitan, D. Nikitopoulos, & Ivor van Heerden
     d.    <u>Funding Level</u>: $100,000

51.    a.    <u>Title and Sponsor</u>: Hydrodynamic Simulation Modeling Effort to Assist DNR in the Management and Operations of the Davis Pond Diversion Project
     b.    <u>Duration</u>: 12 months 2001-2002
     c.    <u>Co-principal Investigator</u>: G.P. Kemp, H.S. Mashriqui & V. Aravamuthan
     d.    <u>Funding Level</u>: $74,809

52.    a.    <u>Title and Sponsor</u>: Professional Services, Framework Development Team, University of Louisiana at Lafayette
     b.    <u>Duration</u>: 12 months 2002-2003
     c.    <u>Co-principal Investigator</u>: None
     d.    <u>Funding Level</u>: $19,500

53.    a.    <u>Title and Sponsor</u>: Reduction of Land Building Prediction Uncertainty, University of Louisiana at Lafayette
     b.    <u>Duration</u>: 4 months 2004
     c.    <u>Co-principal Investigator</u>: None
     d.    <u>Funding Level</u>: $5,000

54.    a.    <u>Title and Sponsor</u>: Coastal Louisiana Ecosystem Assessment and Restoration Louisiana State University
     b.    <u>Duration</u>: 24 months 2006
     c.    <u>Co-principal Investigator</u>: None
     d.    <u>Funding Level</u>: $57,000

55.    a.    <u>Title and Sponsor</u>: Independent Technical Review, Joint Coastal Surge Study, U. S. Army Corps of Engineers
     b.    <u>Duration</u>: 24 months 2006
     c.    <u>Co-principal Investigator</u>: None
     d.    <u>Funding Level</u>: $70,000

56.    a.    <u>Title and Sponsor</u>: DFIRM Assistance, La. Office of Coastal Protection and Restoration.
     b.    <u>Duration</u>: 9 months 2010
     c.    <u>Co-principal Investigator</u>: Roy Dokka, DeWitt Braud
     d.    <u>Funding Level</u>: $100,000

57.    a.    <u>Title and Sponsor</u>: Work Group Leader, Storm Surge and Damage Assessment, Office of Coastal Protection and Restoration
     b.    <u>Duration</u>: 24 months 2010
     c.    <u>Co-principal Investigator</u>: None
     d.    <u>Funding Level</u>: $139,812

58.    a.    <u>Title and Sponsor</u>: Southwest LA Study, Office of Coastal Protection and Restoration
     b.    <u>Duration</u>: 24 months 2010
     c.    <u>Co-principal Investigator</u>: None
     d.    <u>Funding Level</u>: $60,000

59.   a.   <u>Title and Sponsor</u>: Strategic Implementation Plan,
Plaquemines Parish Government
b.   <u>Duration</u>: 18 months 2010
c.   <u>Co-principal Investigator</u>: None
d.   <u>Funding Level</u>: $75,000

60.   a.   <u>Title and Sponsor</u>: DFIRM Appeals for Terrebonne Parish and Lafourche Parish
Shaw Coastal, Inc
b.   <u>Duration</u>: 72 months 2010
c.   <u>Co-principal Investigator</u>: None
d.   <u>Funding Level</u>: $50,000

61.   a.   <u>Title and Sponsor</u>: DFIRM Appeal and LAMP Support,
St. Tammany Parish Government
b.   <u>Duration</u>: 72 months 2010
c.   <u>Co-principal Investigator</u>: None
d.   <u>Funding Level</u>: $200,000

62.   a.   <u>Title and Sponsor</u>: DFIRM Appeal and LAMP Support,
St. Charles Parish Government
b.   <u>Duration</u>: 84 months 2013
c.   <u>Co-principal Investigator</u>: None
d.   <u>Funding Level</u>: $150,000

63.   a.   <u>Title and Sponsor</u>: Letter of Map Revision Request,
City of Mandeville, LA
b.   <u>Duration</u>: 18 months 2014
c.   <u>Co-principal Investigator</u>: None
d.   <u>Funding Level</u>: $10,000

## SERVICE AND PROFESSIONAL ACTIVITIES

<u>Committees within Department of Civil Engineering</u>

Member, Graduate Program Committee, 1992
Member, Geotechnical Group, l983
Member, Environmental/Water Resources Group, l980
Member, Promotion Guidelines Committee, l991
Chairman, Space Allocation Committee, 2000

<u>Committees within Louisiana State University</u>

Member, Inter-Departmental Committee on Mechanics, with Mechanical Engineering, l980-8l
Chairman, Natural Systems Group, Office of Vice-Chancellor for Research and Economic
Development, 1995-98
Members, Directors and Chairs Committee, 1999-2022
College Policy Committee, College of Engineering, 2000-2002

<u>Consulting in the Professional Field</u>

PRIVATE INDUSTRY

1976
Texaco, Environmental Design Data, West Delta Area Block 109
Texaco, Environmental Design Data, Eugene Island Area Block 27/47

McClelland Engineers, East Bay Mudslide Study, East Bay Louisiana

### 1977
Gulf Research & Development Co., Design Bottom Pressure, South Pass Area Block 49
Pennzoil, Environmental Design Data, South Pass Area Block 78
McClelland Engineers, Design Bottom Pressure and Currents, East Breaks Area Block 160/161
McClelland Engineers, Barge Environmental Design Loads, Lake Pontchartrain Louisiana

### 1978
McClelland Engineers, Bottom Pressure & Currents Along Pipeline Corridor, WD 109
McClelland Engineers, LOOP Scour Prediction, Grand Isle Area Block 59
Pennzoil, Blowout Crater Wave Effects, High Island Area Block A-563

### 1979
Texaco, Environmental Design Data, Vermilion Area Block 380
Texaco, Environmental Design Data, Mound Point Area
McClelland Engineers, Design Bottom Pressures, South Pass Area Block 49

### 1980
Texaco, Environmental Design Data, West Delta Area Block 109
Oceanweather Inc., Environmental Design Data & Loads, Baltimore Canyon Area
Odom Offshore Survey, Environmental Loads, West Cameron Area Block 10
Mobil Research & Development Co., Review of Design Wave Forecasting Procedures
Petro-Marine/Gulf Oil, Oceanographic Design Criteria, Miss. Canyon Area Block 63
Ernest Kistler & Assoc., Extreme Bottom Currents and Instability of Bottom Sediments, South Pass Area
    Block 55

### 1981
Texaco, Environmental Design Data, Main Pass Area Block 75
Texaco, Environmental Design Data, South Pass Area Block 37
Gulf Research & Development Co., Environmental Design Data, South Pass Area Block 79
Occidental Petroleum, Environmental Design Data, Main Pass Area Block 74
McClelland Engineers, Design Wave & Bottom Pressure, Ivory Coast
McClelland Engineers, Design Bottom Pressure, South Pass Block 56
McClelland Engineers, Design Bottom Pressure, Main Pass Area Block 76
Grandolfi Engineering, Oceanographic Design Criteria, Eugene Island Area Block 8
Grandolfi Engineering, Oceanographic Design Criteria, Breton Sound Area Block 11
Modjeski & Masters, Storm Discharge 17th St. Canal, New Orleans
Sohio Petroleum Co., Oceanographic Design Criteria, South Pass Area Block 72 & 73

### 1982
Gulf Oil Exploration & Production Co., Design Bottom Currents, Breton Sound Area Block 52
Gulf Oil Exploration & Production Co., Design Environmental Data, Main Pass Area Block 77
Odom Offshore Surveys, Environmental Design Loads, West Cameron Area Block 4
Texaco, Design Environmental Data, Eugene Island Area Blocks 29 & 227
Texaco, Design Environmental Data, Vermilion Area Blocks 30 & 31
Texaco, Design Environmental Data, High Island Area Blocks A-578, 94, 200 & A-437
Texaco, Design Environmental Data, West Cameron Area Block 547
Texaco, Design Environmental Data, South Marsh Island Area Bk 236
Texaco, Design Environmental Data, Main Pass Area Block 30
Texaco, Design Environmental Data, South Timbalier Island Area Block 200
Texaco, Design Environmental Data, South Pass Area Blocks 45 & 54
Texaco, Bar Migration Forecast, Main Pass Area Block 75
Superior Oil, Design Environmental Data, Main Pass Area Block 100

1983
Texaco, Design Environmental Data, South Marsh Island Area
Texaco, Oceanographic Design Criteria, Main Pass Area Block 209
Texaco, Environmental Design Data, East Cameron Area Block 265
Texaco, Oceanographic Design Criteria, West Cameron Area Block 202
Marathon Oil, Design Environmental Data, West Delta Area Block 79
Sohio, Environmental Design Data, Mississippi Canyon Area Block 20
Coastal Environments Inc., Wave Action and Water Levels, Eden Isles, Louisiana

1984
Texaco, Design Environmental Data, Marsh Island Area Block 239
Texaco, Design Environmental Data, Mobile Area Block 872
Texaco, Design Environmental Data, Eugene Island Area Block 397
Texaco, Design Environmental Data, Matagorda Island Area Block A-4
Texaco, Deep Water Environmental Design Criteria, East Breaks Area
Superior Oil, Design Environmental Data, West Cameron Area Blocks 71, 72, 101 and 102
J. J. Krebbs and Sons, Savannah Rivers Slips Siltation, New Orleans, Louisiana

1985
Texaco, Design Environmental Data, Eugene Island Area Block 342
Texaco, Design Environmental Data, Mobile Area Block 872
Texaco, Design Environmental Data, Vermilion Area Block 57
Texaco, Sea State Forecast, Cameron Area Block 278
McMoRan, Design Environmental Data, South Pass Area Block 45
L. G. Suarez and Assoc., Playa Santa Isabel Oceanographic Study, Puerto Rico

1986
Marathon Oil, Design Environmental Data, West Delta Area Block 79
Waldemar S. Nelson & Co., Wave Action and Sediment Deposition, South Pass Bulk Terminal

1987
Texaco, Environmental Design Data, Green Canyon Area Block 6
Texaco, 25 & 50 Year Environmental Design Data, South Pass Area Block 54

1988
Tenneco Oil Exploration & Production Co., Storm Waves & Bottom Pressures, Main Pass 74
Paragon Engineering, Design Environmental Data, South Pass Area, Block 35
Paragon Engineering, Design Environmental Data, South Pass Area, Block 41

1989
Shell Oil, Shoreline Stabilization Study, Terrebonne, Louisiana
Fugro-McClelland, Design Environmental Data, Main Pass Area 229
Paragon Engineering, Design Environmental Data, South Pass Area, Block 42

1990
Greenhill Petroleum, East Timbalier Island Refurbishment Study, East Timbalier Island Louisiana
Coastal Environments Inc., Brine Discharge, Lake Salvador, Louisiana

1991
Diamond Shamrock, Environmental Design Data, South Pass Area Block 72

1992
Lee Wilson & Associates, Pipeline Feasibility Study, Nairn, Louisiana

1993
Coastal Engineering and Environmental Consultants, Bayou Perot Channel Impact Assessment, Bourg LA
Chevron Refinery, Tire Breakwater Design and Construction, Pascagoula, Mississippi

1994
Southern Natural Gas, Deepwater Point Shoreline Erosion Study and Protection Alternatives,
      Mississippi Delta, Louisiana
Picciola and Associates, Fourchon Barge Breakwater Stability Analysis, Fourchon, Louisiana
Picciola and Associates, Backwater Calculations, Terrebonne Parish, Louisiana
Shell Oil, Bayou Trepagnier Hydrology, Norco, Louisiana
1995
Coastal Engineering and Environmental Consultants, Morganza to the Gulf Feasibility Study
Energy Development Corporation, Environmental Design Data, South Pass Area, Block 37

1996
VASTAR, Environmental Design Data, South Pass Area, Block 60
Shell Oil, Bayou Trepagnier Hydrology Briefing, New Orleans Louisiana

1997
PEMEX, Effect of Soft Bottom Sediments on Oceanographic Design Criteria
Brown & Root, Intl., Scour of Bottom Sediments in the Bay of Campeche during Hurricane
Roxanne
1999
Fugro-McClelland Marine Geosciences, Inc., Hurricane Wave Conditions, WD 109

2000
Fugro-McClelland Marine Geosciences, Inc., Hurricane Wave Conditions for MP Block 78
Fugro-McClelland Marine Geosciences, Inc., Seafloor Stability Analysis, WD 108

2001
Fugro-McClelland Marine Geosciences, Inc., Wave-Sea Floor Interaction, South Pass 42

2002
Fugro-McClelland Marine Geosciences, Inc., Analysis of Wave-Sea Floor Interaction, SP 73
Fugro-McClelland Marine Geosciences, Inc., Wave-Sea Floor Interaction, Main Pass 73

2003
Fugro-McClelland Marine Geosciences, Inc., Wave-Sea Floor Interaction, South Pass 19
Fugro-McClelland Marine Geosciences, Inc., Wave-Sea Floor Interaction, South Pass 42

2004
Fugro-McClelland Marine Geosciences, Inc., Design Environmental Data for Main Pass 73
Gulf South Pipeline, Magnolia Salt Dome Gas Release
Technical Advisor, HESCO Bastion USA

2005
Fugro-McClelland Marine Geosciences, Inc., Design Environmental Data for Main Pass 60
Technical Advisor, HESCO Bastion USA

2007
Fugro-McClelland Marine Geosciences, Inc., Design Environmental Data for South Pass 56

2008
Fugro-McClelland Marine Geosciences, Inc., Design Environmental Data for West Delta 109
Fugro-McClelland Marine Geosciences, Inc., Wave Sea-Sea Floor Interaction, Mississippi Canyon

Fugro-McClelland Marine Geosciences, Inc., Design Environmental Data for Main Pass 73
Fugro-McClelland Marine Geosciences, Inc., Design Environmental Data for South Pass 49A
Shaw E & I, Morgan City DFIRM Appeal
Lonnie G. Harper & Assoc., Cameron Parish DFIRM Appeal
Neal-Schaffer, City of Bay St. Louis DFIRM Appeal
Plaquemines Parish, Flood Protection and Coastal Restoration

2010
ARCADIS U. S., Inc, Innovative Dredging Initiative
St. Tammany Parish, FEMA DFIRM Analysis

2011
HALCROW, Inc., Dispute Review related to USACE Floodwall Design
Lonnie G. Harper & Associates, FEMA DFIRM Review

2012
CH2M HILL, Support for CPRA Corrosion Dispute Review
ARCADIS U. S., Inc., Closure Structure Evaluation for OCPR
Fugro-McClelland Marine Geosciences, Inc., Design Environmental Data for South Pass Area 58
Fugro-McClelland Marine Geosciences, Inc., Design Environmental Data for South Pass Area 77
Fugro-McClelland Marine Geosciences, Inc., Design Environmental Data for South Pass Area 57

2013
Don McMath, Investment Real Estate of St. Tammany Parish, Oak Alley FEMA Hydraulic Study
Lonnie G. Harper & Associates, GNO Flood Protection System, Notice of Construction Completion
        Checks, CPRA, State of Louisiana.
Lonnie G. Harper & Associates, Bridge City & Orange County, TX, DFIRM Appeal Study.
St. Charles Parish, FEMA DFIRM/LAMP Consulting

2014
Fugro-McClelland Marine Geosciences, Inc., Louisiana International Gulf Transfer Terminal Study
Taylor Energy, Analysis of Wave Conditions at Mississippi Canyon Block 20 during Hurricane Ivan
City of Mandeville, LA, WHAFIS Analysis for DFIRM revision.
City of Madisonville, LA, WHAFIS Analysis for DFIRM revision.

2015
Lonnie G. Harper & Associates, Venture Global Calcasieu Pass Property Study
Taylor Energy, Analysis of Wave Conditions at Mississippi Canyon Block 20 during Hurricane Ivan,
National Pollution Fund, United States Coast Guard.

2016
CB&I Coastal, Lafourche LAMP Work, PO 895242-000 OP.
CB&I Coastal, Terrebonne LAMP Work, PO 894325-000 OP.

2017
Principal Engineering, City of Mandeville, LA, FEMA Conditional Letter of Map Revision.

2018
Principal Engineering, City of Hammond, LA, DFIRM Review.

GOVERNMENTAL AGENCIES

1979
Naval Coastal Systems Center, Panama City, Florida, Buried Mine Hunting System

1984
Federal Emergency Management Agency, Wave Forecasting Model for Muddy Coasts

1985
Cameron Parish Police Jury, FIRM Revision, Cameron Louisiana

1987
Plaquemines Parish Government, FIRM Revision, Plaquemines La

1991
Terrebonne Parish Government and Environmental Protection Agency, Pipeline Feasibility  Study, Terrebonne, Louisiana

1992
Bureau of Marine Resources, State of Mississippi, Belle Fontaine Erosion Study, Belle Fontaine Mississippi

1993
Executive Assistant for Coastal Activities, Office of Governor, State of Louisiana, CWPPRA Review Panelist

1994
Executive Assistant for Coastal Activities, Office of Governor, State of Louisiana, Technical Advisor Morgan City Government, Wax Lake Weir Removal

1995
Executive Assistant for Coastal Activities, Office of Governor, State of Louisiana, Bonnet Carre Freshwater Diversion Project

1996
Office of Emergency Management, State of Louisiana, Hurricane Flood Preparedness

2002
Department of Natural Resources, State of Louisiana, Louisiana Coastal Area, Computer Modeling

2007
U. S. Army Corps of Engineers, Independent Technical Review, USACE/FEMA Southeast Louisiana Joint Surge Study

2008
Cameron Parish Government, DFIRM Appeal, Louisiana
Plaquemines Parish Government, DFIRM Appeal, Louisiana
City of Bay St. Louis, Appeal of Flood Insurance Rate Maps

2009
Lafourche Parish Government, DFIRM Appeal, Louisiana
Morgan City Louisiana, DFIRM Appeal, Louisiana
Terrebonne Parish Consolidated Government, DFIRM Appeal, Louisiana

2010
Coastal Protection and Restoration Authority, State of Louisiana, Storm Surge/Waves Damage
    and Risk Assessment
St. Tammany Parish, DFIRM Appeal, Louisiana
Coastal Protection and Restoration Authority, State of Louisiana, Southwest Louisiana Feasibility Study

2011
St. Mary Levee District, Planning, installation and monitoring of the flood barrier in Bayou Chene,
    Louisiana

2012
Coastal Protection and Restoration Authority, State of Louisiana, GNO Flood Protection System
    Notice of Construction Completion Design Assessment by Non-Federal Sponsor
North Lafourche Conservation, Levee and Drainage District, Coastal Analysis of Storm Surge Data,
    Louisiana
Plaquemines Parish Government, Calculation of Wave Heights, Reach B-2 Project, Louisiana
Plaquemines Parish Government, Impact of BP Oil Spill on Coastal Restoration and Flood Protection
    Projects, Louisiana
Plaquemines Parish Government, Diversion Analysis, Management and Mitigation, Louisiana

2013
Plaquemines Parish Government, Evaluation of the Sustainability of Flood Protection Benefits of Coastal
    Restoration Projects, Louisiana
St. Charles Parish, DFIRM Appeal and LAMP Pilot Project, Louisiana
Plaquemines Parish Government, DFIRM Appeal and LAMP Pilot Project, Louisiana
St. Tammany Parish, LAMP Pilot Project, Louisiana
Orange County Texas, Flood Insurance Study Appeal

LEGAL

1974
Wilton P. Strickland, Staurinos vs. City of Dania, Drowning, Dania, Florida

1977
Francis Emmett, Sea/Sirlon vs. Mladinich, Biloxi, Mississippi, Expert report and testimony

1978
Christopher M. Moody, Noto vs. State of Louisiana, Drowning, Grand Isle Louisiana

1983
Risely C. Triche, Heberts vs. Pental Insurance, Vessel Explosion, Lake Verret, Louisiana
Keith Pisarich, FEMA Flood Regulations, Biloxi, Mississippi

1986
J. Lee Wimberly, Bart Boudreaux vs. Teledyne, Injury on Vessel, Church Point, Louisiana

1987
Jerry Jones, Big Diamond vs. Cameron Parish Police Jury, Cameron, Louisiana

1988
Luke A. Petrovich, Plaquemines Parish vs. FEMA, Appeal of FIRMs, Belle Chasse, Louisiana

1989
Doris Falkenheiner, Morgan City vs. Department of Environmental Quality, Baton Rouge, La.

1993
Vinson and Elkins, Seneca Oil, Houston, Texas
Voorhies & Labbe, Zane Barnes, Lafayette, Louisiana

1994
Attorney General, State of Louisiana, Adobe vs State of Louisiana, Lake Arthur Louisiana

1996
Phillips Michael, Guste vs. Shell Oil, Norco, Louisiana – Expert report and deposition

1997
U. S. Department of Justice, United States vs. New Orleans Sewerage and Water Board, New Orleans,
        Louisiana
1999
Attorney General, State of Louisiana, Plaquemines Parish Government vs State of Louisiana,
        Tract 87, Louisiana

2000
U. S. Department of Justice, United States vs. New Orleans Sewerage and Water Board, New Orleans,
        Louisiana
Terrebonne School Board vs the Columbia et al, Expert report and testimony
David Schell, Sweet Lake Land and Oil Co., and North American Land Co., v. UNOCAL – Expert report

2001
Terrebonne Parish School Board vs. Castex Energy, in the 32nd JDC Docket No. 126752.
Jaeger vs Certain Lloyd's at London, et al, in the 24th JDC, Civil Action 538-551- Expert report and
        testimony

2002
Attorney General, State of Louisiana, Chevron, Inc., vs. State of Louisiana
B. Boudreaux, Kimball vs. Construction Aggregates – Expert report
D. Lawrence, Smith vs. Trinity Materials – Expert report and deposition
`           Irving Warshaur, Timothy K. Dunaway vs Louisiana Wildlife and Fisheries Commission – Expert report
        and deposition

2003
Greg Duplantis, Broussard vs. Hilcorp Energy- Expert report
Bill Keffer, Harvey TERM Litigation - Expert report and deposition

2005
Woody Falgout, Smithport Planting and Wetland Services vs. Suard Barge Services – Affidavit and
        deposition
Esteban Herrera, Bourg v. Exxon Mobil, et al - Expert report and deposition.
W. Keffer, Harvey TERM Litigation, Civil District Court for the Parish of Orleans No. 01-8708

2006
Tom Blum, 4 C's v. Columbia Gulf – Expert report and deposition
George Frilot, Turner, et al, vs. Murphy Oil USA, Inc. – Expert report and deposition

2007
Dick Molin, Lamke vs. Amerigas

2008

Chaffe McCall, Stewart Enterprises vs. RSUI Indemnity – Expert report
Chaffe McCall, Katrina Canal Breaches Consolidated Litigation (LAFARGE) – Expert report
     and testimony.

2009
J. Leblanc, Leblanc Bland, La. Crawfish Producers Association-West, et al v. Amerada Hess
     Corporation
D. Massey, Adams and Reese, Burmaster vs. Plaquemines Parish - Expert report
B. Cranner, Frilot LLC, Napoleon Dunn vs. Tenet Mid-City Medical- Expert report

2010
V. Russell Purvis, Crooks vs. State of Louisiana - Expert report and testimony

2011
Mumphrey Law Firm, St. Bernard Parish v. United States - Expert report and testimony

2013
Louisiana Department of Natural Resources, FEMA Arbitration of PW No. 20189, CBCA 2918-FEMA,
     Expert report and testimony

2014
Goodwin Procter LLP, St. Bernard Government v. Lafarge North America, Inc, Expert report
Keesal, Young & Logan, Taylor Energy Co., LLC, Application for Reimbursement Claim, Mississippi
     Canyon Block 20, Expert Report

2016
Veron, Bice, Palermo & Wilson, Vintage Assets, Inc, v Tennessee Gas Pipeline Co, expert report and
     testimony.
Kantrow, Spaht, Weaver & Blitzer, Analysis of Flooding in Iberville, Ascension and East Baton Rouge
     Parish occurring in August 2016.

2018
Smith, Taliaferro & Purvis, Delhi Plantation, et al, vs Fifth Louisiana Levee District and LADNR, Expert
     Report & Testimony
Smith, Taliaferro & Purvis, Landrum vs LADOTD, Expert Report

2019
Veron, Bice, Palermo & Wilson, Morgan City Land and Fur v Tennessee Gas Pipeline Co, expert Report

2020
Veron, Bice, Palermo & Wilson, Vintage Assets, Inc, v Tennessee Gas Pipeline Co, expert Report and
     Trial Testimony

2021
Keesal, Young & Logan, Taylor Energy Co., LLC, Application for Reimbursement Claim, Mississippi
     Canyon Block 20, Expert Report
V. Russell Purvis, Crooks vs. State of Louisiana - Expert report, deposition and Trial Testimony

2022
Kelly Hart Pitre, Kathleen Powell, et al, v State of Louisiana through the Terrebonne Levee and
     Conservation District, et al, Docket No. 19-0344, Div C - Expert Report and Deposition.
Veron, Bice, Palermo & Wilson, Morgan City Land and Fur v Tennessee Gas Pipeline Co, Expert Report
Smith, Taliaferro & Purvis, Landrum vs LADOTD - Expert Report
2023

Smith, Taliaferro & Purvis, Delhi Plantation, et al, vs Fifth Louisiana Levee District and LADNR, Expert Report, Deposition & Trial Testimony.

2024

Adams and Reese, *St. Charles Parish et al. v. Federal Emergency Management Agency*, Civil Action No. 23-cv-1369, E.D. La., Section P(5), A&R File no: 29779-004

## Professional Society Memberships

American Geophysical Union
American Association for the Advancement of Science
American Society of Civil Engineers, 1974 to 2002

### Louisiana Committee Activities

Coastal Wetland Planning, Protection and Restoration Act, Review panelist for Office of Governor, 1993
Department of Natural Resources, State of Louisiana, Louisiana Coastal Area, Framework Development Committee Member, 2002

### National and Regional Level Committee Activity

National Ocean Survey, Coastal Waves Program Advisory Committee, l980
Program Committee, Offshore Technology Conference, ASCE, l976, l977, l978, l979
Editorial Committee, Society of Petroleum Engineers, l979

### International Committee Activities

Canadian Natural Sciences and Engineering Research Council, Laval University, Strategic Grant Site Visit, 1989.
United Nations Development Program,  Department of Economic Development, Engineering for Sea Bed Instability, Academia Sinica, Beijing, China.

## PUBLICATIONS

### Book Chapters and Refereed Articles

Suhayda, J. N., J. M. Coleman, L.D. Wright. " Density gradients at river mouths," *Naval Research Reviews*, pp. 9-20, Oct. l972.

Sonu, C. J., S. P. Murray, S. A. Hsu, J. N. Suhayda and E. Waddell. "Sea breeze and coastal processes,"  EOS, Amer. Geophys. Union, 54(9):820-833, Sept. l973.

Suhayda, J. N. "Standing waves on beaches,"  *Journal of Geophys. Res.*, 79(2l):3065-307l, July 20, l974.

Coleman, J. M., J. N. Suhayda, T. Whelan and L. D. Wright.  "Mass movement of Mississippi River delta sediments,"  *Proc. 24th Conf. of Gulf Coast Assoc. Geol. Soc.*, pp. 49-68, l974.

Suhayda, J. N., W. J. Wiseman, S. A. Hsu and C. D. Walters.  "Characteristics of the Alaskan Arctic nearshore oceanographic environment,"  In (J. C. Reed and J. E. Sater, eds.) *The Coast and Shelf of the Beaufort Sea*, pp. 49-63, The Arctic Institute of North America, Arlington, Virginia, l974.

Roberts, H. H., S. P. Murray and J. N. Suhayda.  "Physical processes in a fringing reef system," *Journal of Marine Res.*, 33(2):233-260, l975.

Whelan, T., J. M. Coleman, H. H. Roberts and J. N. Suhayda.  "The occurrence of methane in recent deltaic sediments and its effect on soil stability,"  Eng. Geol. l4, 55-64, l976.

Tubman, M. and J. N. Suhayda.  "Wave action and bottom movements in fine sediments,"  *Proc. l5th Intl. Conf. on Coastal Engineering, Honolulu,* July ll-l7, l976, Chapter 69, pp. ll68-ll83.

Suhayda, J. N. and N. Pettigrew.  "Observations of wave height and wave celerity in the surf zone," *Journal of Geophys. Res.*, 82(9), l4l9-l424, l977.

Roberts, H. H., S. P. Murray and J. N. Suhayda.  "Evidence for strong currents and turbulence in a deep coral reef groove,"  *Limnology and Oceanography.*, 22(l), pp. l52-l56, l977.

Suhayda, J. N. "Surface waves and bottom sediments response,"  *Marine Geotechnology*, 2:l35-l46, l977.

Prior, D. B. and J. N. Suhayda.  "Application of infinite slope analysis to submarine sediment instabilities," *Mississippi Delta, Engineering Geology*, l4, l-l0, l979.

Roberts, H. H., J. M. Coleman and J. N. Suhayda.  "Sediment Deformation and Transport on Low-Angle Slopes:  Mississippi River Delta," Chp. 7, Thresholds in Geomorphology, George Allen & Enwin (eds.), 498 pp., l980.

Nikakhtar, B., J. N. Suhayda and M. Tumay.  "Classification of submerged sediments by dynamic penetrometer,"  *2nd European Sympos. on Penetration Testing, Amsterdam,* 24-27 May, l982.

Coleman, J. M., T. Whelan, J. N. Suhayda and L. Garrison.  "Oscillation of Continental Shelf Sediments Caused by Waves,"  Chapter 3,  Dynamic Environment of the Sea Floor, Lexington Books, 502 pp., l982.

Suhayda, J. N. and H. H. Roberts.  "Wave-Current interactions on a shallow reef (Nicaragua, C.A.)," *Coral Reefs*, Vol. l, 209-2l4, l983.

Pamukcu, J., J. N. Suhayda, J. Poplin and M. Tumay.  "Dynamic Sediment Properties, Mississippi Delta," *ASCE Specialty Conf., Geotechnical Practice in Offshore Engineering*, April 27-29, l983.

Huh, O., G. Mastin and J. N. Suhayda.  "Synthetic Aperture Radar (SAR) Imagery of Storm Induced Seas Around the Goto Islands," Japan, Ocean Hydrodynamics of the Japan and East China Seas, Elsevier, l984, pp. 347-360.

Suhayda, J. N., L. Kraft, S. Helfrich and J. Marin.  "Soil Response to Ocean Waves, Marine Geotechnology," 6(2), l73-203, l985.

Pamukcu, S. and J. N. Suhayda.  "Evaluation of Shear Modulus for Soft Marine Clays, Mississippi Delta," Strength Testing of Marine Sediments, ASTM STP 883, American Society for Testing and Materials, Philadelphia, 352-362, l985.

Suhayda, J. N. "Interaction between Surface Waves and Muddy Bottom Sediments," Chapter XVIII, Estuarine Cohesive Sediment Dynamics, Springer-Verlag, 473 pp., l986.

Pamukcu, S. and J. N. Suhayda.  "Low Strain Shear Measurements Using Triaxial Vane Device," *ASTM STP 1014*, 193-208, l986.

Pamuku, S. and J. N. Suhayda. "High Resolution Measurements of Shear Modulus of Clay using Triaxial Vane Device," In *Developments in Geotechnical Engineering*, Vol. 42, Elsever, Amsterdam, 307-32l, l987.

Suhayda, J.  N., D. L. Wright, et. al.  "Marine Dispersal and Deposition of Yellow River Silts by Gravity Underflows," *Nature*, 332, 629-632, l988.

Suhayda, J. N. and M. Young.  Storm Surge Simulation, Mathl. Comput. Modeling Volume ll, Pergamon Press, pp. 87-95, l988.

Prior, D. B., J. N. Suhayda, N. Z. Lu, B. D. Bornhold, G. H. Keller, W. J. Wiseman, L. D. Wright and Z. S. Zhang.  "Storm Wave Reactivation of Submarine Landslides," *Nature*, 34l, 47-50, 1989.

Wright, L. D., W. J. Wiseman. Z. S. Zhang, B. D. Bornhold, G. H. Keller, D. B. Prior and J. N. Suhayda. "Processes of Marine Dispersal and Deposition of Suspended Silts off the Modern Mouth of the Huanghe (Yellow River)," *Cont. Shelf Research*, 10, 1, 1-40, 1990.

Lu, Z., J. N. Suhayda and D. B. Prior.   "Sediment Thixotropy and Submarine Mass Movement, Huanghe Delta, China," *Geo-Marine Letters*, 11(1), 1990.

Kraft, L., J. N. Suhayda, J. Helfrich and J. Martin.  "Ocean Wave Attenuation Due to Soft Seafloor Sediment," *Marine Geotechnology*, Vol. 9, 227-242, 1991.

Keller, G., Z. Zhen, Z. Yang, B. D. Bornhold, D. B. Prior, J. N. Suhayda, W. J. Wiseman an dL. Wright. "Mass Physical Properties of Huanghe Delta and Southern Bohai Sea, Near-Surface Deposits, China," *Marine Geotechnology*, Vol. 9, 207-225, 1991.

Zhang, Q. and J. N. Suhayda.  "Behavior of marine sediment under storm wave-loading," *Marine Georesources and Geotechnology*, 12, 259-269, 1994.

Suhayda, J. N.  "Development of shoreline evolution model and erosion control alternatives," Belle Fontaine, Jackson County, Mississippi: Human History, Geology, and Shoreline Erosion, S. Oivanki, (ed.), *Mississippi Department of Environmental Quality, Office of Geology, Bulletin* 130, 61-121, 1994.

Alawady, M., B. Naghavi and J. N. Suhayda.  "Water level statistics for design of transportation facilities in coastal Louisiana," *Transportation Research Record*, No. 1483, 64-71, 1995.

Bender, C., A. T. Bourgoyne and J. N. Suhayda.  "Estimating break-down pressure of upper marine sediments using soil boring data," *Journal of Petroleum Science and Engineering*, 14, 101-114, 1996.

Suhayda, J. N.  "Modeling impacts of Louisiana barrier islands on wetland hydrology," *Journal of Coastal Research*, 13 (3), 686-693, 1997.

Flowers, G., J. N. Suhayda, J. Clymire, G. McPherson, L. Koplitz and M. Poirrier.  "Impact of industrial effluent diversion on Bayou Trepagnier, Louisiana, "*Environmental and Engineering Geoscience*, IV (1), 77-91, 1998.

Lugo-Fernandez, H. Roberts and J. N. Suhayda.  "Wave transformation across a Caribbean fringing-barrier coral reef," *Continental Shelf Research*, 18, 1099-1124, 1998.

Conference Proceedings

Suhayda, J. N. "Determining nearshore infragravity wave spectra," *Proc. Intern. Symp. on Ocean*

*Wave Measurement and Analysis, New Orleans*, Sept. l974, pp. 54-63.

Suhayda, J. N., T. Whelan, J. M. Coleman and E. Garrison. "The geochemistry of recent Mississippi River delta sediments:  gas concentration and sediment stability," *Preprints, Seventh Annual Offshore Technology Conference, Houston, Texas*, May 5-8, l975, pp. 7l-84.

Suhayda, J. N., H. H. Roberts and S. P. Murray, " Nearshore processes on a fringing reef," *Third International Ocean Development Conf., Tokyo, Japan*, Aug. 5-8, 1975, Vol. 5, Paper E-l007, pp. 63-75.

Suhayda, J. N., T. Whelan, J. M. Coleman, J. S. Booth and L. E. Garrison.  "Marine sediment instability: interaction of hydrodynamic forces and bottom sediments," *Preprints OTC 2426, 8th Annual Offshore Technology Conference, Houston, Texas*, May 3-6, l976.

Suhayda, J. N. and H. H. Roberts.  "Wave action and sediment movement on fringing reefs," *Third International Symposium on Coral Reefs, Miami, Florida*, May 3-6, pp. 65-70, l977.

Roberts, H. H., S.P. Murray and J. N. Suhayda.  "Physical processes in a fore-reef shelf environment," *Proc. 3rd International Symposium on Coral Reefs, May 3-6, Miami, Florida*, pp. 507-5l5, l977.

Hottman, B., J. N. Suhayda and L. E. Garrison.  "SEASWAB II (Shallow experiment of access storm wave affects on the bottom)," *Preprint 3l69, Tenth Annual Offshore Technology Conference, Houston, Texas*, May 8-ll, l978.

Suhayda, J. N. and D. B. Prior.  "Explanation of submarine landslide morphology by stability analysis and rheological models, "*Tenth Annual Offshore Technology Conference, Paper 3l7l, Houston, Texas*, pp. l075-l082, May l978.

Prior. D.B. and J. N. Suhayda, " Submarine mudslide morphology and development mechanisms," *Mississippi Delta, Reprint 3482, 11th Offshore Technology Conference, Houston, Texas*, April l979.

Prior, D. B., J. N. Suhayda and L. Garrison, "Subaqueous landslides as they affect bottom structures.," Proc. Conf. Port and Ocean Engineering under Arctic Conditions, Trondheim, Norway, July l979.

Dawson, T. and J. N. Suhayda, "Determination of elastic shear modulus of marine sediments from wave theory and field measurements," *l2th Offshore Technology Conference*, May l980.

Howard, W., J. N. Suhayda and V. Pidgeon, "Predicting surf zone conditions from an offshore buoy system, *International Ocean Engineering Conference, Seattle, Washington*, Sept. 8-l0, l980.

Suhayda, J. N.  "Geophysical data collection and analysis related to offshore construction" *Midcon 80*, November, l980

Dawson, T. and J. N. Suhayda, "Correlation of field measurements with elastic theory of seafloor response to surface waves," *l3th Annual Offshore Technology Conference*, May, l98l.

Pamukcu, S. and J. N. Suhayda, "Dynamic Properties and Critical State Parameters," ASCE Annual Convention, Proc. of Session 52 on Evaluation of Seafloor Soil Properties Under Cyclic Loads, Houston, Texas, October 17-21, 1-24, 1983.

Pamukcu, S. and J. N. Suhayda, "A Microcomputer Application: In-Situ Testing of Marine Sediments", 2nd National Conf. on Microcomputer in Civil Engineering, ASCE, Orlando, Florida, 250-252, 1984.

Suhayda, J. N., M. Young and X. Ren, "Simulation study on natural and man-made changes in estuarine systems," *Intl. Assoc. of Science and Technology for Development, Santa Barbara*, Nov. 13-15, pp 82-85, 1989.

Suhayda, J. N.  "Insitu monitoring of seafloor geologic processes, "*Marine Engineering Geological Survey for Petroleum Development in Developing Countries, U.N. Symposium, Guangzhou, China*, Nov. 30 - Dec. 6, 1989.

Suhayda, J. N., P. Kemp, J. Peckham and B. Jones.  "Restoration of wetlands using pipeline transported sediments," Gulf Coast Section, SEPM, 12th Annual Research Conference, pp. 257-262, December 2-5, 1991.

Roberts, H., S. Penland, A. Bailey and J. N. Suhayda, "Sedimentology, geochemistry and geotechnical properties of two long borings through the Terrebonne holocene delta plain," *Gulf Coast Section, SEPM, 12th Annual Research Conference*, December 2-5, 1991.

Suhayda, J. N., A. Bailey, H. Roberts, S. Penland and G. Keucher, "Subsidence properties of holocene sediments," *S. La., Eighth Symposium on Coastal and Ocean Management New Orleans, Louisiana*, July 19-23, 1993.

Suhayda, J. N., G. Kuecher, N. Chandra, H. Roberts, T. Williams, S. Penland and W. Austin.  "Estimate of the consolidation settlement potential of topstratum cyclic sequences in the Terrebonne basin," *CA, Eighth Symposium on Coastal and Ocean Management*, 1993.

Suhayda, J. N.  "Coastal erosion analysis of Belle Fountaine area, Jackson County, Miss," *Eighth Symposium on Coastal and Ocean Management, New Orleans*, 1993.

Suhayda, J. N. "Hydrodynamic control structures, Louisiana Shoreline Erosion Symposium," March 3-5, Grand Isle, LA, 1993.

Bender, C., J. N. Suhayda and A. T. Bourgoyne.  "Use of soil borings data for estimating break down pressure of shallow marine sediments," *International Association of Drilling Contractors, Conference*, November 16-17, 1994.

Suhayda, J. N. "Oceanographic design data for South Pass Area Block 47," *Preprints, Eighteenth Annual Offshore Technology Conference, Houston, Texas*, May 6-9, l996, 9-15.

Bea, R., J. N. Suhayda, Z. Jin and R. Ramos.  "Hurricane wave conditions for design and requalification of platforms in the Bay of Campeche, Mexico," *Proc. Ocean Wave Kinematics, Dynamics and Loads on Structures, ASCE*, April 30-May 1, 1998.

Jin, Z., J. N. Suhayda and C. Valle,  "Effects of soft sea floor on hurricane waves in the Bay of Campeche," *Proc. Offshore Mechanics and Arctic Engineering Conference OMAE '98, Amer. Soc. Of Mechanical Engineers, Lisbon, Portugal*, 5-9 July, 1998.

Hooper, J. R, and J. N. Suhayda, "Hurricane Ivan as a Geologic Forcing Agent: Mississippi Delta Front Seafloor Failures", *2005 Offshore Technology Conference, Houston, Texas*, May 2-5, 2005, Number OTC 17737.

Technical Reports

Suhayda, J. N. and A. Hect, Laboratory measurement of wave direction with a linear array. Scripps Inst. Oceanogr., Final Rept. Ref. 70-34, l970.

Wright, L. D., J. M. Coleman and J. N. Suhayda.  Periodicities in interfacial mixing.  Louisiana State Univ., Coastal Studies Bull. 7, pp. l27-l35, Jan. l973.

Wiseman, W. J., J. M. Coleman, A. Gregory, S. A. Hsu, A. D. Short, C. D. Short, J. N. Suhayda, C. D. Walters and L. D. Wright.  Alaskan arctic coastal processes and morphology.  Louisiana State Univ., Coastal Studies Inst. Tech. Rept. l49, l7l pp., l973.

Stone, J. H., J. N. Suhayda and N. A. Roques.  Oil drift predictions in the region of the superport.  In Rept. 4, Louisiana Superport Studies, Tech. Appendices to Recommendation for the Environmental Protection Plan, Chapter 5..

Suhayda, J. N., S. A. Hsu, H. H. Roberts and A. D. Short.  Coastal processes, northeast coast of Brazil.  Louisiana State Univ., Coastal Studies Institute Tech. Rep. 238, 98 pp., l977.

Suhayda, J. N. and G. F. McHugh.  Prediction of surf zone characteristics.  Final Report, Contract NOOOl4-79-C-0342, Office of Naval Research, 66 pp., July, l98l.

Suhayda, J. N.  Measurements of near surface kinematics under waves and winds, Final Report, Contract NOOOl4-79-C-06l8, Office of Naval Research, 52 pp., October, l98l.

Suhayda, J. N., M. Tittlebaum, B. Nikakhtar and K. White, Dynamics of bottom sediment pollutants, Final Report, Project 807579-0l, EPA, 85 pp., February, l982.

Suhayda, J. N.  Classification of coastal sediments., Final Report, Contract NOOOl4-80-C-0846, Office of Naval Research, 420 pp., March, l982.

Suhayda, J. N., Interaction of surface waves and muddy bottom sediments, Report No. GE-82/06, Dept. of Civil Engineering, Louisiana State University, 8l pp., October, l982.

Suhayda, J. N., Attenuation of storm waves over muddy bottom sediments, FEMA, August, 1984.

Suhayda, J. N., Subsidence and Sea Level, Chapter l0, Causes of Wetland Loss in the Coastal Central Gulf of Mexico, OCS Study 87-0l20, Mineral Management Service, 1987.

Suhayda, J. N., Barrier shoreline feasibility study, Phase 1, Steps A-K and Final Report, Louisiana Department of Natural Resources, March, 1999.

Suhayda, J. N., M. Alawady, and V. Aravamuthan.  Hydrologic modeling of the Barataria-Terrebonne estuary, Barataria-Terrebonne National Estuaries Program, July, 2000.

Suhayda, J. N. and C. Willson, Climatological and hydrologic conditions and trends in the upper Pontchartrain basin, Lake Pontchartrain Basin Foundation, August , 2000.

Suhayda, J. N., et al, Wetland Nourishment Module, Louisiana Coastal Area Study, Department of Natural Resources, State of Louisiana, August, 2003.

Suhayda, J. N., et al, Predicting Land Building in the Mississippi Delta, Louisiana Coastal Area Project, Department of Natural Resources, State of Louisiana, June, 2004.

Suhayda, J. N., et al, Historical and Projected Coastal Louisiana Land Changes: 1978-2050, USGS Open File Report OFR 03-334, January 2004.

Suhayda, J. N., et al, The Direct Impact of the MRGO on Hurricane Storm Surge, URS Report to  the La. Department of Natural Resources, February, 2006.

Suhayda, J. N., Interaction of Hurricanes and Coastal Landscape Features, URS Report to the La. Department of Natural Resources, August, 2007.

Suhayda, J.N., et al, USACE/FEMA Southeast Louisiana Joint Surge Study, Independent Technical Review, Report to U. S. Army Corps of Engineers, October 15, 2007.

Suhayda, J.N., et al, Computation of Storm Surge using Two 50 Year Future Projections of the Coastal Louisiana Landscape, Louisiana Coastal Area Project, Department of Natural Resources, State of Louisiana, June 2008.

Suhayda, J.N., et al, City of Morgan City, Appeal of FEMA's 2008 Preliminary DFIRMS, Shaw E&I report to Federal Emergency Management Agency, February 2009.

Suhayda, J. N., Review of USACE Design for GNO HSDRRS, December 2014.

<u>Meeting Presentations</u>

Suhayda, J. N.  Standing waves on beaches.  Transactions, American Geophys. Union, 42(4), April 1971.

Suhayda, J. N.  Short time variations in nearshore wave spectra.  Second Coastal and Shallow Water Research Conf., Gulf Coast Region, Oct. 1-2, 1971, Louisiana State Univ., p. 227.

Suhayda, J. N.  Arctic Ocean infra-gravity waves in the nearshore zone.  American Geophys. Union, Dec. 10-14, 1973, San Francisco, Calif.

Suhayda, J. N. and N. Pettigrew.  Celerity of surf.  American Geophys. Union, Dec. 12-17, 1974, San Francisco, Calif.

Suhayda, J. N. and L. Ingram.  Utilization of side scan sonar for sea floor classification.  SEG/USN Shear Wave and Pattern Recognition Symposium, March 22-23, 1982.

Pamukcu, S., J. K. Poplin, J. N. Suhayda and M. T. Tumay.  Dynamic Properties and Critical State Parameters, Mississippi Delta.  ASCE National Convention, October 16-21, 1983.

Suhayda, J. N.  Interaction Between Surface Waves and Muddy Bottom Sediments, Cohesive Sediments Dynamics Workshop, November 12-14, 1984.

Suhayda, J. N.  Technical Problems in Implementing the National Flood Insurance Program in Louisiana. Ninth Annual Conference of the Association of Floodplain Managers, New Orleans, Louisiana, April 29, 1985.

Suhayda, J. N.  Environmental Considerations in Port Planning and Construction.  International Program for Port Planning and Management, New Orleans, Louisiana, February 10, 1986-94.

Suhayda, J. N. Coping with Hurricane Surges in Coastal Louisiana.  Louisiana Intercoastal Seaway Association, 29th Annual Meeting, Lafayette, Louisiana, March 13, 1986.

Suhayda, J. N.  Creative Engineering Approaches to Wetland Restoration, Louisiana's Environment in the 1990's, DEQ Conference, November 14-16, 1989.

Suhayda, J. N. Effects of Hurricanes on Offshore Oceanography and Geology, American Assoc. of the Advancement of Science, Annual Meeting, New Orleans, Feb. 19, 1990.

Suhayda, J. N., Use of Abandoned Pipelines to Distribute Sediments for Wetland Restoration, How to Design, Fund, and Implement Beneficial Uses of Dredged Material, December 2, 1992, New Orleans, Louisiana.

Suhayda, J. N.  Louisiana Barrier Island and Barrier Shoreline Restoration Workshop, Coalition to Restore Coastal Louisiana, Grand Isles, Louisiana, April, 1995.

Suhayda, J. N., Natural Hazards, National Safety Council, New Orleans, Louisiana, October 19, 1999.

Suhayda, J. N., Community Haven, Southeastern Task Force Leadership Summit, New Orleans, Louisiana, August 20, 2000.

Suhayda, J. N., Community Haven, National Hurricane Conference, Washington, D. C., April 12, 2001.

Suhayda, J. N., National Research Council, Coastal Engineering and Restoration Projects, December 12, 2002, New Orleans, Louisiana.

Suhayda, J. N., Storm Surge Modernization, Post 2002 Hurricane Season Round-Table Discussion, December 17, 2002, Baton Rouge, Louisiana.

Suhayda, J. N., Symposium on Hail, Hurricane and Wildfire Hazards, New Orleans -, Looking a Hurricane Disaster in the Eye, Institute for Business and Home Safety, January 29, 2003, Tampa, Florida.

Suhayda, J. N., Hurricane Flood Prediction and Protection, Tenth Annual Tulane Environmental Conference, April 1-2, 2005, New Orleans, Louisiana.

Suhayda, J. N., Coastal Restoration Using Pipeline Conveyed Sediments, Symposium on the Status of Science in Coastal Restoration, CREST, April 12-13, 2005, Lafayette, Louisiana.

Suhayda, J. N., Hurricane Wetlands Literature Review, Wetlands 2007, August 28-30, 2007, Williamsburg, VA.

Suhayda, J. N., Coastal Hazard Modeling, Flood Protection and Ecosystem Restoration Professional Development Program, October 28, 2008, Baton Rouge, Louisiana.

Suhayda, J. N., Regional Efforts in Planning and Emergencies, Grand Challenges in Coastal Resiliency, January 20-21, 2009, Baton Rouge, Louisiana.

Suhayda, J. N., Flood Zone Maps, Louisiana Transportation Conference, January 9-12, 2011, Baton Rouge, Louisiana.

Suhayda, J. N., FEMA Flood Maps, La. Parish Engineers and Supervisors Association, May 6, 2011, Baton Rouge, Louisiana.

Suhayda, J. N., Multiple Lines of Defense from Hurricanes, Rhode Island Emergency Management Annual Hurricane Conference, May 31, 2011, Warwick, Rhode Island.

Suhayda, J. N., Comparison of Historical Hurricane Storm Surge using Computer Simulations, Nat'l Hurricane Conference, March 25, 2013.

Suhayda, J. N., Flood Zone Map/FEMA Updates, Amer. Public Works Assoc. Meeting, October 2, 2013.

Suhayda, J. N., Scientific Approaches to Evaluating Pipeline Canal Widening, Louisiana State of the Coast, May 31, 2023.

<u>Media Interviews</u>

Interviews have been conducted with several different media groups, including; the Morning Advocate, the Times Picayune, the NBC/Discovery Channel, USA Today, Time Magazine, ABC National News, Scientific American Magazine, the New York Times, CNN/ Earth Matters, National Public Radio, Bill Moyer's Now Program, Wall Street Journal, National Geographic Magazine, CBS National News, Baltimore Sun, Bella Ciao, Capital Hill Blue, Chicago Tribune, Chicago Tribune2, CNN, Free Press International, Indian Express, Juicee News Daily, KTLA, Metro News, Miami Herald, News House News, News.com, New York Daily News, Olympian Online, Peoples Daily Online, Progressive, Reuters Alert Net, Site News, Spiegel.de, Star Tribune, State Paper, Times Record News, and Wired News.