UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

**DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

Under Local Civil Rule 83.2.11, Defendant respectfully moves the Court for an order withdrawing Yoseph T. Desta as counsel due to his departure from the Department of Justice effective today, March 13, 2025, and substituting Zachary W. Sherwood as counsel of record. Please direct all communication regarding this case to Mr. Sherwood's contact information listed below

Dated: March 13, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Yoseph T. Desta*
YOSEPH T. DESTA (CA Bar No. 332179)
ZACHARY W. SHERWOOD (IN Bar No. 37147-49)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

Washington, D.C. 20005
Yoseph T. Desta Phone: 202-305-3080
Zachary W. Sherwood Phone: 202-616-8467
Yoseph.T.Desta@usdoj.gov
Zachary.W.Sherwood@usdoj.gov

*Counsel for Defendant*