# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT, <br><br> *Plaintiffs*, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, <br><br> *Defendant*. | Civil Action No. 2:23-cv-01369 <br><br> Section P <br><br> Judge Papillion <br><br> Magistrate Judge North |

## ORDER

Before the Court is Defendant's Motion for Substitution of Counsel.

**IT IS ORDERED** that the motion is **GRANTED**, and Zachary W. Sherwood is hereby **SUBSTITUTED** for Yoseph T. Desta as counsel for Defendant in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____
DARREL J. PAPILLION
United States District Judge