UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, A POLITICAL SUBDIVISION OF THE STATE OF LOUISIANA, AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Civil Action No. 2:23-cv-01369<br><br>Section P<br><br>Judge Papillion<br><br>Magistrate Judge North |

## ORDER

Before the Court is Defendant's Motion for Substitution of Counsel (R. Doc. 43).

**IT IS ORDERED** that the motion is **GRANTED**; Yoseph T. Desta is hereby WITHDRAWN as counsel for Defendant; and Zachary W. Sherwood is hereby **ENROLLED** as counsel for Defendant in the above-captioned matter.

New Orleans, Louisiana, this 14th day of March 2025.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE