UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1369 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | SECTION: "P" (5) |

### ORDER

In light of the ongoing government shutdown and lapse in appropriations:

**IT IS ORDERED** that the above-captioned action is hereby temporarily **STAYED** until further order of this Court. Accordingly, the Clerk of Court shall **administratively close** this action for statistical purposes only.

**IT IS FURTHER ORDERED** that counsel for the Federal Emergency Management Agency shall notify the Court as soon as Congress has appropriated funds for the United States Department of Justice, at which time the stay will be lifted and the case will be re-opened.

**IT IS FURTHER ORDERED** that the motions for summary judgment (R. Docs. 31 & 35) are hereby terminated in connection with the stay and administrative closure of this action. The Clerk of Clerk shall reset the subject motions for the first submission date following the lifting of the stay and reopening of this action from administrative closure.

New Orleans, Louisiana, this 5th day of November 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**