UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Action No. 2:23-CV-01369<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Michael B. North |

## NOTICE OF RESUMPTION OF APPROPRIATIONS

On November 12, 2025, the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 was signed by the President. That law restored appropriations to, *inter alia*, the Department of Justice, effective November 13, 2025. Accordingly, pursuant to the Court's November 5, 2025 Order, Defendants respectfully notify the Court that "Congress has appropriated funds for the . . . Department of Justice." ECF No. 45.

Dated: November 17, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Civil Division, Federal Programs Branch

/s/ Zachary W. Sherwood
ZACHARY W. SHERWOOD
Indiana Bar No. 37147-49
Trial Attorney
United States Department of Justice

1

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: 202-616-8467
E-mail: Zachary.W.Sherwood@usdoj.gov

*Attorney for Defendants*

2