UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH AND MATTHEW JEWELL, IN HIS OFFICIAL CAPACITY AS ST. CHARLES PARISH PRESIDENT,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>*Defendant*. | Action No. 2:23-cv-01369<br>Section P<br>District Judge Darrel J. Papillion<br>Magistrate Judge Michael B. North |

## **DEFENDANT'S MOTION TO SUBSTITUTE**

Under Local Civil Rule 83.2.11, Defendant respectfully moves the Court for an order substituting Sarah M. Suwanda for Zachary W. Sherwood as counsel of record for Defendant due to Mr. Sherwood's departure from the U.S. Department of Justice. Please direct all communication regarding this case to Ms. Suwanda's contact information listed below.

Dated: January 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
ZACHARY W. SHERWOOD
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

1

Washington, D.C. 20005
Phone: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendant*