**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ST. CHARLES PARISH AND MATTHEW
JEWELL, IN HIS OFFICIAL CAPACITY AS
ST. CHARLES PARISH PRESIDENT,

*Plaintiffs*,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY,

*Defendant*.

Action No. 2:23-cv-01369
Section P
District Judge Darrel J. Papillion
Magistrate Judge Michael B. North

**[PROPOSED] ORDER**

Before the Court is Defendant's Motion to Substitute Counsel.

**IT IS ORDERED** that the motion is **GRANTED**, and Zachary W. Sherwood is hereby

**WITHDRAWN** as counsel for Defendant in the above-captioned matter, and Sarah M. Suwanda is

hereby **ENROLLED** as counsel for Defendant.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
DARREL J. PAPILLION
United States District Judge

1