UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. CHARLES PARISH, ET AL. | CIVIL ACTION |
| VERSUS | NO. 23-1369 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | SECTION: "P" (5) |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record (R. Doc. 48),

**IT IS ORDERED** that motion is **GRANTED**, and Zachary W. Sherwood is hereby **WITHDRAWN** as counsel for Defendant in the above-captioned matter, and Sarah M. Suwanda is hereby **ENROLLED** as counsel for Defendant.

New Orleans, Louisiana, this 14th day of January 2026.

_____
**DARREL JAMES PAPILLION**
UNITED STATES DISTRICT JUDGE